1 │ Victor A. Sahn (CA Bar No. 97299)
    Daniel A. Lev (CA Bar No. 129622)
2 │ Elissa D. Miller (CA Bar No. 120029)
    **Sulmeyer**Kupetz
3 │ A Professional Corporation
    333 South Hope Street, Thirty-Fifth Floor
4 │ Los Angeles, California 90071-1406
    Telephone: 213.626.2311
5 │ Facsimile: 213.629.4520

6 │ Attorneys for Howard M. Ehrenberg,
    Chapter 7 Trustee

7

8 │ UNITED STATES BANKRUPTCY COURT

9 │ CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

10 │ In re

11 │ Axium International, Inc.,

12 │         Debtor.

Case No. 2:08-bk-10277-BB

Chapter 7

Jointly Administered with the following identified Cases

**CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:**

**(1) LIMITING EXTENT OF NOTICE REQUIRED FOR ADMINISTRATIVE MATTERS;**

**(2) AUTHORIZING SERVICE BY EMAIL ON PARTIES WHO CONSENT TO SUCH SERVICE;**

**(3) SETTING CLAIMS BAR DATE;**

**(4) AUTHORIZING X-ROADS TO SERVE NOTICE OF BAR DATE AND PROOF OF CLAIMS; AND**

**(5) APPROVING FORM OF NOTICE OF BAR DATE AND PROOF OF CLAIM**

**MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF HOWARD M. EHRENBERG IN SUPPORT HEREOF**

DATE:    April 30, 2008
TIME:    10:00 a.m.
PLACE:   Courtroom "1475"
         255 East Temple Street
         Los Angeles, CA

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

[EDM\BANKR\519134.1]

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

| | | |
|---|---|---|
| 1 | ☒  Affects All Debtors | |
| 2 | | |
| 3 | ☐  Affects Diversity MSP, Inc., | 2:08-bk-10376-BB |
| 4 | ☐  Affects AV Centurion Film, Inc., | 2:08-bk-10294-BB |
| 5 | | |
| 6 | ☐  Affects AV Global, Inc., | 2:08-bk-10327-BB |
| 7 | ☐  Affects Avalon Payroll Group, Inc., | 2:08-bk-10339-BB |
| 8 | | |
| 9 | ☐  Affects Avalon Production Accounting, Inc., | 2:08-bk-10304-BB |
| 10 | | |
| 11 | ☐  Affects Avalon Visual Corp., | 2:08-bk-10312-BB |
| 12 | | |
| 13 | ☐  Affects Avalon Worldwide, Inc., | 2:08-bk-10340-BB |
| 14 | ☐  Affects Avalon Film Services, Inc., | 2:08-bk-10297-BB |
| 15 | | |
| 16 | ☐  Affects Avalon Hollywood Services, Inc., | 2:08-bk-10329-BB |
| 17 | | |
| 18 | ☐  Affects AX Centurion Film, Inc., | 2:08-bk-10319-BB |
| 19 | ☐  Affects AX Global, Inc., | 2:08-bk-10326-BB |
| 20 | | |
| 21 | ☐  Affects Axi Cash, Inc., | 2:08-bk-10332-BB |
| 22 | ☐  Affects Axico, Inc., | 2:08-bk-10336-BB |
| 23 | | |
| 24 | ☐  Affects Axium ATB, Inc., | 2:08-bk-10314-BB |
| 25 | ☐  Affects Axium Bond Corp., | 2:08-bk-10317-BB |
| 26 | | |
| 27 | ☐  Affects Axium Cinema, Inc., | 2:08-bk-10333-BB |
| 28 | | |

[EDM\BANKR\519134.1]

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

| | | |
|---|---|---|
| ☐ | Affects Axium Entertainment, Inc., | 2:08-bk-10291-BB |
| ☐ | Affects Axium Film Corp., | 2:08-bk-10338-BB |
| ☐ | Affects Axium Holdings, Inc., | 2:08-bk-10280-BB |
| ☐ | Affects Axium Hollywood Services, Inc., | 2:08-bk-10305-BB |
| ☐ | Affects Axium Payroll Group, Inc., | 2:08-bk-10335-BB |
| ☐ | Affects Axium Payroll Services, Inc., | 2:08-bk-10321-BB |
| ☐ | Affects Axium SC, LLC, | 2:08-bk-10285-BB |
| ☐ | Affects Axium Visual Corp., | 2:08-bk-10320-BB |
| ☐ | Affects Axium Worldwide, Inc., | 2:08-bk-10306-BB |
| ☐ | Affects Centurion Cinema, Inc., | 2:08-bk-10311-BB |
| ☐ | Affects Diversity Internal, Inc., | 2:08-bk-10372-BB |
| ☐ | Affects ECG Minn RE, LLC, | 2:08-bk-10316-BB |
| ☐ | Affects Global Enterprises, Inc., | 2:08-bk-10301-BB |
| ☐ | Affects Global Music, Inc., | 2:08-bk-10298-BB |
| ☐ | Affects Global Worksource, Inc., | 2:08-bk-10341-BB |
| ☐ | Affects PAV Film Services, Inc., | 2:08-bk-10331-BB |
| ☐ | Affects Talent VMS, Inc., | 2:08-bk-10325-BB |

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

| ☐ | Affects Pax Film Services, Inc., | 2:08-bk-10290-BB |
|---|---|---|
| ☐ | Affects Ensemble Chimes Servicing, Inc. | 2:08-bk-10373-BB |
| ☐ | Affects Ensemble Chimes Global Puerto Rico, Ltd. | 2:08-bk-10375-BB |

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES:**

Howard M. Ehrenberg, the duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee") for the estates of the debtors Axium International, Inc., AV Centurion Film, Inc., AV Global, Inc., Avalon Payroll Group, Inc., Avalon Production Accounting, Inc., Avalon Visual Corp., Avalon Worldwide, Inc., Avalon Film Services, Inc., Avalon Hollywood Services, Inc., AX Centurion Film, Inc., AX Global, Inc., Axi Cash, Inc., AXICO, Inc., Axium ATB, Inc., Axium Bond Corp., Axium Cinema, Inc., Axium Entertainment, Inc., Axium Film Corp., Axium Holdings, Inc., Axium Hollywood Services, Inc., Axium Payroll Group, Inc., Axium Payroll Services, Inc., Axium SC, LLC, Axium Visual Corp., Axium Worldwide, Inc., Centurion Cinema, Inc., ECG Minn RE, LLC, Global Enterprises, Inc., Global Music, Inc., Global Worksource, Inc., PAV Film Services, Inc., Talent VMS, Inc., PAX Film Services, Inc., Diversity MSP, Inc. dba ECG dba Ensemble Chimes Global, Diversity Internal, Inc., Ensemble Chimes Servicing, Inc., and Ensemble Chimes Global Puerto Rico, Ltd. (collectively, the "Debtors") hereby moves for an order:

(1) Limiting Extent of Notice Required For Administrative Matters;

(2) Authorizing Service by Email on Parties Who Consent To Such Service;

(3) Setting Claims Bar Date;

(4) Authorizing X-Roads Case Management Services to Serve Notice Of Bar Date including Customized Proof of Claim form; and

(5) Approving Form of Notice of Bar Date and customized Proof of Claim.

1         This Motion is made on the grounds that administrative convenience

2   requires the granting of the motion in these jointly administered cases.

3         This Motion is based on the separately filed Notice of Motion, the attached

4   memorandum of points and authorities and declaration of Howard M. Ehrenberg in

5   support hereof, the files and pleadings on file the Debtors' cases, all judicially noticeable

6   facts, and the arguments and testimony to be presented at the hearing on the Motion.

7   DATED: March 28, 2008          **Sulmeyer**Kupetz
                                 A Professional Corporation

By: _____

Elissa D. Miller
Attorneys for Howard M. Ehrenberg,
Chapter 7 Trustee

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1   **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION**

2   I.

3   **INTRODUCTION**

4   By this Motion, the Trustee seeks administrative orders to facilitate and

5   assist him in the economic administration of these estates.  As the Court is aware, this is

6   an unusual situation wherein the Trustee is jointly administering 37 related cases.  The

7   list of parties on the master mailing matrix for these estates number approximately ten

8   thousand and so service on all parties for every matter is costly and impractical.

9   Moreover, the Trustee has established a website, which includes copies of all documents

10  filed in the case in PDF format for free.  The website is updated daily.  Thus, by this

11  Motion, the Trustee proposes limiting notice of administrative matters and allowing notice

12  by e-mail, which will reduce postage and copying costs.

13  In addition, the Trustee seeks an order allowing him to have XRoads Case

14  Management ("XRoads"), a firm already employed and with experienced in dealing with

15  high volume claims administration, take the laboring oar in noticing the claims bar date

16  including providing and preparing custom, individualized proofs of claims based on the

17  schedules, for service on all creditors and parties in interest.

18  The Trustee submits that the relief requested herein is necessary and

19  appropriate in these jointly administered cases.

20

21  II.

22  **PERTINENT FACTS**

23  The Debtors commenced separate voluntary petitions for relief on or about

24  January 8 and 9, 2008.[1]  The Debtors were, prior to their filings, engaged in two separate

25  business enterprises.  The "Axium Debtors" were one of three major companies that

26  processed payrolls for and provided related services to production companies, studios,

27  _____

28  [1] On January 15, 2008, the Court granted the motions of six additional related debtors for
voluntary dismissal of their respective chapter 7 case.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  trade unions and other entertainment-industry clients. The "Chimes Debtors" were, at

2  one time, one of the leading providers of human capital and services procurement

3  solutions primarily to Fortune 1000 and smaller, middle-market companies.

4  Headquartered in Los Angeles, California, the Debtors maintained their principal

5  operations in Troy, Michigan, and, prior to the chapter 7 filings, employed approximately

6  390 full-time employees and managed, on average, 100,000 contingent workers daily.

7       The Trustee believes that the master mailing list in this case includes

8  approximately the 8,700 entries in the schedules, the approximately 1,000 named on the

9  initial creditor's list plus all state and federal taxing authorities for a total of more than

10  10,000 persons and entities.

11       The Trustee believes that absent the relief requested herein, this case

12  could easily become an administrative nightmare from both a cost and an information

13  processing standpoint.

14

15                      III.

16      **THE COURT MAY AUTHORIZE THE TRUSTEE TO PROVIDE LIMITED**

17          **NOTICE OF ADMINISTRATIVE MATTERS**

18       Unless this motion is granted, the Trustee will have to give notice to each of

19  the approximately 10,000 persons and entities on the master mailing list of each of

20  numerous administrative matters which the Trustee contemplates he will have to bring

21  before the Court in this case. Limiting the extent of notice required for such matters will

22  greatly reduce the substantial burden and expense that would be imposed upon the

23  estate if the Trustee is required to provide notice of all administrative matters to all of its

24  creditors and various other parties. At the same time, a creditor, shareholder, or other

25  party in interest desiring to receive notice of administrative matters can ensure that notice

26  will be received by filing and serving a request for special notice. Further, the Trustee,

27  through XRoads, has established a free website which includes copies of all documents

28

1    filed with the Court and notices of important dates.  The website is updated daily.  (See

2    http://www.xroadscms.net/axium.)[2]

3            Thus, the Trustee requests that the required notice of administrative

4    matters be limited to the following parties and/or their counsel:

5            1.    The Office of the United States Trustee;

6            2.    The Debtor's secured creditor(s);

7            3.    The Internal Revenue Service;

8            4.    All State and federal taxing authorities;

9            5.    All other entities requesting special notice who file a written request

10    with the Clerk of the Court and serve a copy of such request upon the Debtor's counsel;

11            6.    All parties directly affected by the specific issue before the court; and

12            7.    Any other parties that the Court may direct.

13            Federal Rule of Bankruptcy Procedure ("Rule") 2002 specifies the notice

14    that must be provided to creditors and other parties in bankruptcy cases.  Rule 2002(a)

15    specifies the parties who must be given notice of certain administrative matters, including

16    but not limited to a proposed use, sale or lease of property of the estate other than in the

17    ordinary course of business, a hearing on approval of a compromise or settlement of a

18    controversy, and a hearing on a request for compensation and reimbursement of

19    expenses exceeding $1,000.  See Fed. R. Bankr. P. 2002(a)(2), (3) & (6) (2007).  The

20    rule provides that notice of such matters must be given to all creditors and indenture

21    trustees, amongst other parties, with certain exceptions contained in Rules 2002(h), (i),

22    and (l).  Id.

23            Furthermore, with respect to other matters of which the Rules do not require

24    notice to all creditors, the Rules provide authority for the Court to limit the notice required

25    for such matters.  Specifically, Rule 2002(m) provides:

26

27    _____

28        [2] A copy of a the webpage is attached hereto as Exhibit "3."

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1         **(m)    Orders Designating Matter of Notices.**  The Court may from time

2   to time enter orders designating the matters in respect to which, <u>the entity</u>
    <u>to whom</u>, and the form and manner in which notices shall be sent except as

3   otherwise provided by these rules.

4   Fed. R. Bankr. P. 2002(m) (emphasis added).  Similarly, Rule 9007 provides:

5         **General Authority to Regulate Notices.**  When notice is to be given under
    these rules, the court shall designate, if not otherwise specified herein, the

6   time within which, <u>the entities to whom</u>, and the form and manner in which
    the notice shall be given.  When feasible, the court may order any notices

7   under these rules to be combined.

8   Fed. R. Bankr. P. 9007 (emphasis added).

9         Limiting the extent of notice required for administrative matters in this case

10  will greatly reduce the burden and cost that providing such notice would otherwise

11  impose on the estate.  Limiting notice will also further the purpose, spirit and language of

12  the Federal Rules of Bankruptcy Procedure, which provide that "[t]hese rules shall be

13  construed to secure the just, speedy, and inexpensive determination of every case and

14  proceeding."  Fed. R. Bankr. P. 1001.  Moreover, the interests of creditors are protected

15  by allowing any creditor who desires to receive notice of all administrative matters in this

16  case to file with the clerk and serve on the Trustee a request for special notice and, all

17  parties in interest have access to the web site, free of charge.[3]

18        Finally, the Court's approval of this Motion will eliminate the necessity and

19  expense of the Debtor requesting limited notice separately in each administrative matter

20  as it arises.  This case involves numerous creditors, shareholders, and other parties in

21  interest.

22

23  A.    **The Extent of Notice Proposed**

24        If this motion is granted, the Debtor proposes to provide all creditors and

25  other known parties in interest with notice of the order limiting the extent of notice

26  _____

27      [3] Compare the nominal charge to the estate of $500.00 per month to maintain the
    website to a minimum of $5,000 per mailing should all creditors receive notice of every

28  matter.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  required in this case.  Such notice will be in a form substantially similar to the notice

2  attached hereto as **Exhibit 1**.

3

4  **B.**     <u>Service by E-Mail</u>.

5          In addition, and in order to save the estate substantial expense in postage

6  and copying costs, and to make receipt of documents more convenient and expedient for

7  interested parties, the Trustee requests that the Court authorize the Trustee to serve

8  notices, pleadings, and other documents filed in this case by email on those parties who

9  consent in advance to receiving service of such documents by email. The Trustee seeks

10  to reduce the burden and expense of providing notice of all administrative matters in this

11  case.  Service of notices, pleadings, and other documents filed with the Court by email on

12  parties who consent, in advance, to receiving service of documents by email will

13  dramatically reduce postage and copying expenses in this case and will expedite service

14  in a manner that many parties will likely find preferable to the other more costly

15  alternatives.

16

17                                    **IV.**

18          **THE COURT SHOULD FIX THE TIME WITHIN WHICH**

19  **PROOFS OF CLAIM MUST BE FILED PURSUANT TO RULE 3002(c)(5)**

20          **OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE,**

21          **APPROVE THE PROPOSED CUSTOMIZED PROOF OF CLAIM FORM**

22  **AND ALLOW XROADS TO PREPARE AND SERVE THE REQUIRED NOTICE**

23          Pursuant to Rule 3002(a) of the Federal Rules of Bankruptcy Procedure,

24  "An unsecured creditor or an equity security holder must file a proof of claim or interest

25  for the claim or interest to be allowed, except as provided in Rules 1019(3), 3003, 3004,

26  and 3005."

27          Rule 3002(c)(5) provides, "If notice of insufficient assets to pay a dividend

28  was given to creditors pursuant to Rule 2002(e), and subsequently the trustee notifies the

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1    court that payment of a dividend appears possible, the clerk shall notify the creditors of

2    that fact and that they may file proofs of claim within 90 days after the mailing of the

3    notice." In this case, no notice of a bar date was provided with the initial Notice of

4    Commencement. Thus, in a typical Chapter 7, the Trustee would file a notice of asset

5    case, set a bar date at least 90 days thereafter and the Court Clerk would send out notice

6    of the bar date along with a proof of claim form.

7            In this case, the Trustee does not believe it is in the best interests of the

8    administration of these estates for the Clerk of the Court to send out the notice of bar

9    date with the official form proof of claim. Although these 37 cases are jointly

10   administered, the order allowing for joint administration requires that claims be filed in the

11   particular case to which the claim pertains, not the lead case, unless the claim is

12   specifically in that case. There are approximately 10,000 creditors and parties in interest

13   of which the Trustee is aware. Many of these are small individual wage claimants.

14   These non-bankruptcy sophisticated creditors may be unaware of in which case to file the

15   claim and, as a result, may either file it in the wrong case or file it in multiple cases.

16           Thus, at the Trustee's request, XRoads has created a customized Proof of

17   Claim form to accompany a "Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors

18   and Claims Bar Date." A copy of these customs documents is attached hereto

19   collectively as Exhibit "2."

20           With respect to the notice of the Case and Meeting of Creditors, most of the

21   creditors in this case were added when the schedules were filed in March by the Trustee

22   and were not on the original mailing matrixes filed by the Debtors. Thus these creditors

23   have not yet had official notice of the case or notice of the meeting of creditors. The

24   Trustee believes that it is only fair to provide these creditors with these notices and the

25   opportunity to appear at the Meeting of creditors.

26           As to the Proof of claim, the Trustee believes that a customized proof of

27   claim form is vital. The customized Proof of Claim refers to all of the jointly administered

28   cases and allows the creditor to check the appropriate box next to the case. In addition,

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1   XRoads will prepare each claim form in advance of mailing so that it will have a barcode

2   that is linked to a "creditor record". If the recipient is just someone the master mailing list,

3   their record will just be their address information. If a creditor was listed in Schedules D,

4   E or F, their record will have their address information, the amount of their scheduled

5   claim and identify which Debtor the claim is against.

6          Other than including this customized information, the proof of claim is

7   identical to the official proof of claim. XRoads will also post a blank customized proof of

8   claim form on the Axium Web Page, for any creditor who requires an additional form or

9   who contacts the Trustee after the notice is sent.

10         The customized proof of claim will also facilitate the claims analysis and

11  resolution process. Without such customized and specific claims, the Trustee envisions

12  that many duplicate claims will be filed and in incorrect cases leading to unnecessarily

13  increased expenses in connection with claims administration and objections.

14         Based on the foregoing, the Trustee requests that the Court 1) fix a

15  deadline by which parties must file a proof of claim in this case (the "Claims Deadline")

16  that is at least 120 days after the hearing on this Motion so that XRoads can finalize the

17  claim forms and mail the notices; 2) approve the notice and form attached hereto as

18  Exhibit "2;" and 3) authorize XRoads to mail the notice and form to all creditors, interest

19  holders and other parties in interest in these cases.

20

21                                    V.

22                              **CONCLUSION**

23         For the reasons stated herein, the Trustee respectfully requests that the

24  Court enter an order 1) Limiting Extent Of Notice Required For Administrative Matters; (2)

25  Authorizing Service By Email On Parties Who Consent To Such Service; (3) Setting

26

27

28

1    Claims Bar Date; (4) Authorizing X-Roads To Serve Notice Of Bar Date And Proof Of

2    Claims; and (5) Approving Form Of Notice Of Bar Date And Proof Of Claim.

3    DATED: March 28, 2008                    Respectfully submitted,

4                                              **Sulmeyer**Kupetz
                                              A Professional Corporation
5

6                                              By:  _____
7
                                              Elissa D. Miller
8                                              Attorneys for Howard M. Ehrenberg,  Chapter
                                              7 Trustee
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[EDM\BANKR\519134.1]                        -13-

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

# DECLARATION OF HOWARD M. EHRENBERG

I, Howard M. Ehrenberg, hereby declare:

1.      I am an attorney at law, duly qualified and licensed to practice before this federal district court. I am a member of **Sulmeyer**Kupetz, A Professional Corporation ("Sulmeyer" or "the Firm") and am the duly appointed, qualified, and acting Chapter 7 Trustee for the estates of the debtors Axium International, Inc., AV Centurion Film, Inc., AV Global, Inc., Avalon Payroll Group, Inc., Avalon Production Accounting, Inc., Avalon Visual Corp., Avalon Worldwide, Inc., Avalon Film Services, Inc., Avalon Hollywood Services, Inc., AX Centurion Film, Inc., AX Global, Inc., Axi Cash, Inc., AXICO, Inc., Axium ATB, Inc., Axium Bond Corp., Axium Cinema, Inc., Axium Entertainment, Inc., Axium Film Corp., Axium Holdings, Inc., Axium Hollywood Services, Inc., Axium Payroll Group, Inc., Axium Payroll Services, Inc., Axium SC, LLC, Axium Visual Corp., Axium Worldwide, Inc., Centurion Cinema, Inc., ECG Minn RE, LLC, Global Enterprises, Inc., Global Music, Inc., Global Worksource, Inc., PAV Film Services, Inc., Talent VMS, Inc., PAX Film Services, Inc. Diversity MSP, Inc. dba ECG dba Ensemble Chimes Global, Diversity Internal, Inc., Ensemble Chimes Servicing, Inc., and Ensemble Chimes Global Puerto Rico, Ltd. (collectively, the "Debtors"). I have personal knowledge of the facts stated in this Declaration, and if called to testify, could and would, without waiver of any applicable privilege, testify that the facts stated in this Declaration are true and correct to the best of my knowledge and information.

2.      The Debtors filed separate voluntary petitions for relief on or about January 8 and 9, 2008.[4] Since my appointment, I have learned that the Debtors were, prior to their filings, engaged in two separate business enterprises. The "Axium Debtors" were one of three major companies that processed payrolls for and provided related services to production companies, studios, trade unions and other entertainment-industry clients. The "Chimes Debtors" were, at one time, one of the leading providers of human

---

[4] On January 15, 2008, the Court granted the motions of six additional related debtors for voluntary dismissal of their respective chapter 7 case.

1  capital and services procurement solutions primarily to Fortune 1000 and smaller, middle-

2  market companies.  Headquartered in Los Angeles, California, the Debtors maintained

3  their principal operations in Troy, Michigan, and, prior to the chapter 7 filings, employed

4  approximately 390 full-time employees and managed, on average, 100,000 contingent

5  workers daily.

6          3.      I make this Declaration in support of my Motion for an Order (1)

7  Limiting Extent of Notice Required For Administrative Matters; (2) Authorizing Service by

8  Email on Parties Who Consent To Such Service; (3) Setting Claims Bar Date; (4)

9  Authorizing X-Roads to Serve Notice Of Bar Date and Proof of Claims; and (5) Approving

10  Form of Notice of Bar Date and Proof of Claim.  I believe that the economical and

11  efficient administration of the estate mandates that the Court grant this motion.

12          4.      By this Motion, I seek administrative orders to facilitate and assist in

13  the economic administration of this estate.  Based on my review of documents,

14  discussions with Christopher Toto, and my review of the schedules, there are a minimum

15  of 10,000 persons and entities that are on the master mailing list for this case.  Thus,

16  absent the relief requested herein, this case could easily become an administrative

17  nightmare from both a cost and an information processing standpoint.

18          5.      First, unless notice is limited, I will have to give notice to the entire

19  mailing list of each of the numerous administrative matters which I contemplate I will have

20  to bring before the Court in this case.  I request that notice be limited to the following

21  persons and entities

22                  (a)      The Office of the United States Trustee;

23                  (b)      The Debtor's secured creditor(s);

24                  (c)      The Internal Revenue Service;

25                  (d)      All State taxing authorities;

26                  (e)      All other entities requesting special notice by filing a written

27  request with the Clerk of the Court and serving a copy of such request upon the Debtor's

28  counsel;

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

[EDM\BANKR\519134.1]

1         (f)    All parties directly affected by the specific issue before the

2    court; and

3         (g)    Any other parties that the Court may direct.

4        6.    Limiting the extent of notice required will greatly reduce the

5    substantial burden and expense of copying and postage for each mailing.  This does not

6    mean however, that interested parties will not be able to keep track of the goings on in the

7    case.  A creditor, shareholder, or other party in interest desiring to receive notice of

8    administrative matters can file and serve a request for special notice.  In addition, I have

9    established a free website which includes copies of all documents filed with the Court and

10   notices of important dates.  (See http://www.xroadscms.net/axium)[5]

11       7.    In addition, and in order to save the estate substantial expense in

12   postage and copying costs, and to make receipt of documents more convenient and

13   expedient for various interested parties, I request that the Court authorize me to serve

14   notices, pleadings, and other documents filed in this case by email on those parties who

15   consent in advance to receiving service of such documents by email.

16       8.    In this case, no notice of a bar date was provided with the initial

17   Notice of Commencement.  Thus, in a typical Chapter 7, I would file a notice of asset

18   case, set a bar date at least 90 days thereafter and the Court Clerk would send out notice

19   of the bar date along with a proof of claim form.

20       9.    In this case, I do not believe following standard practice is in the best

21   interests of the administration of the estate.  Although these 37 cases are jointly

22   administered, the order allowing for joint administration requires that claims be filed in the

23   particular case to which the claim pertains, not the lead case, unless the claim is

24   specifically in that case.  I am aware of approximately 10,000 creditors and other parties

25   in interest who will receive notice of the Bar Date.  Many of these are small individual

26   wage claimants.  These non-bankruptcy sophisticated creditors may be unable to

27   _____

28      [5] A copy of a the webpage is attached hereto as Exhibit "3."

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  determine which of the 37 cases in which to file their claim and, as a result, may either

2  file it in the wrong case or file it in multiple cases.

3        10.    At my request, XRoads has created a Customized Proof of Claim to

4  accompany a "Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Claims

5  Bar Date."  A copy of these customs documents is attached hereto collectively as Exhibit

6  "2."  I have asked XRoads to prepare the Notice of Commencement and include the date

7  and time for the Meeting of Creditors because most of the creditors were added when the

8  schedules were filed by me in March and were not on the original mailing matrixes filed

9  by the Debtors.  Thus these creditors have not yet had official notice of the case or notice

10  of the meeting of creditors.  I believe that it is only fair to provide these creditors with

11  these notices and the opportunity to appear at the Meeting of creditors.

12        11.    As to the Proof of Claim form, it is my opinion that a customized

13  proof of claim form is vital.  The customized Proof of Claim refers to all of the jointly

14  administered cases and allows the creditor to check the appropriate box next to the case.

15  In addition, XRoads will prepare each claim form in advance of mailing so that it will have

16  a barcode that is linked to a "creditor record".  If the creditor is just on the mailing matrix,

17  their record will just be their address information.  If a creditor is listed in Schedules D, E

18  or F, form will have their address information, the amount of their scheduled claim and

19  the identity of the Debtor that their claim is against.  I have reviewed the customized

20  claim form against the official proof of claim on the Court's website.  Other than including

21  this customized information, the proof of claim is identical to the official proof of claim.  In

22  addition to mailing out the claims forms, XRoads will also post a blank customized proof

23  of claim form on the Axium Web Page, for any creditor who requires an additional form or

24  who contacts the Trustee after the notice is sent.

25        12.    It is also my opinion that the customized proof of claim will facilitate

26  the claims analysis and resolution process.  Without such customized and specific

27  claims, it is likely that many duplicate claims will be filed and in incorrect cases leading to

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[EDM\BANKR\519134.1]

1  unnecessarily increased administrative expenses associated with claims review and

2  claims objections.

3          13.    Based on the foregoing, I respectfully request that the Court (1) Limit

4  the  Extent of Notice Required For Administrative Matters; (2) Authorize Service by Email

5  on Parties Who Consent To Such Service; (3) Set a Claims Bar Date; (4) Authorize

6  XRoads to Serve Notice Of Bar Date and Proof of Claims; and (5) Approve the Form of

7  Notice of Bar Date and Proof of Claim.

8          I declare under penalty of perjury under the laws of the United States of

9  America that the foregoing is true and correct and that this declaration was executed this

10 27 day of March, 2008 at Los Angeles, California.

11

12

13                                                Howard M. Ehrenberg

14

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[EDM\BANKR\519134.1]                     -18-

# EXHIBIT 1

1  Victor A. Sahn (CA Bar No. 97299)
   Daniel A. Lev (CA Bar No. 129622)
2  Elissa D. Miller (CA Bar No. 120029)
   **Sulmeyer**Kupetz
3  A Professional Corporation
   333 South Hope Street, Thirty-Fifth Floor
4  Los Angeles, California 90071-1406
   Telephone: 213.626.2311
5  Facsimile: 213.629.4520

6  Attorneys for Howard M. Ehrenberg,
   Chapter 7 Trustee

7

8              **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

10

11  In re                              Case No. 2:08-bk-10277-BB

12  Axium International, Inc.,          Chapter 7

13          Debtor.                    Jointly Administered with the following
                                       identified Cases

14                                     **NOTICE OF (1) ORDER LIMITING
                                       EXTENT OF NOTICE REQUIRED FOR
15                                     ADMINISTRATIVE MATTERS; (2)
                                       ORDER AUTHORIZING SERVICE BY
16                                     EMAIL ON THOSE PARTIES WHO
                                       CONSENT TO SUCH SERVICE; 3) CASE
17                                     WEBSITE**

18                                     DATE:    April 30, 2008
                                       TIME:    10:00 a.m.
19                                     PLACE:   Courtroom "1475"
                                                255 East Temple Street
20                                              Los Angeles, CA

21
    ☒      Affects All Debtors
22

23  ☐      Affects Diversity MSP, Inc.,     2:08-bk-10376-BB

24
    ☐      Affects AV Centurion Film, Inc.,  2:08-bk-10294-BB
25

26  ☐      Affects AV Global, Inc.,         2:08-bk-10327-BB

27
    ☐      Affects Avalon Payroll Group, Inc.,  2:08-bk-10339-BB
28

[EDM\BANKR\519167.1]                                    **019**

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

| | | |
|---|---|---|
| ☐ | Affects Avalon Production Accounting, Inc., | 2:08-bk-10304-BB |
| ☐ | Affects Avalon Visual Corp., | 2:08-bk-10312-BB |
| ☐ | Affects Avalon Worldwide, Inc., | 2:08-bk-10340-BB |
| ☐ | Affects Avalon Film Services, Inc., | 2:08-bk-10297-BB |
| ☐ | Affects Avalon Hollywood Services, Inc., | 2:08-bk-10329-BB |
| ☐ | Affects AX Centurion Film, Inc., | 2:08-bk-10319-BB |
| ☐ | Affects AX Global, Inc., | 2:08-bk-10326-BB |
| ☐ | Affects Axi Cash, Inc., | 2:08-bk-10332-BB |
| ☐ | Affects Axico, Inc., | 2:08-bk-10336-BB |
| ☐ | Affects Axium ATB, Inc., | 2:08-bk-10314-BB |
| ☐ | Affects Axium Bond Corp., | 2:08-bk-10317-BB |
| ☐ | Affects Axium Cinema, Inc., | 2:08-bk-10333-BB |
| ☐ | Affects Axium Entertainment, Inc., | 2:08-bk-10291-BB |
| ☐ | Affects Axium Film Corp., | 2:08-bk-10338-BB |
| ☐ | Affects Axium Holdings, Inc., | 2:08-bk-10280-BB |
| ☐ | Affects Axium Hollywood Services, Inc., | 2:08-bk-10305-BB |
| ☐ | Affects Axium Payroll Group, Inc., | 2:08-bk-10335-BB |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| ☐ Affects Axium Payroll Services, Inc., | 2:08-bk-10321-BB |
| ☐ Affects Axium SC, LLC, | 2:08-bk-10285-BB |
| ☐ Affects Axium Visual Corp., | 2:08-bk-10320-BB |
| ☐ Affects Axium Worldwide, Inc., | 2:08-bk-10306-BB |
| ☐ Affects Centurion Cinema, Inc., | 2:08-bk-10311-BB |
| ☐ Affects Diversity Internal, Inc., | 2:08-bk-10372-BB |
| ☐ Affects ECG Minn RE, LLC, | 2:08-bk-10316-BB |
| ☐ Affects Global Enterprises, Inc., | 2:08-bk-10301-BB |
| ☐ Affects Global Music, Inc., | 2:08-bk-10298-BB |
| ☐ Affects Global Worksource, Inc., | 2:08-bk-10341-BB |
| ☐ Affects PAV Film Services, Inc., | 2:08-bk-10331-BB |
| ☐ Affects Talent VMS, Inc., | 2:08-bk-10325-BB |
| ☐ Affects Pax Film Services, Inc., | 2:08-bk-10290-BB |
| ☐ Affects Ensemble Chimes Servicing, Inc. | 2:08-bk-10373-BB |
| ☐ Affects Ensemble Chimes Global Puerto Rico, Ltd. | 2:08-bk-10375-BB |

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   **TO ALL CREDITORS AND PARTIES IN INTEREST:**

2         **PLEASE TAKE NOTICE** that the United States Bankruptcy Court has

3   ordered that Howard M. Ehrenberg, the duly authorized Chapter 7 Trustee of each of the

4   above entitled cases (the "Trustee") is authorized to provide limited notice of

5   administrative matters in the above-captioned chapter 7 cases, except for matters of

6   which notice must be given to all creditors pursuant to Rule 2002 of the Federal Rules of

7   Bankruptcy Procedure.  The Trustee is authorized to provide notice of administrative

8   matters solely to the following entities:

9         **1.**     **The Office of the United States Trustee;**

10        **2.**     **The Debtor's secured creditor(s);**

11        **3.**     **The Internal Revenue Service;**

12        **4.**     **All State and federal taxing authorities;**

13        **5.**     **All other entities requesting special notice who file a written**

14  **request with the Clerk of the Court and serve a copy of such request upon the**

15  **Debtor's counsel;**

16        **6.**     **All parties directly affected by the specific issue before the**

17  **court; and**

18        **7.**     **Any other parties that the Court may direct.**

19        Any party requesting notice of administrative and others matters in the

20  Debtor's case may request such notice by:  (1) filing a written request for special notice

21  with the Clerk of the United States Bankruptcy Court, located at:  255 East Temple

22  Street, Los Angeles, CA  90012;  and (2) serving a copy of said request on the Trustee's

23  counsel, whose name and address appears at the upper left corner of this first page of

24  this notice.

25        **PLEASE TAKE FURTHER NOTICE** that the Court has authorized the

26  Trustee to serve notices, pleadings and other documents filed in this case by email on

27  those parties who consent in advance to such service.  If you consent to the receipt by e-

28  mail of notices, pleadings and/or other documents filed in this case and have not already

**SulmeyerKupetz,** A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1   so advised the Trustee, please include in your request for special notice, if you are filing

2   and servicing such a request, a request that you be served with documents by email and

3   provide your email address.  If you are not filing a request for special notice or have

4   already done so and consent to service by e-mail, please e-mail Maria Viramontes of

5   **Sulmeyer**Kupetz, a professional corporation, at mviramontes@sulmeyerlaw.com.

6           **PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in

7   the case including those that may require a response, objection, hearing, or which may

8   contain a deadline to take an action in the case (collectively "Substantive Pleadings")

9   shall be available at the following web address: http://www.xroadscms.net/axium.  A copy

10  of all pleadings filed in the case can also be accessed through the Court's electronic filing

11  system located at www.ecf.cacb.uscourts.gov .

12  DATED: March 28, 2008                Respectfully submitted,

13                                       **Sulmeyer**Kupetz
                                         A Professional Corporation
14

15

16                                       By: _____

17                                            Elissa D. Miller
                                              Attorneys for Howard M. Ehrenberg,  Chapter
                                              7 Trustee
18

19

20

21

22

23

24

25

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**EXHIBIT 2**

**B9D (Official Form 9D)** (Chapter 7 Corporation/Partnership Asset Case) (12/07)

UNITED STATES BANKRUPTCY COURT   __CENTRAL__ **District of** __California__

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, Claim Bar Date

A Chapter 7 bankruptcy case concerning the debtor(s) in the attached list was filed on __01/08/2008__ (date). This is a jointly administered case. The attached list provides the affiliate case names and case number.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

See Reverse Side for Important Explanations

| Debtor(s) (name(s) and address): | Case Number: |
|---|---|
| Axium International, Inc. | 2-08-BK-10277-BB |
| 333 South Hope Street, 35th Floor | Last four digits of Social-Security or Individual Taxpayer-ID (ITIN) No(s)./Complete EIN: |
| Los Angeles, CA 90071 | 95-4417193 |
| All other names used by the Debtor(s) in the last 8 years (include trade names): | Bankruptcy Trustee (name and address): Telephone number: |
| | **Howard M Ehrenberg** |
| | SulmeyerKupetz |
| Attorney for Debtor(s) (name and address): Telephone number: | 333 South Hope Street, 35th Floor |
| | Los Angeles, CA 90071 |
| **David M Poitras** | (213)626-2311 |
| 1900 Ave Of The Stars 7Th Flr | |
| Los Angeles, CA 90067 | |
| 310-203-8080 | |
| Email: dpoitras@jmbm.com | |

**Meeting of Creditors**

The meeting of creditors pursuant to section 341 of the Bankruptcy Code was held on March 13, 2008 at 9:00 a.m. PDT. The meeting was continued to Date 5/13/2008 at 10AM
Location: Office of the U.S. Trustee
725 S Figueroa St Room 101
Los Angeles, CA 90017

**Deadline to File a Proof of Claim ("Claim Bar Date")**

See Explanations and attached instructions on filing a proof of claim.

Papers must be received by the bankruptcy clerk's office by the following deadlines:

For all creditors (except a governmental unit):    For a governmental unit:

**Creditor with a Foreign Address:** A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Creditors May Not Take Certain Actions:** In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case. For additional information please go to www.xroadscms.net/axium.

| Address of the Bankruptcy Clerk's Office: Telephone number: | For the Court: |
|---|---|
| | Clerk of the Bankruptcy Court: |
| | |
| Hours Open: | Date: |

## EXPLANATIONS  B9D (Official Form 9D) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid, you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Liquidation of the Debtor's Property and Payment of Creditors' Claims | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To make sure you receive any share of that money, you must file a Proof of Claim, as described above. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer To Other Side For Important Deadlines and Notices

**025**

# UNITED STATES BANKRUPTCY COURT
## Central District Of California (Los Angeles)

### NOTICE

### FILING A  PROOF OF CLAIM

LISTED BELOW ARE ALL OF THE AFFILIATE CASES RELATED TO THE LEAD CASE NUMBER 2:08-BK-10277-BB, AXIUM INTERNATIONAL, INC., WHICH WAS JOINTLY ADMINISTERED BY ORDER OF THIS COURT ON JANUARY 18, 2008.

PURSUANT TO THE SAME ORDER, A SEPARATE CLAIM DOCKET WILL BE MAINTAINED FOR EACH OF THE AFFILIATED CASES.  AS SUCH, ALL PROOFS OF CLAIM FILED SHALL BE PLACED IN THE CLAIMS FILE FOR THE SPECIFIC CASE TO WHICH THEY PERTAIN.

ACCORDINGLY, PLEASE NOTE THE CASE NAMES AND CORRESPONDING CASE NUMBERS LISTED BELOW AND FILE YOUR PROOF OF CLAIM(S) PURSUANT TO THE INSTRUCTIONS ON THE PROOF OF CLAIM FORM FOR THE APPROPRIATE DEBTOR. THE PROOF OF CLAIM FORM IS ATTACHED. IF YOU NEED TO FILE A PROOF OF CLAIM IN MORE THAN ONE CASE, YOU MAY DOWNLOAD A BLANK COPY AT http://www.xroadscms.net/axium

ALL PROOFS OF CLAIM MUST BE FILED BY THE CLAIM BAR DATE AS SET FORTH IN THE NOTICE UNDER "DEADLINE TO FILE A PROOF OF CLAIM".

| Debtor | Case # | Employer Tax ID |
|---|---|---|
| Axium International, Inc. | 2:08-BK-10277-BB | 95-4882205 |
| Axium Holdings, Inc. | 2:08-BK-10280-BB | 20-3337477 |
| Axium SC, LLC | 2:08-BK-10285-BB | 20-5262554 |
| Pax Film Services, Inc. | 2:08-BK-10290-BB | 20-8003239 |
| Axium Entertainment, Inc. | 2:08-BK-10291-BB | 13-3918089 |
| AV Centurion Film, Inc. | 2:08-BK-10294-BB | 20-8003353 |
| Avalon Film Services | 2:08-BK-10297-BB | 13-4148676 |
| Global Music, Inc. | 2:08-BK-10298-BB | 20-5338977 |
| Global Enterprises, Inc. | 2:08-BK-10301-BB | 20-1253601 |
| Avalon Production Accounting, Inc. | 2:08-BK-10304-BB | 20-5212702 |
| Axium Hollywood Services, Inc. | 2:08-BK-10305-BB | 13-4201593 |
| Axium Worldwide, Inc. | 2:08-BK-10306-BB | 13-4091781 |
| Centurion Cinema, inc. | 2:08-BK-10311-BB | 20-5555510 |
| Avalon Visual Corp. | 2:08-BK-10312-BB | 65-1162987 |
| Axium ATB, Inc. | 2:08-BK-10314-BB | 26-0693741 |
| ECG Minn RE, LLC | 2:08-BK-10316-BB | 26-0574032 |
| Axium Bond Corp. | 2:08-BK-10317-BB | 20-8621686 |
| AX Centurion Film, Inc. | 2:08-BK-10319-BB | 20-8003272 |
| Axium Visual Corp. | 2:08-BK-10320-BB | 65-1162982 |
| Axium Payroll Services | 2:08-BK-10321-BB | 13-3665722 |
| Talent VMS, Inc. | 2:08-BK-10325-BB | 20-1971719 |
| AX Global, Inc. | 2:08-BK-10326-BB | 20-1252617 |
| AV Global, Inc. | 2:08-BK-10327-BB | 20-1252231 |
| Avalon Hollywood Services, Inc. | 2:08-BK-10329-BB | 13-4201594 |
| PAV Film Services, Inc. | 2:08-BK-10331-BB | 20-8003254 |
| Axi Cash, Inc. | 2:08-BK-10332-BB | 06-1724792 |

# UNITED STATES BANKRUPTCY COURT
## Central District Of California (Los Angeles)

| | | |
|---|---|---|
| Axium Cinema, Inc. | 2:08-BK-10333-BB | 84-1658128 |
| Axium Payroll Group, Inc. | 2:08-BK-10335-BB | 13-3858562 |
| Axico, Inc. | 2:08-BK-10336-BB | 26-0363555 |
| Axium Film Corp. | 2:08-BK-10338-BB | 13-4158674 |
| Avalon Payroll Group, Inc. | 2:08-BK-10339-BB | 13-3858561 |
| Avalon Worldwide, Inc. | 2:08-BK-10340-BB | 13-4091782 |
| Global Worksource, Inc. | 2:08-BK-10341-BB | 20-3872145 |
| Diversity Internal, Inc. | 2:08-BK-10372-BB | 20-5530083 |
| Ensemble Chimes Servicing, Inc. | 2:08-BK-10373-BB | 06-1616123 |
| Ensemble Chimes Global Puerto Rico, Ltd. | 2:08-BK-10375-BB | 138686 |
| Diversity MSP, Inc. | 2:08-BK-10376-BB | 20-1971682 |

| UNITED STATES BANKRUPTCY COURT  CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION | **PROOF OF CLAIM** |
|---|---|
| Indicate Debtor against which you assert a claim by checking the appropriate box below. **(Check only one Debtor per claim form and complete page 1 and 2.)** | |

| | | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|
| □Axium International, Inc. (Case No. 08-10277)<br>□Axium Holdings, Inc. (Case No. 08-10280)<br>□Axium SC, LLC (Case No. 08-10285)<br>□Pax Film Services, Inc. (Case No. 08-10290)<br>□Axium Entertainment, Inc. (Case No. 08-10291)<br>□AV Centurion Film, Inc. (Case No. 08-10294)<br>□Avalon Film Services (Case No. 08-10297)<br>□Global Music, Inc. (Case No. 08-10298)<br>□Global Enterprises, Inc. (Case No. 08-10301)<br>□Avalon Production Accounting, Inc. (Case No. 08-10304)<br>□Axium Hollywood Services, Inc. (Case No. 08-10305)<br>□Axium Worldwide, Inc. (Case No. 08-10306)<br>□Centurion Cinema, Inc. (Case No. 08-10311)<br>□Avalon Visual Corp. (Case No. 08-10312)<br>□Axium ATB, Inc. (Case No. 08-10314)<br>□ECG Minn RE, LLC (Case No. 08-10316)<br>□Axium Bond Corp. (Case No. 08-10317)<br>□AX Centurion Film, Inc. (Case No. 08-10319)<br>□Axium Visual Corp. (Case No. 08-10320) | □Axium Payroll Services (Case No. 08-10321)<br>□Talent VMS, Inc. (Case No. 08-10325)<br>□AX Global, Inc. (Case No. 08-10326)<br>□AV Global, Inc. (Case No. 08-10327)<br>□Avalon Hollywood Services, Inc. (Case No. 08-10329)<br>□PAV Film Services, Inc. (Case No. 08-10331)<br>□Axi Cash, Inc. (Case No. 08-10332)<br>□Axium Cinema, Inc. (Case No. 08-10333)<br>□Axium Payroll Group (Case No. 08-10335)<br>□Axico, Inc. (Case No. 08-10336)<br>□Axium Film Corp. (Case No. 08-10338)<br>□Avalon Payroll Group, Inc. (Case No. 08-10339)<br>□Avalon Worldwide (Case No. 08-10340)<br>□Global Worksource, Inc. (Case No. 08-10341)<br>□Diversity Internal, Inc. (Case No. 08-10372)<br>□Ensemble Chimes Servicing, Inc. (Case No. 08-10373)<br>□Ensemble Chimes Global Puerto Rico, Ltd. (Case No. 08-10375)<br>□Diversity MSP, Inc. (Case No. 08-10376) | |

NOTE:     This form should not be used to make a claim for an administrative expense arising after the commencement of the case.  A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property): | |
|---|---|
| Name and Address Where Notices Should be Sent:<br><br><br><br>Telephone No: | □ Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>   *(If known)*<br><br>Filed on:_____ |
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone No: | □ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim.  Attach copy of statement giving particulars.<br><br>□ Check this box if you are the debtor or trustee in this case. |

**028**

1. Amount of Claim as of Date Case Filed:                        $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐    Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:**_____
     (See instruction #2 on reverse side.)

**2. Last four digits of any number by which creditor identifies debtor:**_____

    **3a.** Debtor may have scheduled account as:_____
       (See instruction #3a on reverse side.)

**3. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**    ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
Describe:

**Value of Property:** $_____    **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,**

if any: $_____        Basis for perfection:_____

**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

6.    Credits:  The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7.    Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements.  You may also attach a summary.  Attach redacted copies of documents providing evidence of perfection of a security interest.  If the supporting documents are in excess of 100 pages, you may attach a summary of them and a list of each document you have relied upon.  You may also attach a summary.  *(See definition of "redacted" on reverse side.)*

DO NOT SEND ORIGINAL DOCUMENTS.  ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**5.  Amount of Claim Entitled to Priority under 11 U.S.C. § 507(a).  If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtors business, whichever is earlier — 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan --- 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units — 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

    **Amount entitled to priority:**

    $_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

---

| **Date:** | Signature:  the person filing this claim must sign it.  Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above.  Attach copy of power of attorney, if any. | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim:*  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.

**029**

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form (if not already filled in)**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

1. **Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

2. **Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card.

3. **Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

   **3a.  Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

4. **Secured Claim.**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien

documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

4. **Amount of Claim Entitled to Priority Under 11 U.S.C. § 507(a).**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

5. **Credits:**
An authorized signature on this proof of claim serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

6. **Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

---

## DEFINITIONS

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is the person, corporation, or other entity owed a debt by the debtor on the date of the bankruptcy filing.

**Claim**
A claim is the creditor's right to receive payment on a debt that was owed by the debtor on the date of the bankruptcy filing. See 11 U.S.C. § 101(5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. § 506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

**Secured Claim (con't)**
A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. § 507(a)**
Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

## INFORMATION

**Acknowledgement of Filing a Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or to view your filed proof of claim you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq.*), and any applicable orders of the bankruptcy court.

**EXHIBIT 3**



**XRoads CMS HOME**

BANKRUPTCY
INDUSTRY LINKS

PROOF OF
CLAIM FORM

CLAIM/CREDITOR
SEARCH

SUBMIT AN
INQUIRY



**X Roads**
CASE MANAGEMENT SERVICES

COURT DOCUMENTS

SCHEDULES/SOFA

**Axium International, Inc.**

In re Axium International, Inc., Case No. 08-10277 (BB) Jointly Administered
United States Bankruptcy Court, Central District of California, Los Angeles Division
(http://www.cacb.uscourts.gov/ )

**General Information:** On January 8 & 9, 2008, Axium International, Inc. and 36
related entities filed voluntary petitions for relief under Chapter 7 of the United
States Bankruptcy Code (the "Bankruptcy Code"). The **thirty-seven Debtors**
(collectively, the "Bankruptcy Cases") are jointly administered under Case No. 08-
10277. The Bankruptcy Cases are pending before the Honorable Sheri Bluebond in
the United States Bankruptcy Court for the Central District of California, Los
Angeles Division.

Pursuant to the Bankruptcy Code (specifically including, but not limited to, 11
U.S.C. § 362), a debtor is afforded certain protection against its creditors; the
Bankruptcy Code prohibits creditors from taking certain actions related to debts
that may have been owing prior to the commencement of the Bankruptcy Cases. If
you believe that you might be a creditor of the Debtors based upon debts arising
prior to January 8, 2008, and you are considering taking action based upon your
status as a creditor, you may wish to seek legal advice. The staff of the Clerk of the
Bankruptcy Court and the staff of XRoads Case Management Services, LLC are
not permitted to give legal advice.

**Important Dates, Deadlines & Documents:** Some dates, deadlines and
documents in the Debtors' Bankruptcy Cases that may be relevant to interested
parties are set forth below:

| | | |
|---|---|---|
| Bankruptcy Filing Date | | January 8, 2008 |
| Meeting of Creditors | PDF of Notice of Creditors Meeting | March 13, 2008 (8:00 a.m. PDT) |

**Meeting of Creditors:** Pursuant to section 341 of the Bankruptcy Code, a meeting
of creditors will be held on March 13, 2008 at 8:00 a.m. (PDT) at the following
location:

Office of the U.S. Trustee
725 S Figueroa St Room 101
Los Angeles, CA 90017

Rule 9001(5) of the Federal Rules of Bankruptcy Procedure requires that a
representative of the Debtors appear at the Meeting of Creditors for the purpose of
being examined under oath by a representative of the Office of the United States
Trustee and by any interested parties that attend the meeting. Creditors are
welcome, but not required, to attend the meeting. The Meeting of Creditors may be
continued or adjourned by notice at the meeting, without further written notice to
creditors.

**031**

▓ **Parties and Addresses:**

| **Court Address** | **Location to File Proof(s) of Claim** |
|---|---|
| U.S. Bankruptcy Court - Central District of California, Los Angeles Division Edward R. Roybal Federal Building and Courthouse 255 E. Temple Street, 9th Fl Los Angeles, CA 90012 T: 213-894-3118 http://www.cacb.uscourts.gov/ | See Court address set forth in adjacent box.<br><br>Please file proof(s) of claim, if any, via US Mail or other hand delivery system. Facsimile and other electronic delivery methods are not acceptable. You must file an originally executed proof of claim. If you would like a copy of your claim returned to you as proof of receipt, please enclose an additional copy and a self-addressed postage-paid envelope. |

**Attorneys' Addresses**

| | |
|---|---|
| Counsel for Chapter 7 Trustee Victor A. Sahn, Esq. Daniel A. Lev, Esq. SulmeyerKupetz 333 South Hope St 35th Fl Los Angeles, CA 90071-1406 T: 213-6262311x250 F: 213-629-4520 http://www.sulmeyerlaw.com | Chapter 7 Trustee Howard M. Ehrenberg, Trustee SulmeyerKupetz 333 South Hope St 35th Fl Los Angeles, CA 90071 T: 213-6262311x250 F: 213-629-4520 http://www.sulmeyerlaw.com |

▓ **Note:** XRoads Case Management Services, LLC ("XRoads CMS") maintains this website at the direction of Howard M. Ehrenberg, Chapter 7 Trustee. XRoads CMS maintains this website for the public's convenience and, while XRoads CMS makes every attempt to assure the accuracy of the information contained herein, this website is not the website of the United States Bankruptcy Court and does not contain the complete, official record of the Bankruptcy Court. All documents filed with the Court are available for inspection at the United States Bankruptcy Court, Central District of California, Los Angeles Division.

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1

## PROOF OF SERVICE

2 **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3        At the time of service, I was over 18 years of age and **not a party to this action**. I
am employed in the County of Los Angeles, State of California. My business address is
4 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

5        On March 31, 2008, I served the following document(s) described as **CHAPTER 7
TRUSTEE'S MOTION FOR ORDER: (1) LIMITING EXTENT OF NOTICE REQUIRED
6 FOR ADMINISTRATIVE MATTERS; (2) AUTHORIZING SERVICE BY EMAIL ON
PARTIES WHO CONSENT TO SUCH SERVICE; (3) SETTING CLAIMS BAR DATE; (4)
7 AUTHORIZING X-ROADS TO SERVE NOTICE OF BAR DATE AND PROOF OF
CLAIMS; AND (5) APPROVING FORM OF NOTICE OF BAR DATE AND PROOF OF
8 CLAIM; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF
HOWARD M. EHRENBERG IN SUPPORT HEREOF** on the interested parties in this
9 action as follows:

10                                        **SEE ATTACHED SERVICE LIST**

11 **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the
persons at the addresses listed in the Service List and placed the envelope for collection
12 and mailing, following our ordinary business practices. I am readily familiar with
SulmeyerKupetz's practice for collecting and processing correspondence for mailing. On
13 the same day that the correspondence is placed for collection and mailing, it is deposited
in the ordinary course of business with the United States Postal Service, in a sealed
14 envelope with postage fully prepaid.

15 **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an
agreement of the parties to accept service by e-mail or electronic transmission, I caused
16 the document(s) to be sent from e-mail address dgivens@sulmeyerlaw.com to the
persons at the e-mail addresses listed in the Service List. I did not receive, within a
17 reasonable time after the transmission, any electronic message or other indication that
the transmission was unsuccessful.
18

        I declare under penalty of perjury under the laws of the United States of America
19 that the foregoing is true and correct and that I am employed in the office of a member of
the bar of this Court at whose direction the service was made.
20

        Executed on March 31, 2008, at Los Angeles, California.
21

22

23                                        Denise Givens

24

25

26

27

28

1

## SERVICE LIST

2

3   **Debtor's Attorney**
David M. Poitras P.C.
4   Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
5   Los Angeles, CA  90067
Facsimile No.: (310) 203-0567
6   Email: dpoitras@jmbm.com

7   **Office of the United States Trustee**
Ernst & Young Plaza
8   Bruce Schildkraut, Esq.
725 South Figueroa Street, 26th Floor
9   Los Angeles, CA  90017
Facsimile No.: (213) 894-2603
10  Email: bruce.schildkraut@usdoj.gov

11  **REQUESTS FOR SPECIAL NOTICE**

12  Allegis Group, Inc.; Allegis Group Services, Inc.;
Aerotek, Inc.; TEKSystems; and Maxim Health Services, Inc.
13  c/o Christine M. Pajak, Esq.
STUTMAN, TREISTER & GLATT, PC
14  1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
15  Facsimile No.: (310) 228-5788
Email: cpaiak@stutman.com

16

Allegis Group, Inc.; Allegis Group Services, Inc.;
17  Aerotek, Inc.; TEKSystems; and Maxim Health Services, Inc.
c/o Lawrence J. Gebhardt, Esq.
18  c/o James T. Heidelbach, Esq.
GEBHARDT & SMITH LLP
19  One South Street, Suite 2200
Baltimore, MD  21202
20  Facsimile No.: (410) 385-5119
Email: lgebh@gebsmith.com
21          jheid@gebsmith.com

22  Convergenz LLC
c/o Jeffrey A. Krieger, Esq.
23  Greenberg Glusker
1900 Avenue of the Stars, 21st Floor
24  Los Angeles, CA  90067
Facsimile No.: (310) 553-0687
25  Email: ikrieger@ggfirm.com

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1   Cornerstone Data Strategies
    c/o Scott A. Schiff, Esq.
2   Soukup & Schiff, LLP
    1880 Century Park East, Suite 1108
3   Los Angeles, CA  90067
    Facsimile No.: (310) 286-0522
4   Email: sas@soukup-schiff.com

5   Hewlett-Packard Company
    c/o Ellen A. Friedman, Esq.
6   c/o Brandon C. Chaves, Esq.
    Friedman Dumas & Springwater LLP
7   150 Spear Street, Suite 1600
    San Francisco, CA  94105
8   Facsimile No.: (415) 834-1044
    Email: efriedman@friedumspring.com
9   bchaves@friedumspring.com

10  Hewlett-Packard Company
    Attn:  Anne Kennelly, Esq.
11  Corporate Legal Department
    3000 Hanover Street, M/S 1050
12  Palo Alto, CA  94304
    Facsimile No.: (650) 852-8617
13  Email: anne.kennelly@hp.com

14  IT Ascent, Inc.
    c/o Ivan L. Kallick, Esq.
15  c/o Ileana M. Hernandez, Esq.
    Manatt, Phelps & Phillips, LLP
16  11355 West Olympic Blvd.
    Los Angeles, CA  90064
17  Facsimile No.: (310) 312-4224
    Email: ikallick@manatt.com
18
    IT Ascent, Inc.
19  Attn:  W. Todd Peterson, Esq.
    Chief Financial Officer
20  343 Sansome St., Suite 500
    San Francisco, CA  94104
21  Facsimile No.: (415) 321-1010
    Email: tpeterson@itascent.com
22
    MIDCOM Corporation
23  c/o Michael St. James, Esq.
    St. James Law, P.C.
24  155 Montgomery Street, Suite 1004
    San Francisco, CA  94104
25  Facsimile No.: (415) 391-7568
    Email: michael@stjames-law.com
26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  Vedior North America, LLC
   c/o James O. Johnston, Esq.
2  Hennigan, Bennett & Dorman LLP
   865 South Figueroa Street, Suite 2900
3  Los Angeles, CA  90017
   Facsimile No.: (213) 694-1234
4  Email: johnstonj@hbdlawyers.com

5  Vedior North America, LLC
   c/o Richard Hiersteiner, Esq.
6  c/o Jeanne P. Darcey, Esq.
   c/o Amy A. Zuccarello, Esq.
7  Edwards Angell Palmer & Dodge LLP
   111 Huntington Avenue
8  Boston, MA  02199-7613
   Facsimile No.: (617) 316-8420
9  Email: rhiersteiner@eapdlaw.com;
            jdarcey@eapdlaw.com;
10           azuccarello@eapdlaw.com

11 Washington Mutual, Inc.
   c/o Josefina Fernandez McEvoy, Esq.
12 c/o Michael J. Heyman, Esq.
   Kirkpatrick & Lockhart Preston Gates Ellis LLP
13 10100 Santa Monica Blvd., 7th Floor
   Los Angeles, CA  90067
14 Facsimile No.: (310) 552-5001
   Email: josefina.mcevoy@klgates.com
15
   Washington Mutual, Inc
16 c/o Marc L. Barreca, Esq.
   Kirkpatrick & Lockhart Preston Gates Ellis LLP
17 925 Fourth Avenue, Suite 2900
   Seattle, Washington  98104-1158
18 Facsimile No.: (206) 623-7022
   Email: marc.barreca@klgates.com
19
   IATSE International Union
20 c/o Christian L. Raisner, Esq.
   WEINBERG, ROGER & ROSENFELD, APC
21 1001 Marina Village Parkway, Suite 200
   Alameda, CA  94501-1091
22 Facsimile No.: (510) 337-1023
   Email: bankruptcycourtnotices@unioncounsel.net
23           craisner@unioncounsel.net

24 Studio Transportation Drivers
   c/o Robert A. Cantore, Esq.
25 GILBERT & SACKMAN, A Law Corporation
   3699 Wilshire Blvd., Suite 1200
26 Los Angeles, CA  90010
   Facsimile No.: (323) 937-9139
27 Email: rac@gslaw.org

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

CCSI, Inc.
c/o Michael E. Busch, Esq.
c/o Kathleen A. Cashman-Kramer, Esq.
Pyle Sims Duncan & Stevenson APC
401 "B" Street, Suite 1500
San Diego, CA  92101
Facsimile No.: (619) 687-5210
Email: mebusch@psdslaw.com

**Attorneys for Southwest Airlines**
Jason Wallach, Esq.
Berger, Kahn, a Law Corporation
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925
Facsimile No.: (310) 775-8775
Email: jwallach@bergerkahn.com

**Attorneys for Home Box Office, Inc. and Turner
Entertainment Corporation**
Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067
Facimile No.: (310) 201-0760
Email: bgodshall@pszjlaw.com

Dean G. Rallis, Esq.
Weston, Benshoof, Rochefort, Rubalcava & MacCuish, LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Facsimile: (213) 947-1107
Email: drallis@wbcounsel.com

**Attorneys for Screen Actors Guild, Inc., Directors Guild
Of America, Inc., Writers Guild of America, West, Inc., Motion
Picture Industry Pension and Health Plans, Screen Actors Guild-
Producers Pension & Health Plans, Directors Guild of America, Inc.-Producer
Pension and Health Plans, and Writers Guild Pension Plan and Industry Health
Fund**
Joseph A. Kohanski
Bush Quiñonez Gottlieb Singer López
      Kohanski Adelstein & Dickinson
A Law Corporation
3500 West Olive Avenue, Suite 1100
Burbank, CA 91505
Facsimile No.: (818) 973-3200
Email: jkohanski@bushquinonez.com

Directors Guild of America, Inc.
7920 Sunset Boulevard
Los Angeles, CA 90046

Screen Actors Guild, Inc.
5757 Wilshire Boulevard
Los Angeles, CA 90036

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Writers Guild of America, West, Inc.
7000 West Third Street
Los Angeles, CA 90048

Directors Guild of America, Inc.-Producer Pension and Health Plans
8436 West 3rd Street, Suite 900
Los Angeles, CA 90048-4189

Screen Actors Guild-Producers Pension & Health Plans
3601 West Olive Avenue, 2nd Floor
Burbank, CA 91510-7830

Writers Guild Pension Plan and Industry Health Fund
1015 North Hollywood Way
Burbank, CA 91505

Motion Picture Industry Pension and Health Plans
11365 Ventura Boulevard
Studio City, CA 91604

Barry Aframe
Senior Vice President – Legal Affairs
HCC Specialty Underwriters
401 Edgewater Place, Suite 400
Wakefield, MA 01880

**Attorneys for Cisco Systems, Inc.**
Lawrence M. Schwab, Esq.
Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
Facsimile No.: (650) 494-2738
Email: lschwab@bbslaw.com
        klaw@bbslaw.com

**Attorneys for The Donovan Offices**
Michael J. Glenn, Esq.
The Donovan Offices
515 South Figueroa Street, Suite 1000
Los Angeles, CA  90071-3327
Facsimile No.: (213) 689-8784
Email: mglenn@thedonovanoffices.com

**Attorneys for Kaiser Foundation Hospitals**
Mark Palley, Esq.
Marion's Inn, A Law Partnership
1611 Telegraph Avenue, Suite 707
Oakland, CA 94612-2415
Facsimile No.: (510) 451-1711
Email: mp@marionsinn.com
        erin@marionsinn.com

1   **Attorneys for AARP, Inc.**
    Joel S. Miliband, Esq.
2   D. Edward Hays, Esq.
    Rus, Miliband & Smith
3   A Professional Corporation
    2600 Michelson Drive, 7th Floor
4   Irvine, CA 92612
    Facsimile No.: (949) 252-1514
5   Email: jmiliband@rusmiliband.com
            ehays@rusmiliband.com
6
    Lawrence Bass
7   Holme Roberts & Owen LLP
    1700 Lincoln Street, Suite 4100
8   Denver, CO  80203-4541
    Facsimile No.: (303) 866-0200
9   Email: Lawrence.bass@hro.com

10  **Attorneys for Lonely Maiden Productions, LLC;**
    **RMC Productions, LLC, Sophomore Distribution, LLC**
11  Richard T. Williams
    Holland & Knight LLP
12  633 West Fifth Street, 21st Floor
    Los Angeles, CA  90071-2040
13  Facsimile No.: (213) 896-2450
    Email: Richard.williams@hklaw.com
14
    **Attorneys for Placement Strategies, Inc.**
15  Phillip K. Wang, Esq.
    Gordon & Ress, LLP
16  Embarcadero Center West
    275 Battery Street, Suite 2000
17  San Francisco, CA 94111
    Facsimile No.: (415) 986-8054
18  Email: pwang@gordonrees.com

19  **Attorneys for Management Company, LLP**
    Wayne R. Terry, Esq.
20  Hemar, Rousso & Heald, LLP
    15910 Ventura Boulevard, 12th Floor
21  Encino, CA  91436-2829
    Facsimile No.: (818) 501-2985
22  Email: WTerry@hemar-rousso.com

23  **Attorneys for COMSYS IT Partners, Inc.**
    Phillip Ashman, Esq.
24  Brian A. Kumamoto, Esq.
    McQueen & Ashman LLP
25  19900 Mac Arthur Boulevard, Suite 1150
    Irvine, CA 92612
26  Facsimile No.: (949) 223-9611
    Email: pashman@mcqueenashman.com
27          mgolod@mcqueenashman.com
            bkumamoto@mcqueenashman.com
28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Attorneys for United Scenic Artists Local 829,
IATSE Local 480; Equity-League Pension, Health and 401(k) Trust Funds**
Robert S. Giolito, Esq.
Spivak Lipton LLP
11755 Wilshire Boulevard, Suite 2150
Los Angeles, CA 90025
Facsimile No.: (310) 473-3533
Email: rgiolito@spivak-lipton.com

**Attorneys for Starz Media, LLC, Software
Specialists, Inc., iGATE Mastech, Inc., and BBC
Worldwide Americas, Inc.**
Marsha A. Houston, Esq.
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Facsimile No.: (213) 457-8080
Email: mhouston@reedsmith.com

Gregory L. Taddonio, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Facsimile No.: (412) 288-3063
Email: gtaddonio@reedsmith.com

**Attorneys for Wall Street Services, Inc.**
Jeremy M. Downs, Esq.
Goldberg Kohn
55 East Monroe, Suite 3300
Chicago, IL 60603
Facsimile No.: (312) 863-7893
Email: Jeremy.downs@goldbergkohn.com

Scott Clarkson, Esq.
Clarkson Gore & Marsella
3424 Carson St #350
Torrance, CA 90503
Facsimile No. (310) 214-7254
Email: sclarkson@lawcgm.com

**Attorneys for Eclaro International, Inc.**
David B. Golubchik, Esq.
Levene, Neale, Bender, Rankin & Brill, LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA  90067
Facsimile No.: (310) 229-1244
Email dbg@lnbrb.com

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Attorneys for Eclaro International, Inc.**
Arthur Goldstein, Esq.
Todtman, Nachamie, Spizz & Johns, PC
425 Park Avenue
New York, NY 10022
Facsimile No.: (212) 754-6262
Email: agoldstein@tnsj-law.com

**Attorneys for Creditor Metropolitan Life Insurance Company**
Lisa Hill Fenning
Harry E. Garner
Dewey & Leboeuf LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071-1530
Facsimile (213) 632-6100
Email: lfenning@dl.com
        hgarner@dl.com

**Attorneys for Creditor and Party In Interest
AARP, Inc.**
Peter D. Coffman, Esq.
Dow Lohnes, PLLC
Six Concourse Parkway, Suite 1800
Atlanta, GA 30328-6117
Facsimile No.: (770) 901-8874
Email: pcoffman @dowlohnes.com

**Attorneys for The McGraw-Hill Companies, Inc.**
Karen A. Giannelli, Esq.
One Gateway Center
Newark, NJ 07102-5310
Facsimile No.: (973) 596-4500
Email: kgiannelli@gibbonslaw.com

**Attorneys for Creditor Harvard Consulting Group, Inc.**
Franklin C. Adams, Esq.
William J. Wall, Esq.
Best Best & Krieger, LLP
400 Mission Square
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502-1028
Facsimile No. (951) 686-3083
Email: franklin.adams@bbklaw.com

**Attorneys for Seaton Corp.**
William Dolan
Robert E. Krebs
Jones Day
77 West Wacker
Chicago, IL 60601
Facsimile No.: (312) 782-8585
Email: wdolan@jonesday.com
        rkrebs@jonesday.com

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1 | **Attorneys for UBS AG**
Lance N. Jurich
2 | Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
3 | Los Angeles, CA 90067-4120
Facsimile No.: (310) 282-2200
4 | Email: ljurich@loeb.com

5 | **Attorneys for Creditor UBS AG**
P. Gregory Schwed, Esq.
6 | Loeb & Loeb, LLP
345 Park Avenue
7 | New York, NY 10154-1894
Facsimile No.: (212) 407-4990
8 | Email: gschwed@loeb.com

9 | **Attorneys for United Healthcare Services, Inc.**
David M. Posner, Esq.
10 | Hogan & Hartson LLP
875 Third Avenue
11 | New York, NY 10022
Facsimile No.: (212) 918-3100
12 | Email: dmposner@hhlaw.com

13 | **Attorneys for United Healthcare Services, Inc.**
Neil R. O'Hanlon, Esq.
14 | Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
15 | Los Angeles, CA 90067
Facsimile No.: (310) 785-4601
16 | Email: nrohanlon@hhlaw.com

17 | **Attorneys for Associated Musicians of Greater New York**
**Local 802, AFM**
18 | Harvey S. Mars, Esq.
Law Office of Harvey S. Mars LLC
19 | 322 West 48th Street, Suite 6R
New York, NY 10036-1308
20 | Facsimile No.: (212) 765-2775
Email: jurmars566@aol.com

21 |
**Attorneys for American Airlines**
22 | Nanette D. Sanders, Esq.
Ringstad & Sanders LLP
23 | 2030 Main Street, Suite 1200
Irvine, CA 92614
24 | Facsimile No.: (949) 851-6926
Email: nanette@ringstadlaw.com

25 |

26 |

27 |

28 |

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Attorneys for American Airlines**
Scott Everett, Esq.
Haynes and Boones, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
Facsimile No.: (214) 200-0612
Email: scott.everett@haynesboone.com

**Attorneys for LMN Consulting, Advanced Technologies Integration And Ratchet**
John W. Kim, Esq.
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071-1602
Facsimile No.: (213) 612-7801
Email: jkim@nossaman.com

**Attorneys for Cognizant Technology Solutions**
Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0600
Facsimile No.: (212) 309-6001
Email: Nherman@morganlewis.com

**Attorneys for Day & Zimmerman, Inc.**
Richard Esterkin, Esq.
Morgan, Lewis & Brockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Facsimile No.: (213) 612-2501
Email: resterkin@morganlewis.com

**Attorneys for Day & Zimmerman, Inc.**
Rebecca L. Booth, Esq.
Morgan, Lewis & Brockius LLP
1701 Market Street
Philadelphia, PA 19103
Facsimile No.: (215) 963-5001

**Attorneys for Manpower North America and Manpower Hong Kong**
Sally E. Edison, Esq.
McGuireWoods LLP
625 Liberty Avenue
Dominion Tower, 23rd Floor
Pittsburgh, PA 15222-3142
Facsimile No.: (412) 667-7978
Email: sedison@mcguirewoods.com

**Attorneys for Maha Visconte**
Bradley E. Brook, Esq.
Law Offices of Bradley E. Brook
12424 Wilshire Boulevard, Suite 1120
Los Angeles, CA  90025
Facsimile No. (310) 442-0660
Email: bbrook@bbrooklaw.com

**Attorneys for The Staffing Companies**
Mark D. Bloom
Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL  33131
Facsimile No.: (305) 579-0717
Email: bloom@glaw.com

**Attorneys for The Staffing Companies**
Paul R. Glassman
Adam M. Starr
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404
Facsimile No.: (310) 586-7800
Email: glassmanp@gtlaw.com
        starra@gtlaw.com

**Attorneys for The Staffing Companies**
David W. Baddley
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Facsimile No.: (312) 456-8435
Email: baddleyd@glaw.com

Alan J. Brody
200 Park Avenue
PO Box 677
Florham Park, NJ  07932
Facsimile No.: (973) 301-8410
Email: brodya@gtlaw.com

**Attorneys for SABRE, Inc.**
Gary J. Lorch, Esq.
Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Facsimile No.: (213) 680-4470
Email: glorch@gordonrees.com

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Attorneys for SABRE, Inc.**
Stephen C. Stapleton, Esq.
Cowles & Thompson, P.C.
901 Main Street, Suite 4000
Dallas, TX 75202-3746
Facsimile No.: (214) 672-2309
Email: sstapleton@cowlesthompson.com

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Facsimile No.: (310) 559-9133
Email:  kmarch@BKYLAWFIRM.com

**Attorneys for Genesis Corp. dba Genesis 10**
Mark G. Ledwin, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604
Facsimile No.: (914) 323-7001
Email: mark.ledwin@wilsonelser.com

**Attorneys for Starpoint Solutions**
Ian S. Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Boulevard, Suite 470
Encino, CA 91436
Facsimile No.: (818) 705-3777
Email: ilandsberg@lm-lawyers.com

**Attorneys for Starpoint Solutions**
Steven H. Newman
Katsky Korins LLP
605 Third Avenue
New York, NY 10158
Facsimile No.: (212) 953-6899
Email: snewman@katskykorins.com

**Attorneys for Strong Feesh, LLC**
Henry S. David, Esq.
Dreier Stein Kahan,Browne Woods George LLP
The Water Garden
1620 26th Street, Sixth Floor North Tower
Santa Monica, CA 90404
Facsimile No.: (310) 828-9101
Email: hdavid@dreierstein.com

SulmeyerKupelz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Attorneys for Daman, Inc.**
Matthew T. Ferris, Esq.
Winstead PC
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Facsimile No.: (214) 745-5390
Email: mferris@winstead.com

**Attorneys for Pegastaff**
David M. Wiseblood
Seyfarth Shaw LLP
560 Mission Street
Suite 3100
San Francisco, CA 94105
Facsimile No.: (415) 397-8549
Email: dwiseblood@seyfarth.com

**Attorneys for College Productions, LLC**
William B. Freeman, Esq.
Nadine J. Youssef, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Facsimile No.: (213) 629-1033
Email: bill.freeman@pillsburylaw.com
        nadine.youssef@pillsburylaw.com

**Attorneys MarketSphere Consulting, LLC**
Matthew J. Effken, Esq.
Tom Roubidoux, Esq.
Kutak Rock LLP
1650 Farnam Street
Omaham NE 68102
Facsimile No.: (402) 346-1148
Email: matthew.effken@kutakrock.com

**Attorneys Party Mervyn's LLC**
Fred Holden, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Facsimile No.: (415) 773-5759
Email: fholden@orrick.com

**Attorneys for Party Mervyn's LLC**
Jeffrey D. Hermann, Esq.
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Facsimile No.: (213) 612-2499
Email: jhermann@orrick.com

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Attorneys for Robert Half International Inc.**
Philip S. Warden, Esq.
Michael P. Ellis
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Facsimile No.: (415) 983-1200
Email: philip.warden@pillsburylaw.com
        micahel.ellis@pillsburylaw.com

Michael Mastre
6412 Read Street
Omaha, NE  68152
Email: mmastre@cox.net

**Attorneys for Kable Productions, LLC**
Peter J. Gurfein, Esq.
Patrick J. Ivie, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Facsimile No.: (310) 229-1001
Email: pgurfein@akingump.com
        pivie@akingump.com

**Attorneys for Kable Productions, LLC**
Maxwell M. Blecher, Esq.
Blecher & Collins, P.C.
515 South Figueroa Street, Suite 1700
Los Angeles, CA 90071
Facsimile No.: (213) 622-1656
Email: mblecher@blechercollins.com

**Attorneys for William Slattery**
Alan Harris
Harris & Ruble
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Facsimile No.: (323) 931-3366
Email: law@harrisandruble.com

**Attorneys for Teamsters Union 25**
**Health Services & Insurance Plan**
Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street, Suite 300
Boston, MA 02109
Facsimile No.: (617) 338-1976
Email: cmc@fczlaw.com

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 · FAX 213.629.4520

1
**Attorneys for Linewatch Productions LLC**
Reuben Liber
2
c/o MPCA
10635 Santa Monica Boulevard, Suite 180
3
Los Angeles, CA 90025
Facsimile No.: (310) 556-8905
4
Email: rliber@mpcafilm.com

5
Jerry Koukol
5609 West 88 Terrace
6
Overland Park, KS 66207

7
John A. Pycha
456 South 89th Street
8
Omaha, NE 68114

9
Angie M. Carraher
4276 South 148th Street
10
Omaha, NE 68137

11
**Attorneys for Irvine Technology Corporation**
William R. Hart, Esq.
12
Richard P. Gerber, Esq.
Hart, King & Coldren
13
200 East Sandpointe, 4th Floor
Santa Ana, CA 92707
14
Facsimile No. (714) 546-7457
Email: rgerber@hkclaw.com

15

**Attorneys for Kable Productions, LLC**
16
Peter J. Gufein, Esq.
Patrick J. Ivie, Esq.
17
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
18
Los Angeles, CA 90067-3012
Facsimile No. (310) 229-1001
19
Email: pivie@akingump.com

20
**Attorneys for JMG**
John J. Leonard, Esq.
21
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
22
Los Angeles, CA 90025-7120
Facsimile No.: (310) 820-8859
23
Email: jleonard@bakerlaw.com
          mflink@bakerlaw.com
24
          pjames@bakerlaw.com

25
Adam Parkening
5023 South 163rd Avenue
26
Omaha, NE 68135

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1 | **SECURED CREDITORS**

2 | GoldenTree Asset Management LP
c/o Michael Lurey, Esq.
3 | c/o Wayne Flick, Esq.
Latham & Watkins LLP
4 | 633 West Fifth Street
Suite 4000
5 | Los Angeles, CA 90071
Facsimile No.: (213) 891-8763
6 | Email: Michael.lurey@lw.com

7 | GoldenTree Asset Management LP
c/o Mark A. Broude, Esq.
8 | Latham & Watkins LLP
885 Third Avenue
9 | New York NY 10022
Facsimile No.: (212) 751-4864
10 | Email: mark.broude@lw.com

11 | The Bank of New York, as Collateral Agent
101 Barclay Street, Floor 8E
12 | New York, NY 10286-0001

13 | The Bank of New York
c/o CT Corporation System (Registered Agent)
14 | 818 West Seventh Street
Los Angeles, CA 90017

15 |

16 | RHB Management Company
c/o Robert H. Blumenfield -- Registered Agent
17 | 2886 Colorado Avenue
Santa Monica, CA 90404

18 | **Landlord**
Level (3) Communications LLC
19 | Department 182
Denver, CO 80291

20 |

21 | Tony Delleani
Account Director
22 | Level (3) Communications LLC
100 William Street, Suite 1900
23 | New York, NY 10038

24 | **POTENTIAL BUYERS**

25 | Tri-State Staffing
c/o Jay H. Schecter
26 | 160 Broadway, 15th Floor
New York, New York 10038
27 | Facsimile No.: (212) 346-9601
Email: jschecter@tristateemployment.com

28 |

1    **Attorneys for Tri-State Staffing**
    Katherine M. Windler
2    Bryan Cave, LLP
    120 Broadway, Suite 300
3    Santa Monica, CA 90401-2386
    Facsimile No.: (310) 260-4105
4    Email: katherine.windler@bryancave.com

5    Barry Olson, President
    Project12Baskets
6    345 Diversion Street, Suite 250
    Rochester, MI 48307
7    Facsimile No.: (248) 656-7130
    Email: bolson@project12baskets.com

8

    O'Keefe & Associates Consulting
9    Patrick O'Keefe, Managing Member
    Jonathan LaBarre, Director
10   2 Lone Pine Road
    Bloomfield Hills, MI 48304
11   Facsimile No.: (248) 593-6108
    Email: pokeefe@okeefeandassociates.com
12   Email: jlabarre@okeefeandassociates.com

13   Clairepoint Corporation
    c/o Penelope Parmes
14   Rutan & Tucker, LLP
    611 Anton Boulevard, 14th Floor
15   Costa Mesa, CA 92626
    Facsimile No.: (714) 546-9035
16   Email: pparmes@rutan.com

17   Michael Traina
    Clearpoint Business Resources, Inc.
18   1600 Manor Drive, Suite 110
    Chalfont, PA 18914
19   Facsimile No.: (215) 997-7711
    Email: mtraina@clear-point.com

20

    Ruben Rodriguez, LLC
21   c/o James M. Donovan, Esq.
    c/o Michael J. Glenn, Esq.
22   John Monte, Esq.
    The Donovan Offices
23   515 South Figueroa Street
    Suite 1000
24   Los Angeles, CA 90071-3327
    Facsimile No.: (213) 689-8784
25   Email: jmdonovan@thedonovanoffices.com
         mglenn@thedonovanoffices.com
26         montelaw@earthlink.net

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  Sony Pictures Entertainment
   c/o Sonnenschein Nath & Rosenthal LLP
2  Sara L. Chenetz
   601 South Figueroa Street
3  Suite 2500
   Los Angeles, CA 90017-5704
4  Facsimile No.: (213) 623.9924
   Email: schenetz@sonnenschein.com
5
   John Fiorentino, President,
6  The Triline Media Group
   Email: jpfiorentino@thetrilinegroup.com
7
   Team Acquistion Corporation
8  c/o Gary F. Torrell
   Valensi Rose, PLC
9  2029 Century Park East, Ste. 2050
   Los Angeles, CA 90067
10 Facsimile No.: (310) 277-1706
   Email: gft@vrmlaw.com
11
   FTI
12 c/o Leslie R. Horowitz
   John A. Lapinski, Esq.
13 Clark & Trevithick PC
   800 Wilshire Boulevard, Twelfth Floor
14 Los Angeles, California 90017
   Facsimile No.: (213) 624.9441
15 Email: lhorowitz@clarktrev.com
   Email: jlapinski@clarktrev.com
16
   Aristide Stavropoulos
17 Investment Director
   Hamilton Bradshaw Limited
18 18 Hanover Square
   London
19 W1S 1HX
   Facsimile No.:+44 (0)20 3008 6741
20 Email: aristavropoulos@hamiltonbradshaw.com
21 Mark Shinderman, Esq.
   Todd Rosen, Esq.
22 Kevin Masuda, Esq.
   Munger Tolles & Olson LLP
23 355 South Grand Avenue, Suite 2500
   Los Angeles, CA  90071
24 Facsimile No.: (213) 683-4087
   Email: Mark.Shinderman@mto.com
25        Todd.Rosen@mto.com
          Kevin.Masuda@mto.com
26
27
28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  Cast & Crew Payroll, LLC dba
   Cast & Crew Entertainment Services
2  c/o Jeffrey T. Oberman
   Levin & Oberman
3  361 N. Canon Drive
   Beverly Hills, CA. 90210
4  Facsimile No.: (310) 777-8754
   Email: oberman01@sbcglobal.net
5
   Future Films
6  c/o Sonya Patel
   c/o Tony Patel
7  Sonya Bhatia Patel
   11925 Wilshire Blvd., Suite 201
8  Los Angeles, CA 90025
   Facsimile No.: (310) 943.3829
9  Email: sonya@specialexecution.com
          tony@specialexecution.com
10
   Larry Lipschutz, CCE
11 Manager, Financial Operations - Western Region
   SAVVIS, Inc.
12 1 Savvis Parkway
   Town & Country, MO 63017
13 Email: Larry.Lipschutz@savvis.net

14 Andrew Wilson
   Assets Limited
15 Reg No: 4667433
   Chiltern Chambers
16 St Peters Avenue
   Caversham
17 Reading
   Berkshire
18 RG4 7DH
   Facsimile No.: 0118 946 4880
19 Email: andrew@assets.ltd.uk

20 M Squared
   Kimball Norup
21 Chief Marketing Officer
   111 Sutter Street Suite 850
22 San Francisco CA 94104
   Facsimile No.: (415) 986-1692
23 Email: knorup@msquared.com

24 Kathryn Catherwood, Esq.
   Duane Morris LLP
25 Suite 900
   101 West Broadway
26 San Diego, CA 92101-8285
   Facsimile No.: 619.744.2201
27 Email: kmcatherwood@duanemorris.com

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 · FAX 213.629.4520

1    Scott H. Bowen
     Chief Financial Officer
2    PES Payroll
     4000 West Burbank Blvd.
3    Burbank, CA  91505
     Facsimile No.: (818) 295-3886
4    Email: Scott.bowen@pespayroll.com

5    MPS
     c/o Jeffrey B. Ellman
6    Robbin S. Rahman
     Jones Day
7    1420 Peachtree Street, NE
     Suite 800
8    Atlanta, GA  30309-3053
     Facsimile No.: (404) 581-8330
9    Email: jbellman@jonesday.com
            rrahman@jonesday.com
10

11   Richard Brunette
     Sheppard Mullin
     333 South Hope Street, 48th Floor
12   Los Angeles, CA 90071-1448
     Facsimile No.: (213) 620-1398
13   Email: rbrunette@sheppardmullin.com

14   David J. Walters, CFO
     IQ Navigator
15   4600 S Ulster Street, Suite 680
     Denver, CO  80237
16   T 303/563-1509
     F 303/563-1601
17   Email: dwalters@iqnavigator.com

18   Jason Wallach, Esq.
     Berger Kahn
19   4551 Glencoe Avenue, Suite 300
     Marina Del Rey, CA  90292-7925
20   T 310/821-9000
     F 310/775-8775
21   Email:Jwallach@bergerkahn.com

22   Jeffrey A. Krieger, Esq.
     Greenberg Glusker
23   1900 Avenue of the Stars, 21st Floor
     Los Angeles, CA  90067
24   T 310/553-3610
     Direct 310/785-6869
25   Direct Fax 310/201-2343
     Email: Jkrieger@ggfirm.com

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  Ricky L. Shackelford, Esq.
   Jones Day
2  555 South Flower Street
   50th Floor
3  Los Angeles, CA  90071
   T 213 489-3939
4  Direct 213/243-2598
   F 213-243-2539
5  Email: rlshackelford@jonesday.com

6  Wellington Management
   c/o Wayne R. Terry, Esq.
7  Law Offices of Hemar, Rousso & Heald, LLP
   15910 Ventura Boulevard, 12th Floor
8  Encino, CA  91436-2829
   T 818/501-3800
9  F 818/501-2985
   Email: WTerry@hemar-rousso.com
10
   Michael J. Heyman
11 Kirkpatrick & Lockhart Preston Gates Ellis LLP
   10100 Santa Monica Boulevard, 7th Floor
12 Los Angeles, CA  90067
   D 310/552-5074
13 T 310/552-5000
   F 310/552-5001
14 Email: Michael.heyman@klgates.com

15 **Attorneys for Lonely Maiden Productions, LLC;**
   **RMC Productions, LLC, Sophomore Distribution, LLC**
16 Richard T. Williams
   Holland & Knight LLP
17 633 West Fifth Street, 21st Floor
   Los Angeles, CA  90071-2040
18 T 213/896-2410
   F 213/896-2450
19 Email: Richard.williams@hklaw.com

20 Joshua M. Mester
   Henningan Bennett & Dorman LLP
21 865 South Figueroa Street, Suite 2900
   Los Angeles, CA  90017
22 T 213/694-1103
   F 213/694-1234
23 C 213/819-2860
   Email: mesterj@hbdlawyers.com
24
   Lawrence Bass
25 Holme Roberts & Owen LLP
   1700 Lincoln Street, Suite 4100
26 Denver, CO  80203-4541
   T 303/861-7000
27 F 303/866-0200
   Email: Lawrence.bass@hro.com
28

1    Simon Aron, Esq.
     Wolf, Rifkin, Shapiro & Schulman, LLP
2    11400 West Olympic Boulevard, 9th Fl.
     Los Angeles, CA  90064-1582
3    T 310/478-4100
     F 310/479-1422
4    Email: saron@wrslawyers.com

5    Janice Bryant Howroyd
     Chairman/CEO
6    Act 1 Group
     1999 West 190th Street
7    Torrance, CA  90504
     T 310/750-3444
8    F 310/750-1105
     Email: ggaines@act-1.com
9
     Aram Ordubegian, Esq.
10   Weinstein, Weiss & Ordubegian LLP
     1925 Century Park East, Suite 1150
11   Los Angeles, CA  90067-2712
     T 310/203-9393
12   F 310/203-8110
     Email: aordubegian@wwolawyers.com
13
     Bernard Howroyd
14   APPLEONE
     PO BOX 29048
15   Glendale, CA  91209
     T 800/576-5765
16   F 818/240-1706
     Email: csalvador@appleone.com
17
     Craig D. Carr
18   TAXCO
     Downey Business/Des-Dawn Services
19   8822 Artesia Blvd
     Bellflower, Ca 90706
20   T 562-663-6800 x100
     F 562-663-9003
21   Email: CRAIG@TAXCO.ORG

22   Elizabeth A. Bell
     Senior Vice-President & General Counsel
23   Yari Film Group
     10850 Wilshire Boulevard, 6th Floor
24   Los Angeles, CA  90024
     Facsimile 310/234-8972
25   Email: ebell@yarifilmgroup.com

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  David B. Shemano, Esq.
   Peitzman, eg & Kempinsky LLP
2  10100 Santa Monica Boulevard, Suite 1450
   Los Angeles, CA  90067
3  Facsimile 310/552-3101
   Email: dshemano@pwkllp.com
4
   Joseph Musacchio
5  Ed Remus
   Next Source
6  Facsimile: 212/736-9046
   Email: jmusacchio@nextsource.com
7          eremus@nextsource.com

8  Ted Cohen, Esq.
   Sheppard Mullin Richter & Hampton LLP
9  333 South Hope Street
   48th Floor
10 Los Angeles, CA 90071-1448
   Facsimile: 213.620.1398
11 Email: tcohen@sheppardmullin.com

12 James B. Freedman
   Barrington Associates
13 11755 Wilshire Blvd., Suite 2200
   Los Angeles, CA 90025
14 Facsimile: 310-477-4955
   Email: jfreedman@barrington.com

15
   Joan Smith
16 joan.p.smith@accenture.com

17 Ron Kochman
   Email: RKochman@volt.com
18
   Will Kenawell
19 COO/General Counsel
   Computer Enterprises, Inc.
20 Facsimile (412) 341-3753
   Email: wkenawell@ceiamerica.com
21
   WKenawell@ceiamerica.com
22 Howard Sutter
   Vice Chairman of Kforce, Inc
23 Email: JAlleva@kforce.com

24 David Kerr
   Sr. Vice President
25 COMSYS
   4400 Post Oak Parkway, Suite 1800
26 Houston, TX 77027
   Facsimile (713) 386-1500
27 Email: DavidKerr@comsys.com

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  Aidis Malinauskas
   Agile•1
2  Facsimile: (310) 532-6893
   Email: amalinauskas@agile1.com
3
   Jim Zagelmeyer
4  Advantage
   405 Lexington Ave 32nd floor
5  At the Chrysler Building
   New York, NY 10174
6  212.553.9433 (o)
   917.533.3187 (c)
7  Email: jzagelmeyer@advhr.com

8  Elizabeth Berke-Dreyfuss
   Wendel, Rosen, Black & Dean LLP
9  1111 Broadway, 24th Floor
   Oakland, CA 94607-4036
10 Direct Dial No. (510) 622-7514
   Direct Fax No. (510) 588-4845
11 Telephone No.  (510)  834-6600
   Fax No. (510) 834-1928
12 Email: edreyfuss@wendel.com

13 Gregory L. Wilkinson, Esq.
   In-House Counsel
14 All-in-1, Inc.
   1999 W. 190 St.
15 Torrance, CA 90504
   Tel: (310)750-3506
16 Fax:(310)750-1100
   Email: glwilkinson@mail.all-in-1.com
17
   Frances Vidhayathil
18 303-618-7600
   Email: francis@TechMahindra.com
19
   Sheldon Eisenberg
20 Email: seisenberg@ertwllp.com

21

22

23

24

25

26

27

28