1  Victor A. Sahn (CA Bar No. 97299)
   Daniel A. Lev (CA Bar No. 129622)
2  Elissa D. Miller (CA Bar No. 120029)
   **Sulmeyer**Kupetz
3  A Professional Corporation
   333 South Hope Street, Thirty-Fifth Floor
4  Los Angeles, California 90071-1406
   Telephone: 213.626.2311
5  Facsimile: 213.629.4520

6  Attorneys for Howard M. Ehrenberg,
   Chapter 7 Trustee

7

8              **UNITED STATES BANKRUPTCY COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| 10  In re | Case No. 2:08-bk-10277-BB |
| 11  Axium International, Inc., | Chapter 7 |
| 12           Debtor. | Jointly Administered with the following identified Cases |
| 13 | |
| | **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER:** |
| 14 | |
| 15 | **(1) LIMITING EXTENT OF NOTICE REQUIRED FOR ADMINISTRATIVE MATTERS;** |
| 16 | |
| 17 | **(2) AUTHORIZING SERVICE BY EMAIL ON PARTIES WHO CONSENT TO SUCH SERVICE;** |
| 18 | |
| 19 | **(3) SETTING CLAIMS BAR DATE;** |
| 20 | **(4) AUTHORIZING X-ROADS TO ACT AS CLAIMS AGENT; AND** |
| 21 | |
| 22 | **(5) APPROVING FORM OF NOTICE OF BAR DATE AND PROOF OF CLAIM** |
| 23 | DATE:     April 30, 2008 |
| 24 | TIME:     10:00 a.m. |
| | PLACE:    Courtroom "1475" |
| 25 | 255 East Temple Street |
| | Los Angeles, CA |
| 26  ☒    Affects All Debtors | |
| 27 | |
| 28  ☐    Affects Diversity MSP, Inc., | 2:08-bk-10376-BB |

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**FILED & ENTERED**

MAY 07 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

[EDM\BANKR\519172.1]

1
2

☐    Affects AV Centurion Film, Inc.,    2:08-bk-10294-BB

3

☐    Affects AV Global, Inc.,    2:08-bk-10327-BB

4
5

☐    Affects Avalon Payroll Group, Inc.,    2:08-bk-10339-BB

6
7

☐    Affects Avalon Production
Accounting, Inc.,    2:08-bk-10304-BB

8

☐    Affects Avalon Visual Corp.,    2:08-bk-10312-BB

9
10

☐    Affects Avalon Worldwide, Inc.,    2:08-bk-10340-BB

11

☐    Affects Avalon Film Services, Inc.,    2:08-bk-10297-BB

12
13

☐    Affects Avalon Hollywood Services,
Inc.,    2:08-bk-10329-BB

14
15

☐    Affects AX Centurion Film, Inc.,    2:08-bk-10319-BB

16

☐    Affects AX Global, Inc.,    2:08-bk-10326-BB

17
18

☐    Affects Axi Cash, Inc.,    2:08-bk-10332-BB

19
20

☐    Affects Axico, Inc.,    2:08-bk-10336-BB

21

☐    Affects Axium ATB, Inc.,    2:08-bk-10314-BB

22
23

☐    Affects Axium Bond Corp.,    2:08-bk-10317-BB

24

☐    Affects Axium Cinema, Inc.,    2:08-bk-10333-BB

25
26

☐    Affects Axium Entertainment, Inc.,    2:08-bk-10291-BB

27

☐    Affects Axium Film Corp.,    2:08-bk-10338-BB

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

| | | |
|---|---|---|
| ☐ | Affects Axium Holdings, Inc., | 2:08-bk-10280-BB |
| ☐ | Affects Axium Hollywood Services, Inc., | 2:08-bk-10305-BB |
| ☐ | Affects Axium Payroll Group, Inc., | 2:08-bk-10335-BB |
| ☐ | Affects Axium Payroll Services, Inc., | 2:08-bk-10321-BB |
| ☐ | Affects Axium SC, LLC, | 2:08-bk-10285-BB |
| ☐ | Affects Axium Visual Corp., | 2:08-bk-10320-BB |
| ☐ | Affects Axium Worldwide, Inc., | 2:08-bk-10306-BB |
| ☐ | Affects Centurion Cinema, Inc., | 2:08-bk-10311-BB |
| ☐ | Affects Diversity Internal, Inc., | 2:08-bk-10372-BB |
| ☐ | Affects ECG Minn RE, LLC, | 2:08-bk-10316-BB |
| ☐ | Affects Global Enterprises, Inc., | 2:08-bk-10301-BB |
| ☐ | Affects Global Music, Inc., | 2:08-bk-10298-BB |
| ☐ | Affects Global Worksource, Inc., | 2:08-bk-10341-BB |
| ☐ | Affects PAV Film Services, Inc., | 2:08-bk-10331-BB |
| ☐ | Affects Talent VMS, Inc., | 2:08-bk-10325-BB |
| ☐ | Affects Pax Film Services, Inc., | 2:08-bk-10290-BB |
| ☐ | Affects Ensemble Chimes Servicing, Inc. | 2:08-bk-10373-BB |

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  ☐    Affects Ensemble Chimes Global    2:08-bk-10375-BB
2       Puerto Rico, Ltd.

3

4          The Motion of Howard M. Ehrenberg, the duly appointed, qualified and

5  acting Chapter 7 Trustee (the "Trustee") for the estates of the debtors Axium

6  International, Inc., AV Centurion Film, Inc., AV Global, Inc., Avalon Payroll Group, Inc.,

7  Avalon Production Accounting, Inc., Avalon Visual Corp., Avalon Worldwide, Inc., Avalon

8  Film Services, Inc., Avalon Hollywood Services, Inc., AX Centurion Film, Inc., AX Global,

9  Inc., Axi Cash, Inc., AXICO, Inc., Axium ATB, Inc., Axium Bond Corp., Axium Cinema,

10 Inc., Axium Entertainment, Inc., Axium Film Corp., Axium Holdings, Inc., Axium

11 Hollywood Services, Inc., Axium Payroll Group, Inc., Axium Payroll Services, Inc., Axium

12 SC, LLC, Axium Visual Corp., Axium Worldwide, Inc., Centurion Cinema, Inc., ECG Minn

13 RE, LLC, Global Enterprises, Inc., Global Music, Inc., Global Worksource, Inc., PAV Film

14 Services, Inc., Talent VMS, Inc., PAX Film Services, Inc., Diversity MSP, Inc. dba ECG

15 dba Ensemble Chimes Global, Diversity Internal, Inc., Ensemble Chimes Servicing, Inc.,

16 and Ensemble Chimes Global Puerto Rico, Ltd. (collectively, the "Debtors") for an order

17 (1) Limiting Extent of Notice Required For Administrative Matters; (2) Authorizing Service

18 by Email on Parties Who Consent To Such Service; (3) Setting Claims Bar Date; (4)

19 Authorizing X-Roads Case Management Services ("XRoads") to Serve Notice Of Bar

20 Date including Customized Proof of Claim form; and (5) Approving Form of Notice of Bar

21 Date and customized Proof of Claim, came on regularly for a hearing before this Court,

22 the Honorable Sheri Bluebond, United States Bankruptcy Judge Presiding.  Elissa D.

23 Miller of **Sulmeyer**Kupetz, a professional corporation appeared for the Trustee.  Also

24 Present was Kathryn Tran of XRoads Case Management Services.  Other appearances

25 were as noted on the record.

26          The Court read and considered the Motion, no opposition was filed, the

27 revised notices and proof of claim form approved by the office of the Clerk of the

28 Bankruptcy Court, and finding notice of the motion appropriate and good cause therefore,

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1    **HEREBY ORDERS** that:

2    1.    The Motion is Granted;

3    2.    The Notice Limiting Notice of Administrative Matters is approved for

4    service;

5    3.    The Trustee is Authorized to provide service by e-mail on Parties

6    Who Consent To Such Service;

7    4.    The Bar Date for the filing of claims, other than governmental claims

8    is August 15, 2008 and for Governmental Claims November 24, 2008;

9    5.    The Trustee is authorized to utilize X-Roads as Claims and Noticing

10    Agent to:

11    (a)    Prepare and serve notice of the claims bar date and any other

12    miscellaneous notices as the Trustee or the Court may deem necessary or appropriate

13    for an orderly administration of the;

14    (b)    Maintain copies of all proofs of claim;

15    6.    XRoads is required to:

16    (a)    Within five (5) business days after the service of particular

17    notice, file with the Clerk's Office a declaration of service that includes (i) an alphabetical

18    list of persons on whom XRoads served the notice, along their addresses, and (ii) the

19    date and manner of service;

20    (b)    Maintain copies of all proofs of claim and proofs of interest

21    filed in this case in both paper and pdf format;

22    (c)    Maintain an official claims register in this case by docketing all

23    proofs of claim and proof s of interest in a claims database that includes the following

24    information for each such claim or interest asserted:

25    (i)    The name and address of the claimant or interest

26    holder and any agent thereof, if the proof of claim or proof of interest was filed by an

27    agent;

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1          (ii)     The date that the proof of claim or interest was

2  received by XRoads and/or the Court;

3          (iii)    The claim number assigned to the proof of claim or

4  proof of interest; and

5          (iv)    The asserted amount and classification of the claim;

6         (d)    Implement necessary security measures to ensure the

7  completeness and integrity of the claims register;

8         (e)    Periodically audit the claims information to assure the Clerk's

9  office that the claims information is being appropriately and accurately recorded in the

10  official claims register;

11        (f)    Allow the Clerk's Office to independently audit the claims

12  information during regular business hours;

13        (g)    Transmit to the Clerk's Office a copy of the claims register on

14  a weekly basis or at such other times as the Clerk's Office may direct, along with

15  electronic copies of all proofs of claim and proofs of interest filed during such time period;

16        (h)    Maintain an up-to date mailing list for all entries that have filed

17  proofs of claim or interest and make such list available upon request to the Clerk's office

18  and any party in interest;

19        (i)    Provide the public and the Clerk's Office access to copies of

20  the proofs of claim or interest filed in this case without charge during regular business

21  hours;

22        (j)    Provide such other claims processing, noticing and related

23  administrative services as may be requested from time to time by the Trustee or the

24  Clerk's Office or the Court; and

25       7.    If and when the Court determines it is necessary for the Trustee to

26  retain an estate professional to assist the Clerk's Office with claims processing and other

27

28

administrative burdens associated with the case, such professional may be retained at

the expense of the estate without further order of the Court.

#### 

DATED: May 7, 2008

_____

United States Bankruptcy Judge

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1

## PROOF OF SERVICE

2

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

3      At the time of service, I was over 18 years of age and **not a party to this action**.  I
am employed in the County of Los Angeles, State of California.  My business address is
4  333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406.

5  On May 7, 2008, I served the following document(s) described as **ORDER GRANTING
CHAPTER 7 TRUSTEE'S MOTION FOR ORDER: (1) LIMITING EXTENT OF NOTICE**
6  **REQUIRED FOR ADMINISTRATIVE MATTERS; (2) AUTHORIZING SERVICE BY
EMAIL ON PARTIES WHO CONSENT TO SUCH SERVICE; (3) SETTING CLAIMS**
7  **BAR DATE; (4) AUTHORIZING X-ROADS TO ACT AS CLAIMS AGENT; AND (5)
APPROVING FORM OF NOTICE OF BAR DATE AND PROOF OF CLAIM** on the
8  interested parties in this action as follows:

9                                    **SEE ATTACHED SERVICE LIST**

10  **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the
persons at the addresses listed in the Service List and placed the envelope for collection
11  and mailing, following our ordinary business practices.  I am readily familiar with
SulmeyerKupetz's practice for collecting and processing correspondence for mailing.  On
12  the same day that the correspondence is placed for collection and mailing, it is deposited
in the ordinary course of business with the United States Postal Service, in a sealed
13  envelope with postage fully prepaid.

14  **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  Based on a court order or an
agreement of the parties to accept service by e-mail or electronic transmission, I caused
15  the document(s) to be sent from e-mail address dgivens@sulmeyerlaw.com to the
persons at the e-mail addresses listed in the Service List.  I did not receive, within a
16  reasonable time after the transmission, any electronic message or other indication that
the transmission was unsuccessful.

17

18      I declare under penalty of perjury under the laws of the United States of America
that the foregoing is true and correct and that I am employed in the office of a member of
the bar of this Court at whose direction the service was made.

19

20      Executed on May 7, 2008, at Los Angeles, California.

21

22                                              /s/ Denise Givens
                                                Denise Givens

23

24

25

26

27

28

[EDM\BANKR\519172.1]                                    -8-

1  | **SERVICE LIST**

2

3  **Debtor's Attorney**
   David M. Poitras P.C.
4  Jeffer, Mangels, Butler & Marmaro LLP
   1900 Avenue of the Stars, 7th Floor
5  Los Angeles, CA  90067
   Facsimile No.: (310) 203-0567
6  Email: dpoitras@jmbm.com

7  **Office of the United States Trustee**
   Ernst & Young Plaza
8  Bruce Schildkraut, Esq.
   725 South Figueroa Street, 26th Floor
9  Los Angeles, CA  90017
   Facsimile No.: (213) 894-2603
10 Email: bruce.schildkraut@usdoj.gov

11 **REQUESTS FOR SPECIAL NOTICE**

12 Allegis Group, Inc.; Allegis Group Services, Inc.;
   Aerotek, Inc.; TEKSystems; and Maxim Health Services, Inc.
13 c/o Christine M. Pajak, Esq.
   STUTMAN, TREISTER & GLATT, PC
14 1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA  90067
15 Facsimile No.: (310) 228-5788
   Email: cpaiak@stutman.com
16
   Allegis Group, Inc.; Allegis Group Services, Inc.;
17 Aerotek, Inc.; TEKSystems; and Maxim Health Services, Inc.
   c/o Lawrence J. Gebhardt, Esq.
18 c/o James T. Heidelbach, Esq.
   GEBHARDT & SMITH LLP
19 One South Street, Suite 2200
   Baltimore, MD  21202
20 Facsimile No.: (410) 385-5119
   Email: lgebh@gebsmith.com
21          jheid@gebsmith.com

22 Convergenz LLC
   c/o Jeffrey A. Krieger, Esq.
23 Greenberg Glusker
   1900 Avenue of the Stars, 21st Floor
24 Los Angeles, CA  90067
   Facsimile No.: (310) 553-0687
25 Email: ikrieger@ggfirm.com

26

27

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  Cornerstone Data Strategies
   c/o Scott A. Schiff, Esq.
2  Soukup & Schiff, LLP
   1880 Century Park East, Suite 1108
3  Los Angeles, CA  90067
   Facsimile No.: (310) 286-0522
4  Email: sas@soukup-schiff.com

5  Hewlett-Packard Company
   c/o Ellen A. Friedman, Esq.
6  c/o Brandon C. Chaves, Esq.
   Friedman Dumas & Springwater LLP
7  150 Spear Street, Suite 1600
   San Francisco, CA  94105
8  Facsimile No.: (415) 834-1044
   Email: efriedman@friedumspring.com
9  bchaves@friedumspring.com

10 Hewlett-Packard Company
   Attn:  Anne Kennelly, Esq.
11 Corporate Legal Department
   3000 Hanover Street, M/S 1050
12 Palo Alto, CA  94304
   Facsimile No.: (650) 852-8617
13 Email: anne.kennelly@hp.com

14 IT Ascent, Inc.
   c/o Ivan L. Kallick, Esq.
15 c/o Ileana M. Hernandez, Esq.
   Manatt, Phelps & Phillips, LLP
16 11355 West Olympic Blvd.
   Los Angeles, CA  90064
17 Facsimile No.: (310) 312-4224
   Email: ikallick@manatt.com
18
   IT Ascent, Inc.
19 Attn:  W. Todd Peterson, Esq.
   Chief Financial Officer
20 343 Sansome St., Suite 500
   San Francisco, CA  94104
21 Facsimile No.: (415) 321-1010
   Email: tpeterson@itascent.com
22
   MIDCOM Corporation
23 c/o Michael St. James, Esq.
   St. James Law, P.C.
24 155 Montgomery Street, Suite 1004
   San Francisco, CA  94104
25 Facsimile No.: (415) 391-7568
   Email: michael@stiames-law.com
26

27

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  Vedior North America, LLC
   c/o James O. Johnston, Esq.
2  Hennigan, Bennett & Dorman LLP
   865 South Figueroa Street, Suite 2900
3  Los Angeles, CA 90017
   Facsimile No.: (213) 694-1234
4  Email: johnstonj@hbdlawyers.com

5  Vedior North America, LLC
   c/o Richard Hiersteiner, Esq.
6  c/o Jeanne P. Darcey, Esq.
   c/o Amy A. Zuccarello, Esq.
7  Edwards Angell Palmer & Dodge LLP
   111 Huntington Avenue
8  Boston, MA 02199-7613
   Facsimile No.: (617) 316-8420
9  Email: rhiersteiner@eapdlaw.com;
           jdarcey@eapdlaw.com;
10          azuccarello@eapdlaw.com

11 Washington Mutual, Inc.
   c/o Josefina Fernandez McEvoy, Esq.
12 c/o Michael J. Heyman, Esq.
   Kirkpatrick & Lockhart Preston Gates Ellis LLP
13 10100 Santa Monica Blvd., 7th Floor
   Los Angeles, CA 90067
14 Facsimile No.: (310) 552-5001
   Email: josefina.mcevoy@klgates.com
15
   Washington Mutual, Inc
16 c/o Marc L. Barreca, Esq.
   Kirkpatrick & Lockhart Preston Gates Ellis LLP
17 925 Fourth Avenue, Suite 2900
   Seattle, Washington 98104-1158
18 Facsimile No.: (206) 623-7022
   Email: marc.barreca@klgates.com
19
   IATSE International Union
20 c/o Christian L. Raisner, Esq.
   WEINBERG, ROGER & ROSENFELD, APC
21 1001 Marina Village Parkway, Suite 200
   Alameda, CA 94501-1091
22 Facsimile No.: (510) 337-1023
   Email: bankruptcycourtnotices@unioncounsel.net
23          craisner@unioncounsel.net

24 Studio Transportation Drivers
   c/o Robert A. Cantore, Esq.
25 GILBERT & SACKMAN, A Law Corporation
   3699 Wilshire Blvd., Suite 1200
26 Los Angeles, CA 90010
   Facsimile No.: (323) 937-9139
27 Email: rac@gslaw.org

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  CCSI, Inc.
   c/o Michael E. Busch, Esq.
2  c/o Kathleen A. Cashman-Kramer, Esq.
   Pyle Sims Duncan & Stevenson APC
3  401 "B" Street, Suite 1500
   San Diego, CA  92101
4  Facsimile No.: (619) 687-5210
   Email: mebusch@psdslaw.com
5
   **Attorneys for Southwest Airlines**
6  Jason Wallach, Esq.
   Berger, Kahn, a Law Corporation
7  4551 Glencoe Avenue, Suite 300
   Marina del Rey, CA 90292-7925
8  Facsimile No.: (310) 775-8775
   Email: jwallach@bergerkahn.com
9
   **Attorneys for Home Box Office, Inc. and Turner**
10 **Entertainment Corporation**
   Brad R. Godshall, Esq.
11 Pachulski Stang Ziehl & Jones LLP
   10100 Santa Monica Boulevard, Suite 1100
12 Los Angeles, CA 90067
   Facimile No.: (310) 201-0760
13 Email: bgodshall@pszjlaw.com
14 Dean G. Rallis, Esq.
   Weston, Benshoof, Rochefort, Rubalcava & MacCuish, LLP
15 333 South Hope Street, 16th Floor
   Los Angeles, CA 90071
16 Facsimile: (213) 947-1107
   Email: drallis@wbcounsel.com
17
   **Attorneys for Screen Actors Guild, Inc., Directors Guild**
18 **Of America, Inc., Writers Guild of America, West, Inc., Motion**
   **Picture Industry Pension and Health Plans, Screen Actors Guild-**
19 **Producers Pension & Health Plans, Directors Guild of America, Inc.-Producer**
   **Pension and Health Plans, and Writers Guild Pension Plan and Industry Health**
20 **Fund**
   Joseph A. Kohanski
21 Bush Quiñonez Gottlieb Singer López
       Kohanski Adelstein & Dickinson
22 A Law Corporation
   3500 West Olive Avenue, Suite 1100
23 Burbank, CA 91505
   Facsimile No.: (818) 973-3200
24 Email: jkohanski@bushquinonez.com
25 Directors Guild of America, Inc.
   7920 Sunset Boulevard
26 Los Angeles, CA 90046
27 Screen Actors Guild, Inc.
   5757 Wilshire Boulevard
28 Los Angeles, CA 90036

1

2
Writers Guild of America, West, Inc.
7000 West Third Street
3
Los Angeles, CA 90048

4
Directors Guild of America, Inc.-Producer Pension and Health Plans
8436 West 3rd Street, Suite 900
Los Angeles, CA 90048-4189
5

6
Screen Actors Guild-Producers Pension & Health Plans
3601 West Olive Avenue, 2nd Floor
Burbank, CA 91510-7830
7

8
Writers Guild Pension Plan and Industry Health Fund
1015 North Hollywood Way
Burbank, CA 91505
9

10
Motion Picture Industry Pension and Health Plans
11365 Ventura Boulevard
Studio City, CA 91604
11

12
Barry Aframe
Senior Vice President – Legal Affairs
HCC Specialty Underwriters
13
401 Edgewater Place, Suite 400
Wakefield, MA 01880
14

15
**Attorneys for Cisco Systems, Inc.**
Lawrence M. Schwab, Esq.
Kenneth T. Law, Esq.
16
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
17
Palo Alto, CA 94306
Facsimile No.: (650) 494-2738
18
Email: lschwab@bbslaw.com
         klaw@bbslaw.com
19

20
**Attorneys for The Donovan Offices**
Michael J. Glenn, Esq.
21
The Donovan Offices
915 Wilshire Boulevard, Suite 950
22
Los Angeles, CA  90071
Facsimile No.: (213) 689-8784
23
Email: mglenn@thedonovanoffices.com

24
**Attorneys for Kaiser Foundation Hospitals**
Mark Palley, Esq.
25
Marion's Inn, A Law Partnership
1611 Telegraph Avenue, Suite 707
26
Oakland, CA 94612-2415
Facsimile No.: (510) 451-1711
27
Email: mp@marionsinn.com
         erin@marionsinn.com

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[EDM\BANKR\519172.1]

1    **Attorneys for AARP, Inc.**
     Joel S. Miliband, Esq.
2    D. Edward Hays, Esq.
     Rus, Miliband & Smith
3    A Professional Corporation
     2600 Michelson Drive, 7th Floor
4    Irvine, CA 92612
     Facsimile No.: (949) 252-1514
5    Email: jmiliband@rusmiliband.com
             ehays@rusmiliband.com
6
     Lawrence Bass
7    Holme Roberts & Owen LLP
     1700 Lincoln Street, Suite 4100
8    Denver, CO  80203-4541
     Facsimile No.: (303) 866-0200
9    Email: Lawrence.bass@hro.com

10   **Attorneys for Lonely Maiden Productions, LLC;**
     **RMC Productions, LLC, Sophomore Distribution, LLC**
11   Richard T. Williams
     Holland & Knight LLP
12   633 West Fifth Street, 21st Floor
     Los Angeles, CA  90071-2040
13   Facsimile No.: (213) 896-2450
     Email: Richard.williams@hklaw.com
14
     **Attorneys for Placement Strategies, Inc.**
15   Phillip K. Wang, Esq.
     Gordon & Ress, LLP
16   Embarcadero Center West
     275 Battery Street, Suite 2000
17   San Francisco, CA 94111
     Facsimile No.: (415) 986-8054
18   Email: pwang@gordonrees.com

19   **Attorneys for Management Company, LLP**
     Wayne R. Terry, Esq.
20   Hemar, Rousso & Heald, LLP
     15910 Ventura Boulevard, 12th Floor
21   Encino, CA  91436-2829
     Facsimile No.: (818) 501-2985
22   Email: WTerry@hemar-rousso.com

23   **Attorneys for COMSYS IT Partners, Inc.**
     Phillip Ashman, Esq.
24   Brian A. Kumamoto, Esq.
     McQueen & Ashman LLP
25   19900 Mac Arthur Boulevard, Suite 1150
     Irvine, CA 92612
26   Facsimile No.: (949) 223-9611
     Email: pashman@mcqueenashman.com
27           mgolod@mcqueenashman.com
             bkumamoto@mcqueenashman.com
28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311  •  FAX 213.629.4520

[EDM\BANKR\519172.1]                    -14-

1 | **Attorneys for United Scenic Artists Local 829,**
**IATSE Local 480; Equity-League Pension, Health and 401(k) Trust Funds**

2 | Robert S. Giolito, Esq.
Spivak Lipton LLP

3 | 11755 Wilshire Boulevard, Suite 2150
Los Angeles, CA 90025

4 | Facsimile No.: (310) 473-3533
Email: rgiolito@spivak-lipton.com

5 |

6 | **Attorneys for Starz Media, LLC, Software**
**Specialists, Inc., iGATE Mastech, Inc., and BBC**
**Worldwide Americas, Inc.**

7 | Marsha A. Houston, Esq.
REED SMITH LLP

8 | 355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514

9 | Facsimile No.: (213) 457-8080
Email: mhouston@reedsmith.com

10 |

11 | Gregory L. Taddonio, Esq.
REED SMITH LLP
435 Sixth Avenue

12 | Pittsburgh, PA 15219
Facsimile No.: (412) 288-3063

13 | Email: gtaddonio@reedsmith.com

14 | **Attorneys for Wall Street Services, Inc.**
Jeremy M. Downs, Esq.

15 | Goldberg Kohn
55 East Monroe, Suite 3300

16 | Chicago, IL 60603
Facsimile No.: (312) 863-7893

17 | Email: Jeremy.downs@goldbergkohn.com

18 | Scott Clarkson, Esq.
Clarkson Gore & Marsella

19 | 3424 Carson St #350
Torrance, CA 90503

20 | Facsimile No. (310) 214-7254
Email: sclarkson@lawcgm.com

21 |

22 | **Attorneys for Eclaro International, Inc.**
David B. Golubchik, Esq.

23 | Levene, Neale, Bender, Rankin & Brill, LLP
10250 Constellation Blvd., Suite 1700

24 | Los Angeles, CA 90067
Facsimile No.: (310) 229-1244
Email dbg@lnbrb.com

25 |

26 |

27 |

28 |

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Attorneys for Eclaro International, Inc.**
Arthur Goldstein, Esq.
Todtman, Nachamie, Spizz & Johns, PC
425 Park Avenue
New York, NY  10022
Facsimile No.: (212) 754-6262
Email: agoldstein@tnsj-law.com

**Attorneys for Creditor Metropolitan Life Insurance Company**
Lisa Hill Fenning
Harry E. Garner
Dewey & Leboeuf LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA  90071-1530
Facsimile (213) 632-6100
Email: lfenning@dl.com
        hgarner@dl.com

**Attorneys for Creditor and Party In Interest AARP, Inc.**
Peter D. Coffman, Esq.
Dow Lohnes, PLLC
Six Concourse Parkway, Suite 1800
Atlanta, GA  30328-6117
Facsimile No.: (770) 901-8874
Email: pcoffman @dowlohnes.com

**Attorneys for The McGraw-Hill Companies, Inc.**
Karen A. Giannelli, Esq.
One Gateway Center
Newark, NJ  07102-5310
Facsimile No.: (973) 596-4500
Email: kgiannelli@gibbonslaw.com

**Attorneys for Creditor Harvard Consulting Group, Inc.**
Franklin C. Adams, Esq.
William J. Wall, Esq.
Best Best & Krieger, LLP
400 Mission Square
3750 University Avenue
P.O. Box 1028
Riverside, CA  92502-1028
Facsimile No. (951) 686-3083
Email: franklin.adams@bbklaw.com

**Attorneys for Seaton Corp.**
William Dolan
Robert E. Krebs
Jones Day
77 West Wacker
Chicago, IL  60601
Facsimile No.: (312) 782-8585
Email: wdolan@jonesday.com
        rkrebs@jonesday.com

[EDM\BANKR\519172.1]

1

**Attorneys for UBS AG**
Lance N. Jurich

2

Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200

3

Los Angeles, CA 90067-4120
Facsimile No.: (310) 282-2200

4

Email: ljurich@loeb.com

5

**Attorneys for Creditor UBS AG**
P. Gregory Schwed, Esq.

6

Loeb & Loeb, LLP
345 Park Avenue

7

New York, NY 10154-1894
Facsimile No.: (212) 407-4990

8

Email: gschwed@loeb.com

9

**Attorneys for United Healthcare Services, Inc.**
David M. Posner, Esq.

10

Hogan & Hartson LLP
875 Third Avenue

11

New York, NY 10022
Facsimile No.: (212) 918-3100

12

Email: dmposner@hhlaw.com

13

**Attorneys for United Healthcare Services, Inc.**
Neil R. O'Hanlon, Esq.

14

Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400

15

Los Angeles, CA 90067
Facsimile No.: (310) 785-4601

16

Email: nrohanlon@hhlaw.com

17

**Attorneys for Associated Musicians of Greater New York
Local 802, AFM**

18

Harvey S. Mars, Esq.
Law Office of Harvey S. Mars LLC

19

322 West 48th Street, Suite 6R
New York, NY 10036-1308

20

Facsimile No.: (212) 765-2775
Email: jurmars566@aol.com

21

22

**Attorneys for American Airlines**
Nanette D. Sanders, Esq.
Ringstad & Sanders LLP

23

2030 Main Street, Suite 1200
Irvine, CA 92614

24

Facsimile No.: (949) 851-6926
Email: nanette@ringstadlaw.com

25

26

27

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1

**Attorneys for American Airlines**
Scott Everett, Esq.

2

Haynes and Boones, LLP
901 Main Street, Suite 3100

3

Dallas, TX 75202
Facsimile No.: (214) 200-0612

4

Email: scott.everett@haynesboone.com

5

**Attorneys for LMN Consulting, Advanced Technologies Integration
And Ratchet**

6

John W. Kim, Esq.
Nossaman, Guthner, Knox & Elliott, LLP

7

445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071-1602

8

Facsimile No.: (213) 612-7801
Email: jkim@nossaman.com

9

**Attorneys for Cognizant Technology Solutions**

10

Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP

11

101 Park Avenue
New York, NY  10178-0600

12

Facsimile No.: (212) 309-6001
Email: Nherman@morganlewis.com

13

14

**Attorneys for Day & Zimmerman, Inc.**
Richard Esterkin, Esq.
Morgan, Lewis & Brockius LLP

15

300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132

16

Facsimile No.: (213) 612-2501
Email: resterkin@morganlewis.com

17

18

**Attorneys for Day & Zimmerman, Inc.**
Rebecca L. Booth, Esq.
Morgan, Lewis & Brockius LLP

19

1701 Market Street
Philadelphia, PA 19103

20

Facsimile No.: (215) 963-5001

21

**Attorneys for Manpower North America and Manpower Hong Kong**
Sally E. Edison, Esq.

22

McGuireWoods LLP
625 Liberty Avenue

23

Dominion Tower, 23rd Floor
Pittsburgh, PA 15222-3142

24

Facsimile No.: (412) 667-7978
Email: sedison@mcguirewoods.com

25

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1

**Attorneys for Maha Visconte**
Bradley E. Brook, Esq.

2

Law Offices of Bradley E. Brook
12424 Wilshire Boulevard, Suite 1120

3

Los Angeles, CA  90025
Facsimile No. (310) 442-0660

4

Email: bbrook@bbrooklaw.com

5

**Attorneys for The Staffing Companies**
Mark D. Bloom

6

Greenberg Traurig, LLP
1221 Brickell Avenue

7

Miami, FL  33131
Facsimile No.: (305) 579-0717

8

Email: bloom@glaw.com

9

**Attorneys for The Staffing Companies**
Paul R. Glassman

10

Adam M. Starr
Greenberg Traurig, LLP

11

2450 Colorado Avenue, Suite 400E
Santa Monica, CA  90404

12

Facsimile No.: (310) 586-7800
Email: glassmanp@gtlaw.com

13

        starra@gtlaw.com

14

**Attorneys for The Staffing Companies**
David W. Baddley

15

Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500

16

Chicago, IL 60601
Facsimile No.: (312) 456-8435

17

Email: baddleyd@glaw.com

18

Alan J. Brody
200 Park Avenue

19

PO Box 677
Florham Park, NJ  07932

20

Facsimile No.: (973) 301-8410
Email: brodya@gtlaw.com

21

22

**Attorneys for SABRE, Inc.**
Gary J. Lorch, Esq.
Gordon & Rees LLP

23

633 West Fifth Street, Suite 4900
Los Angeles, CA 90071

24

Facsimile No.: (213) 680-4470
Email: glorch@gordonrees.com

25

26

27

28

*SulmeyerKupetz, A Professional Corporation*
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1

**Attorneys for SABRE, Inc.**
Stephen C. Stapleton, Esq.

2

Cowles & Thompson, P.C.
901 Main Street, Suite 4000

3

Dallas, TX 75202-3746
Facsimile No.: (214) 672-2309

4

Email: sstapleton@cowlesthompson.com

5

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC

6

10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064

7

Facsimile No.: (310) 559-9133
Email:  kmarch@BKYLAWFIRM.com

8

9

**Attorneys for Genesis Corp. dba Genesis 10**
Mark G. Ledwin, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP

10

3 Gannett Drive
White Plains, NY 10604

11

Facsimile No.: (914) 323-7001
Email: mark.ledwin@wilsonelser.com

12

**Attorneys for Starpoint Solutions**

13

Ian S. Landsberg, Esq.
Landsberg Margulies LLP

14

16030 Ventura Boulevard, Suite 470
Encino, CA 91436

15

Facsimile No.: (818) 705-3777
Email: ilandsberg@lm-lawyers.com

16

**Attorneys for Starpoint Solutions**

17

Steven H. Newman
Katsky Korins LLP

18

605 Third Avenue
New York, NY 10158

19

Facsimile No.: (212) 953-6899
Email: snewman@katskykorins.com

20

**Attorneys for Strong Feesh, LLC**

21

Henry S. David, Esq.
Dreier Stein Kahan,Browne Woods George LLP

22

The Water Garden
1620 26th Street, Sixth Floor North Tower

23

Santa Monica, CA 90404
Facsimile No.: (310) 828-9101

24

Email: hdavid@dreierstein.com

25

26

27

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311  •  FAX 213.629.4520

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Attorneys for Daman, Inc.**
Matthew T. Ferris, Esq.
Winstead PC
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Facsimile No.: (214) 745-5390
Email: mferris@winstead.com

**Attorneys for Pegastaff**
David M. Wiseblood
Seyfarth Shaw LLP
560 Mission Street
Suite 3100
San Francisco, CA 94105
Facsimile No.: (415) 397-8549
Email: dwiseblood@seyfarth.com

**Attorneys for College Productions, LLC**
William B. Freeman, Esq.
Nadine J. Youssef, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Facsimile No.: (213) 629-1033
Email: bill.freeman@pillsburylaw.com
        nadine.youssef@pillsburylaw.com

**Attorneys MarketSphere Consulting, LLC**
Matthew J. Effken, Esq.
Tom Roubidoux, Esq.
Kutak Rock LLP
1650 Farnam Street
Omaham NE 68102
Facsimile No.: (402) 346-1148
Email: matthew.effken@kutakrock.com

**Attorneys Party Mervyn's LLC**
Fred Holden, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Facsimile No.: (415) 773-5759
Email: fholden@orrick.com

**Attorneys for Party Mervyn's LLC**
Jeffrey D. Hermann, Esq.
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Facsimile No.: (213) 612-2499
Email: jhermann@orrick.com

1  **Attorneys for Robert Half International Inc.**
Philip S. Warden, Esq.
2  Michael P. Ellis
Pillsbury Winthrop Shaw Pittman LLP
3  50 Fremont Street
Post Office Box 7880
4  San Francisco, CA 94120-7880
Facsimile No.: (415) 983-1200
5  Email: philip.warden@pillsburylaw.com
       micahel.ellis@pillsburylaw.com
6
Michael Mastre
7  6412 Read Street
Omaha, NE  68152
8  Email: mmastre@cox.net

9  **Attorneys for Kable Productions, LLC**
Peter J. Gurfein, Esq.
10  Patrick J. Ivie, Esq.
Akin Gump Strauss Hauer & Feld LLP
11  2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
12  Facsimile No.: (310) 229-1001
Email: pgurfein@akingump.com
13         pivie@akingump.com

14  **Attorneys for Kable Productions, LLC**
Maxwell M. Blecher, Esq.
15  Blecher & Collins, P.C.
515 South Figueroa Street, Suite 1700
16  Los Angeles, CA 90071
Facsimile No.: (213) 622-1656
17  Email: mblecher@blechercollins.com

18  **Attorneys for William Slattery**
Alan Harris
19  Harris & Ruble
5455 Wilshire Boulevard, Suite 1800
20  Los Angeles, CA 90036
Facsimile No.: (323) 931-3366
21  Email: law@harrisandruble.com

22  **Attorneys for Teamsters Union 25
Health Services & Insurance Plan**
23  Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
24  177 Milk Street, Suite 300
Boston, MA 02109
25  Facsimile No.: (617) 338-1976
Email: cmc@fczlaw.com

26

27

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1 **Attorneys for Linewatch Productions LLC**
Reuben Liber
2 c/o MPCA
10635 Santa Monica Boulevard, Suite 180
3 Los Angeles, CA 90025
Facsimile No.: (310) 556-8905
4 Email: rliber@mpcafilm.com

5 Jerry Koukol
5609 West 88 Terrace
6 Overland Park, KS  66207

7 John A. Pycha
456 South 89th Street
8 Omaha, NE 68114

9 Angie M. Carraher
4276 South 148th Street
10 Omaha, NE 68137

11 **Attorneys for Irvine Technology Corporation**
William R. Hart, Esq.
12 Richard P. Gerber, Esq.
Hart, King & Coldren
13 200 East Sandpointe, 4th Floor
Santa Ana, CA 92707
14 Facsimile No. (714) 546-7457
Email: rgerber@hkclaw.com

15

16 **Attorneys for Kable Productions, LLC**
Peter J. Gufein, Esq.
Patrick J. Ivie, Esq.
17 Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
18 Los Angeles, CA  90067-3012
Facsimile No. (310) 229-1001
19 Email: pivie@akingump.com

20 **Attorneys for JMG**
John J. Leonard, Esq.
21 Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
22 Los Angeles, CA 90025-7120
Facsimile No.: (310) 820-8859
23 Email: jleonard@bakerlaw.com
      mflink@bakerlaw.com
24      pjames@bakerlaw.com

25 Adam Parkening
5023 South 163rd Avenue
26 Omaha, NE 68135

27

28

1    Ellyn S. Garofalo, Esq.
Liner, Yankelevitz, Sunshine & Regenstreif, LLP

2    1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

3    Email: egarofalo@linerlaw.com

4    Jonathan B. Cole, Esq.
Claudia Stone, Esq.

5    Nemecek & Cole
15260 Ventura Boulevard

6    Suite 920
Sherman Oaks, CA 91404

7    Email: jcole@nemecek-cole.com
          cstone@nemecek-cole.com

8

9    **SECURED CREDITORS**

10   GoldenTree Asset Management LP
c/o Michael Lurey, Esq.
c/o Wayne Flick, Esq.

11   Latham & Watkins LLP
633 West Fifth Street

12   Suite 4000
Los Angeles, CA 90071

13   Facsimile No.: (213) 891-8763
Email: Michael.lurey@lw.com

14

15   GoldenTree Asset Management LP
c/o Mark A. Broude, Esq.

16   Latham & Watkins LLP
885 Third Avenue

17   New York NY 10022
Facsimile No.: (212) 751-4864

18   Email: mark.broude@lw.com

19   The Bank of New York, as Collateral Agent
101 Barclay Street, Floor 8E

20   New York, NY 10286-0001

21   The Bank of New York
c/o CT Corporation System (Registered Agent)
818 West Seventh Street

22   Los Angeles, CA 90017

23   RHB Management Company
c/o Robert H. Blumenfield – Registered Agent

24   2886 Colorado Avenue
Santa Monica, CA 90404

25

26   **Landlord**
Level (3) Communications LLC
Department 182

27   Denver, CO 80291

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[EDM\BANKR\519172.1]

-24-

1  Tony Delleani
   Account Director
2  Level (3) Communications LLC
   100 William Street, Suite 1900
3  New York, NY 10038

4  **POTENTIAL BUYERS**

5  Tri-State Staffing
   c/o Jay H. Schecter
6  160 Broadway, 15th Floor
   New York, New York  10038
7  Facsimile No.: (212) 346-9601
   Email: jschecter@tristateemployment.com
8
   **Attorneys for Tri-State Staffing**
9  Katherine M. Windler
   Bryan Cave, LLP
10 120 Broadway, Suite 300
   Santa Monica, CA 90401-2386
11 Facsimile No.: (310) 260-4105
   Email: katherine.windler@bryancave.com
12
   Barry Olson, President
13 Project12Baskets
   345 Diversion Street, Suite 250
14 Rochester, MI  48307
   Facsimile No.: (248) 656-7130
15 Email: bolson@project12baskets.com

16 O'Keefe & Associates Consulting
   Patrick O'Keefe, Managing Member
17 Jonathan LaBarre, Director
   2 Lone Pine Road
18 Bloomfield Hills, MI  48304
   Facsimile No.: (248) 593-6108
19 Email: pokeefe@okeefeandassociates.com
   Email: jlabarre@okeefeandassociates.com
20
   Clairepoint Corporation
21 c/o Penelope Parmes
   Rutan & Tucker, LLP
22 611 Anton Boulevard, 14th Floor
   Costa Mesa, CA 92626
23 Facsimile No.: (714) 546-9035
   Email: pparmes@rutan.com
24
   Michael Traina
25 Clearpoint Business Resources, Inc.
   1600 Manor Drive, Suite 110
26 Chalfont, PA 18914
   Facsimile No.: (215) 997-7711
27 Email: mtraina@clear-point.com

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1   Ruben Rodriguez, LLC
    c/o James M. Donovan, Esq.
2   c/o Michael J. Glenn, Esq.
    John Monte, Esq.
3   The Donovan Offices
    915 Wilshire Boulevard
4   Suite 950
    Los Angeles, CA  90071
5   Facsimile No.: (213) 689-8784
6   Email: jmdonovan@thedonovanoffices.com
            mglenn@thedonovanoffices.com
7           montelaw@earthlink.net

8   Sony Pictures Entertainment
9   c/o Sonnenschein Nath & Rosenthal LLP
    Sara L. Chenetz
10  601 South Figueroa Street
    Suite 2500
11  Los Angeles, CA 90017-5704
    Facsimile No.: (213) 623.9924
12  Email: schenetz@sonnenschein.com

13
    John Fiorentino, President,
14  The Triline Media Group
    Email: jpfiorentino@thetrilinegroup.com
15
    Team Acquistion Corporation
16  c/o Gary F. Torrell
    Valensi Rose, PLC
17  2029 Century Park East, Ste. 2050
    Los Angeles, CA 90067
18  Facsimile No.: (310) 277-1706
    Email: gft@vrmlaw.com
19
    FTI
20  c/o Leslie R. Horowitz
    John A. Lapinski, Esq.
21  Clark & Trevithick PC
    800 Wilshire Boulevard, Twelfth Floor
22  Los Angeles, California 90017
    Facsimile No.: (213) 624.9441
23  Email: lhorowitz@clarktrev.com
    Email: jlapinski@clarktrev.com
24
    Aristide Stavropoulos
25  Investment Director
    Hamilton Bradshaw Limited
26  18 Hanover Square
    London
27  W1S 1HX
    Facsimile No.:+44 (0)20 3008 6741
28  Email: aristavropoulos@hamiltonbradshaw.com

1 | Mark Shinderman, Esq.
Todd Rosen, Esq.
2 | Kevin Masuda, Esq.
Munger Tolles & Olson LLP
3 | 355 South Grand Avenue, Suite 2500
Los Angeles, CA 90071
4 | Facsimile No.: (213) 683-4087
Email: Mark.Shinderman@mto.com
5 |         Todd.Rosen@mto.com
          Kevin.Masuda@mto.com
6 |
Cast & Crew Payroll, LLC dba
7 | Cast & Crew Entertainment Services
c/o Jeffrey T. Oberman
8 | Levin & Oberman
361 N. Canon Drive
9 | Beverly Hills, CA. 90210
Facsimile No.: (310) 777-8754
10 | Email: oberman01@sbcglobal.net

11 | Future Films
c/o Sonya Patel
12 | c/o Tony Patel
Sonya Bhatia Patel
13 | 11925 Wilshire Blvd., Suite 201
Los Angeles, CA 90025
14 | Facsimile No.: (310) 943.3829
Email: sonya@specialexecution.com
15 |         tony@specialexecution.com

16 | Larry Lipschutz, CCE
Manager, Financial Operations - Western Region
17 | SAVVIS, Inc.
1 Savvis Parkway
18 | Town & Country, MO 63017
Email: Larry.Lipschutz@savvis.net
19 |
Andrew Wilson
20 | Assets Limited
Reg No: 4667433
21 | Chiltern Chambers
St Peters Avenue
22 | Caversham
Reading
23 | Berkshire
RG4 7DH
24 | Facsimile No.: 0118 946 4880
Email: andrew@assets.ltd.uk
25 |
26 |
27 |
28 |

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  M Squared
   Kimball Norup
2  Chief Marketing Officer
   111 Sutter Street Suite 850
3  San Francisco CA 94104
   Facsimile No.: (415) 986-1692
4  Email: knorup@msquared.com

5  Kathryn Catherwood, Esq.
   Duane Morris LLP
6  Suite 900
   101 West Broadway
7  San Diego, CA 92101-8285
   Facsimile No.: 619.744.2201
8  Email: kmcatherwood@duanemorris.com

9  Scott H. Bowen
   Chief Financial Officer
10 PES Payroll
   4000 West Burbank Blvd.
11 Burbank, CA  91505
   Facsimile No.: (818) 295-3886
12 Email: Scott.bowen@pespayroll.com

13 MPS
   c/o Jeffrey B. Ellman
14 Robbin S. Rahman
   Jones Day
15 1420 Peachtree Street, NE
   Suite 800
16 Atlanta, GA  30309-3053
   Facsimile No.: (404) 581-8330
17 Email: jbellman@jonesday.com
          rrahman@jonesday.com
18
   Richard Brunette
19 Sheppard Mullin
   333 South Hope Street, 48th Floor
20 Los Angeles, CA 90071-1448
   Facsimile No.: (213) 620-1398
21 Email: rbrunette@sheppardmullin.com

22 David J. Walters, CFO
   IQ Navigator
23 4600 S Ulster Street, Suite 680
   Denver, CO  80237
24 T 303/563-1509
   F 303/563-1601
25 Email: dwalters@iqnavigator.com

26

27

28

1  Jason Wallach, Esq.
   Berger Kahn
2  4551 Glencoe Avenue, Suite 300
   Marina Del Rey, CA  90292-7925
3  T 310/821-9000
   F 310/775-8775
4  Email:Jwallach@bergerkahn.com

5  Jeffrey A. Krieger, Esq.
   Greenberg Glusker
6  1900 Avenue of the Stars, 21st Floor
   Los Angeles, CA  90067
7  T 310/553-3610
   Direct 310/785-6869
8  Direct Fax 310/201-2343
   Email: Jkrieger@ggfirm.com

9
   Ricky L. Shackelford, Esq.
10 Jones Day
   555 South Flower Street
11 50th Floor
   Los Angeles, CA  90071
12 T 213 489-3939
   Direct 213/243-2598
13 F 213-243-2539
   Email: rlshackelford@jonesday.com

14
   Wellington Management
15 c/o Wayne R. Terry, Esq.
   Law Offices of Hemar, Rousso & Heald, LLP
16 15910 Ventura Boulevard, 12th Floor
   Encino, CA  91436-2829
17 T 818/501-3800
   F 818/501-2985
18 Email: WTerry@hemar-rousso.com

19 Michael J. Heyman
   Kirkpatrick & Lockhart Preston Gates Ellis LLP
20 10100 Santa Monica Boulevard, 7th Floor
   Los Angeles, CA  90067
21 D 310/552-5074
   T 310/552-5000
22 F 310/552-5001
   Email: Michael.heyman@klgates.com

23
   **Attorneys for Lonely Maiden Productions, LLC;**
24 **RMC Productions, LLC, Sophomore Distribution, LLC**
   Richard T. Williams
25 Holland & Knight LLP
   633 West Fifth Street, 21st Floor
26 Los Angeles, CA  90071-2040
   T 213/896-2410
27 F 213/896-2450
   Email: Richard.williams@hklaw.com

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1   Joshua M. Mester
    Henningan Bennett & Dorman LLP
2   865 South Figueroa Street, Suite 2900
    Los Angeles, CA  90017
3   T 213/694-1103
    F 213/694-1234
4   C 213/819-2860
    Email: mesterj@hbdlawyers.com
5
    Lawrence Bass
6   Holme Roberts & Owen LLP
    1700 Lincoln Street, Suite 4100
7   Denver, CO  80203-4541
    T 303/861-7000
8   F 303/866-0200
    Email: Lawrence.bass@hro.com
9
    Simon Aron, Esq.
10  Wolf, Rifkin, Shapiro & Schulman, LLP
    11400 West Olympic Boulevard, 9th Fl.
11  Los Angeles, CA  90064-1582
    T 310/478-4100
12  F 310/479-1422
    Email: saron@wrslawyers.com
13
    Janice Bryant Howroyd
14  Chairman/CEO
    Act 1 Group
15  1999 West 190th Street
    Torrance, CA  90504
16  T 310/750-3444
    F 310/750-1105
17  Email: ggaines@act-1.com
18  Aram Ordubegian, Esq.
    Weinstein, Weiss & Ordubegian LLP
19  1925 Century Park East, Suite 1150
    Los Angeles, CA  90067-2712
20  T 310/203-9393
    F 310/203-8110
21  Email: aordubegian@wwolawyers.com
22  Bernard Howroyd
    APPLEONE
23  PO BOX 29048
    Glendale, CA  91209
24  T 800/576-5765
    F 818/240-1706
25  Email: csalvador@appleone.com
26
27
28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  Craig D. Carr
   TAXCO
2  Downey Business/Des-Dawn Services
   8822 Artesia Blvd
3  Bellflower, Ca 90706
   T 562-663-6800 x100
4  F 562-663-9003
   Email: CRAIG@TAXCO.ORG
5
   Elizabeth A. Bell
6  Senior Vice-President & General Counsel
   Yari Film Group
7  10850 Wilshire Boulevard, 6th Floor
   Los Angeles, CA  90024
8  Facsimile 310/234-8972
   Email: ebell@yarifilmgroup.com
9
   David B. Shemano, Esq.
10 Peitzman, eg & Kempinsky LLP
   10100 Santa Monica Boulevard, Suite 1450
11 Los Angeles, CA  90067
   Facsimile 310/552-3101
12 Email: dshemano@pwkllp.com

13 Joseph Musacchio
   Ed Remus
14 Next Source
   Facsimile: 212/736-9046
15 Email: jmusacchio@nextsource.com
            eremus@nextsource.com
16
   Ted Cohen, Esq.
17 Sheppard Mullin Richter & Hampton LLP
   333 South Hope Street
18 48th Floor
   Los Angeles, CA 90071-1448
19 Facsimile: 213.620.1398
   Email: tcohen@sheppardmullin.com
20
   James B. Freedman
21 Barrington Associates
   11755 Wilshire Blvd., Suite 2200
22 Los Angeles, CA 90025
   Facsimile: 310-477-4955
23 Email: jfreedman@barrington.com

24 Joan Smith
   joan.p.smith@accenture.com
25
   Ron Kochman
26 Email: RKochman@volt.com

27

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Will Kenawell
COO/General Counsel
Computer Enterprises, Inc.
Facsimile (412) 341-3753
Email: wkenawell@ceiamerica.com

WKenawell@ceiamerica.com
Howard Sutter
Vice Chairman of Kforce, Inc
Email: JAlleva@kforce.com

David Kerr
Sr. Vice President
COMSYS
4400 Post Oak Parkway, Suite 1800
Houston, TX 77027
Facsimile (713) 386-1500
Email: DavidKerr@comsys.com

Jim Zagelmeyer
Advantage
405 Lexington Ave 32nd floor
At the Chrysler Building
New York, NY 10174
212.553.9433 (o)
917.533.3187 (c)
Email: jzagelmeyer@advhr.com

Elizabeth Berke-Dreyfuss
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Direct Dial No. (510) 622-7514
Direct Fax No. (510) 588-4845
Telephone No.  (510)   834-6600
Fax No. (510) 834-1928
Email: edreyfuss@wendel.com

Gregory L. Wilkinson, Esq.
In-House Counsel
All-in-1, Inc.
1999 W. 190 St.
Torrance, CA 90504
Tel: (310)750-3506
Fax:(310)750-1100
Email: glwilkinson@mail.all-in-1.com

Frances Vidhayathil
303-618-7600
Email: francis@TechMahindra.com

Sheldon Eisenberg
Email: seisenberg@ertwllp.com

1  Kathryn Tran
   ktran@xroadsllc.com
2
   David Gottlieb
3  dgottlieb@horwathcal.com

4  Selwyn Gerber
   Gerber & Co., Inc.
5  1880 Century Park East, Suite 200
   Los Angeles, CA  90067
6  Email: sg@gerberco.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[EDM\BANKR\519172.1]

## SERVICE LIST ON ENTERED ORDER

| SERVED ELECTRONICALLY | SERVED VIA MAIL |
|---|---|
| Kathryn Tran<br>ktran@xroadsllc.com | |

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[EDM\BANKR\519172.1]