| Chapter 7 Trustee Name, Address, Telephone & FAX Numbers | FOR COURT USE ONLY |
|---|---|
| HOWARD M. EHRENBERG<br>CHAPTER 7 TRUSTEE<br>333 S. HOPE STREET<br>SUITE 3500<br>LOS ANELES, CALIFORNIA 90071<br>(213) 626-2311<br>(213) 629-4520 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>AXIUM INTERNATIONAL INC.<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NO.: 2:08-bk-10277-BB |
|---|---|

**NOTICE OF MOTION AND MOTION NO.___7___ UNDER LOCAL BANKRUPTCY**
**RULE 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE;**
**OPPORTUNITY TO REQUEST HEARING;**
**DECLARATION OF TRUSTEE**
[No Hearing Unless Requested under Local Bankruptcy Rule 9013-1(g)]

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly appointed chapter 7 Trustee has filed the following motion for court approval of the trustee's request to make cash disbursements. The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States Trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN TEN DAYS OF THE SERVICE DATE APPEARING BELOW. If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing. Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

The Trustee moves for an order authorizing cash disbursements from property of the estate as follows:

1. A brief summary of case is attached as Exhibit A.
2. The estimated date for submitting final report is January 15, 2011.
3. Cash disbursements period; June 1, 2008 through May 31, 2009.
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.
5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with Local Bankruptcy Rule 2016-2.)

Dated: _August 18, 2005_                    _____
                                             Chapter 7 Trustee

This form is in the format required by Order of the United States Bankruptcy Court for the Central District of California

*Revised June 2000*                                                        **F 2016-2.2**

| In re   AXIUM INTERNATIONAL INC. | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NO.: 2:08-bk-10277-BB |

## DECLARATION OF TRUSTEE

I, <u>HOWARD M. EHRENBERG</u>, the duly appointed chapter 7 trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate.  If this motion proves to be inaccurate or infeasible, I will submit corrected monies as necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___18th___ Day of ___August___ , 2008 at Los Angeles, California.

_____
Chapter 7 Trustee

| In re AXIUM INTERNATIONAL INC. Debtor(s). | CHAPTER 7 |
|---|---|
| | CASE NO.: 2:08-bk-10277-BB |

## DECLARATION OF NON-OPPOSITION

I declare under penalty of perjury that I am employed by the trustee and as part of my duties I check all

incoming correspondence and opposition to the trustee's motions. I certify that the trustee has not been

served with any opposition to the foregoing motion as of this date.

9/2/08
Date

Lupe Perez
Type Name

Signature

This form is in the format required by Order of the United States Bankruptcy Court for the Central District of California

*Revised June 2000*

**F 2016-2.2**

| In re   AXIUM INTERNATIONAL INC. | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NO.: 2:08-bk-10277-BB |

**EXHIBIT "A"**

**SUMMARY/STATUS OF CASE/CURRENT STATUS**

This Cash Disbursement Motion is filed pursuant to Local Bankruptcy Rule 2016-2 of the United States Bankruptcy Court, Central District of California.

On January 8, 2008 Axium International, Inc. filed a voluntary petition under chapter 7. There were 42 related bankruptcy petitions filed on the same date or on January 9, 2008. These cases were filed on an emergency basis. Six cases have since been dismissed. Accordingly, there are thirty-seven related chapter 7 cases pending in this Court. By order of this Court entered January 18, 2008, the cases were consolidated for procedural purposes and are being jointly administered under the Axium International, Inc. case. Howard Ehrenberg is the duly appointed and acting chapter 7 trustee.

The purpose of this cash disbursement motion is to request authority to pay administrative expenses related to costs incurred to continue gather and maintain Debtors' books and records and to pay for data management services to assist in the investigation and litigation of various claims brought by the trustee in seeking recovery for the estate.

ONSITE has been contracted by the Trustee to provide litigation support services which will be utilized by the various professionals employed by the estate. The monthly costs will be determined by the activity used in the various investigations and litigations. At this time, the estimate for monthly services is difficult to determine but the amount is not expected to exceed $30,000.00 a month. For the initial month and set-up, ONSITE is due a payment of $28,027.69.

As provided in previous cash disbursement motions and the amended cash disbursement motion no. 6 filed with the Court, the trustee continues to pay for services provided by UNITED DOCUMENT STORAGE (UDS) for shipping, receiving, indexing and data processing of Debtors' books and records. UDS has been paid approximately $72,000.00 through July 31, 2008 for services and reimbursement of costs related to the task of collection and storage of the books and records from the various locations including Burbank, Mid-Wilshire, New Jersey and New York as well as Ontario and Vancouver, Canada. The Trustee believes that this monumental task is in its final stages and that soon the only costs incurred will be for services related to the records and a monthly storage fee. The trustee seeks to pay UDS an additional amount not to exceed $90,000.00 for the six months period from August, 2008 through February, 2009 with a monthly storage fee of $2,500.00. In addition, the trustee seeks to pay File Bank Storage in Ontario Canada $13,021.97 for storage costs and removal of records. The trustee is aware of storage costs are due to Citi Storage in Brooklyn, New York but has not received a final figure. The Trustee seeks authority to pay the amount due to Citi Storage in an amount not to exceed $35,000.00.

.

[LVP\GEN\517964.1 8/18/2008 (3:58 PM)]

This form is in the format required by Order of the United States Bankruptcy Court for the Central District of California

*Revised June 2000*                                                                                                    **F 2016-2.2**

| In re  AXIUM INTERNATIONAL INC.<br>Debtor(s). | CHAPTER 7 |
| | CASE NO.: 2:08-bk-10277-BB |

## EXHIBIT "B"

### Estimated Recurring Monthly Expenses During the Cash Disbursement Period

$   30,000.00   Litigation support services

$    2,500.00   Storage and retrieval of Estate Assets and/or Books and Records

**Total:**  $  32,500.00   Estimated Recurring Monthly Expenditures During Cash Disbursement Period

### Total Estimated Other Expenses During the Cash Disbursement Period for which Court Approval is Sought at this Time:

$  90,000.00   United Document Storage (UDS) for charges from August, 2008 to February, 2009
                -Costs for receiving/indexing/handling and data processing for storage of estate books and records
                 including materials, shipping and receiving

$  13,021.97   Amount due to File Bank for charges and removal of boxes

$  35,000.00   Estimated amount due to Citi Storage for charges and removal of boxes

**Total**:  $ 138,021.97   Estimated Other Expenses During the Cash Disbursement Period

The foregoing expenditures are justified by the following facts:

The trustee seeks approval for costs associated with the administration of the case as shown above.

This form is in the format required by Order of the United States Bankruptcy Court for the Central District of California

*Revised June 2000*                                                  **F 2016-2.2**

| In re  AXIUM INTERNATIONAL INC.  Debtor(s). | CHAPTER 7 |
| | CASE NO.: 2:08-bk-10277-BB |

## PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed by the trustee in the above County. I am over the age of 18 and not a party to the within action. My business address is:

  333 SOUTH HOPE STREET, SUITE 3500, LOS ANGELES, CA 90071

On _August 18, 2008_____, I served the foregoing NOTICE OF MOTION AND MOTION NO. _7 UNDER LOCAL BANKRUPTCY RULE 2016-2 FOR APPROVAL OF CASH DISBURSEMENT BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; DECLARATION OF TRUSTEE on the interested parties at their last known address by placing a true and correct copy thereof in a sealed envelope with first-class postage fully prepaid in the United States Mail at Los Angeles, California addressed as follows:

☒  See Attached List

I declare under penalty of perjury that the foregoing is true and correct.

_8/18/2008_
Date

Lupe Perez
Type Name

Signature

[LVP\GEN\517964.1 8/18/2008 (3:52 PM)]

This form is in the format required by Order of the United States Bankruptcy Court for the Central District of California

## SERVICE LIST

### Attorneys for Debtors
David M. Poitras, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Facsimile No.: (310) 203-0567
Email: dpoitras@jmbm.com

### Office of the United States Trustee
Ernst & Young Plaza
Bruce Schildkraut, Esq.
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017
Facsimile No.: (213) 894-2603
Email: bruce.schildkraut@usdoj.gov

### REQUESTS FOR SPECIAL NOTICE

Allegis Group, Inc.; Allegis Group Services, Inc.;
Aerotek, Inc.; TEKSystems; and Maxim Health Services, Inc.
c/o Christine M. Pajak, Esq.
STUTMAN, TREISTER & GLATT, PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Facsimile No.: (310) 228-5788
Email: cpaiak@stutman.com

Allegis Group, Inc.; Allegis Group Services, Inc.;
Aerotek, Inc.; TEKSystems; and Maxim Health Services, Inc.
c/o Lawrence J. Gebhardt, Esq.
c/o James T. Heidelbach, Esq.
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, MD 21202
Facsimile No.: (410) 385-5119
Email: lgebh@gebsmith.com
        jheid@gebsmith.com

Convergenz LLC
c/o Jeffrey A. Krieger, Esq.
Greenberg Glusker
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
Facsimile No.: (310) 553-0687
Email: ikrieger@ggfirm.com

Cornerstone Data Strategies
c/o Scott A. Schiff, Esq.
Soukup & Schiff, LLP
1801 Century Park East, Suite 470
Los Angeles, CA 90067
Facsimile No.: (310) 286-0522
Email: sas@soukup-schiff.com

Hewlett-Packard Company
c/o Ellen A. Friedman, Esq.
c/o Brandon C. Chaves, Esq.
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA 94105
Facsimile No.: (415) 834-1044
Email: efriedman@friedumspring.com
bchaves@friedumspring.com

Hewlett-Packard Company
Attn: Anne Kennelly, Esq.
Corporate Legal Department
3000 Hanover Street, M/S 1050
Palo Alto, CA 94304
Facsimile No: (650) 852-8617
Email: anne.kennelly@hp.com

IT Ascent, Inc.
c/o Ivan L. Kallick, Esq.
c/o Ileana M. Hernandez, Esq.
Manatt, Phelps & Phillips, LLP
11355 West Olympic Blvd.
Los Angeles, CA 90064
Facsimile No.: (310) 312-4224
Email: ikallick@manatt.com

IT Ascent, Inc.
Attn: W. Todd Peterson, Esq.
Chief Financial Officer
343 Sansome St., Suite 500
San Francisco, CA 94104
Facsimile No.: (415) 321-1010
Email: tpeterson@itascent.com

MIDCOM Corporation
c/o Michael St. James, Esq.
St. James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA 94104
Facsimile No.: (415) 391-7568
Email: michael@stiames-law.com

Vedior North America, LLC
c/o James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
Facsimile No.: (213) 694-1234
Email: johnstonj@hbdlawyers.com

Vedior North America, LLC
c/o Richard Hiersteiner, Esq.
c/o Jeanne P. Darcey, Esq.
c/o Amy A. Zuccarello, Esq.
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199-7613
Facsimile No.: (617) 316-8420
Email: rhiersteiner@eapdlaw.com;
        jdarcey@eapdlaw.com;
        azuccarello@eapdlaw.com

Washington Mutual, Inc.
c/o Josefina Fernandez McEvoy, Esq.
c/o Michael J. Heyman, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA 90067
Facsimile No.: (310) 552-5001
Email: josefina.mcevoy@klgates.com

Washington Mutual, Inc
c/o Marc L. Barreca, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104-1158
Facsimile No.: (206) 623-7022
Email: marc.barreca@klgates.com

IATSE International Union
c/o Christian L. Raisner, Esq.
WEINBERG, ROGER & ROSENFELD, APC
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Facsimile No.: (510) 337-1023
Email: bankruptcycourtnotices@unioncounsel.net
        craisner@unioncounsel.net

Studio Transportation Drivers
c/o Robert A. Cantore, Esq.
GILBERT & SACKMAN, A Law Corporation
3699 Wilshire Blvd., Suite 1200
Los Angeles, CA 90010
Facsimile No.: (323) 937-9139
Email: rac@gslaw.org

CCSI, Inc.
c/o Michael E. Busch, Esq.
c/o Kathleen A. Cashman-Kramer, Esq.
Pyle Sims Duncan & Stevenson APC
401 "B" Street, Suite 1500
San Diego, CA 92101
Facsimile No.: (619) 687-5210
Email: mebusch@psdslaw.com

**Attorneys for Southwest Airlines**

Jason Wallach, Esq.
Berger, Kahn, a Law Corporation
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925
Facsimile No.: (310) 775-8775
Email: jwallach@bergerkahn.com

**Attorneys for Home Box Office, Inc. and Turner
Entertainment Corporation**
Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067
Facimile No.: (310) 201-0760
Email: bgodshall@pszjlaw.com

Dean G. Rallis, Esq.
Weston, Benshoof, Rochefort, Rubalcava & MacCuish, LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Facsimile: (213) 947-1107
Email: drallis@wbcounsel.com

**Attorneys for Screen Actors Guild, Inc., Directors Guild
Of America, Inc., Writers Guild of America, West, Inc., Motion
Picture Industry Pension and Health Plans, Screen Actors Guild-
Producers Pension & Health Plans, Directors Guild of America, Inc.-Producer
Pension and Health Plans, and Writers Guild Pension Plan and Industry Health Fund**
Joseph A. Kohanski
Bush Gottlieb Singer López
    Kohanski Adelstein & Dickinson
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, CA 91203-3345
Facsimile No.: (818) 973-3201
Email: jkohanski@bushgottlieb.com

Directors Guild of America, Inc.
7920 Sunset Boulevard
Los Angeles, CA 90046

Screen Actors Guild, Inc.
5757 Wilshire Boulevard
Los Angeles, CA 90036

Writers Guild of America, West, Inc.
7000 West Third Street
Los Angeles, CA 90048

Directors Guild of America, Inc.-Producer Pension and Health Plans
8436 West 3rd Street, Suite 900
Los Angeles, CA 90048-4189

Screen Actors Guild-Producers Pension & Health Plans
3601 West Olive Avenue, 2nd Floor
Burbank, CA 91510-7830

Writers Guild Pension Plan and Industry Health Fund
1015 North Hollywood Way
Burbank, CA 91505

Motion Picture Industry Pension and Health Plans
11365 Ventura Boulevard
Studio City, CA 91604

Barry Aframe
Senior Vice President – Legal Affairs
HCC Specialty Underwriters
401 Edgewater Place, Suite 400
Wakefield, MA 01880

## Attorneys for Cisco Systems, Inc.
Lawrence M. Schwab, Esq.
Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
Facsimile No.: (650) 494-2738
Email: lschwab@bbslaw.com
        klaw@bbslaw.com

## Attorneys for The Donovan Offices
Michael J. Glenn, Esq.
The Donovan Offices
915 Wilshire Boulevard, Suite 950
Los Angeles, CA 90071
Facsimile No.: (213) 689-8784
Email: mglenn@thedonovanoffices.com

## Attorneys for Kaiser Foundation Hospitals
Mark Palley, Esq.
Marion's Inn, A Law Partnership
1611 Telegraph Avenue, Suite 707
Oakland, CA 94612-2415
Facsimile No.: (510) 451-1711
Email: mp@marionsinn.com
        erin@marionsinn.com

## Attorneys for AARP, Inc.
Joel S. Miliband, Esq.
D. Edward Hays, Esq.
Rus, Miliband & Smith
A Professional Corporation
2600 Michelson Drive, 7th Floor
Irvine, CA 92612
Facsimile No.: (949) 252-1514
Email: jmiliband@rusmiliband.com
        ehays@rusmiliband.com

Lawrence Bass
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100

Denver, CO 80203-4541
Facsimile No.: (303) 866-0200
Email: Lawrence.bass@hro.com

**Attorneys for Lonely Maiden Productions, LLC;**
**RMC Productions, LLC, Sophomore Distribution, LLC**
Richard T. Williams
Holland & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA 90071-2040
Facsimile No.: (213) 896-2450
Email: Richard.williams@hklaw.com

**Attorneys for Placement Strategies, Inc.**
Phillip K. Wang, Esq.
Gordon & Ress, LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Facsimile No.: (415) 986-8054
Email: pwang@gordonrees.com

**Attorneys for Management Company, LLP**
Wayne R. Terry, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436-2829
Facsimile No.: (818) 501-2985
Email: WTerry@hemar-rousso.com

**Attorneys for COMSYS IT Partners, Inc.**
Phillip Ashman, Esq.
Brian A. Kumamoto, Esq.
McQueen & Ashman LLP
19900 Mac Arthur Boulevard, Suite 1150
Irvine, CA 92612
Facsimile No.: (949) 223-9611
Email: pashman@mcqueenashman.com
        mgolod@mcqueenashman.com
        bkumamoto@mcqueenashman.com

**Attorneys for United Scenic Artists Local 829,**
**IATSE Local 480; Equity-League Pension, Health and 401(k) Trust Funds**
Robert S. Giolito, Esq.
Spivak Lipton LLP
11755 Wilshire Boulevard, Suite 2150
Los Angeles, CA 90025
Facsimile No.: (310) 473-3533
Email: rgiolito@spivak-lipton.com

**Attorneys for Starz Media, LLC, Software
Specialists, Inc., iGATE Mastech, Inc., and BBC
Worldwide Americas, Inc.**
Marsha A. Houston, Esq.
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Facsimile No.: (213) 457-8080
Email: mhouston@reedsmith.com

Gregory L. Taddonio, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Facsimile No.: (412) 288-3063
Email: gtaddonio@reedsmith.com

**Attorneys for Wall Street Services, Inc.**
Jeremy M. Downs, Esq.
Goldberg Kohn
55 East Monroe, Suite 3300
Chicago, IL 60603
Facsimile No.: (312) 863-7893
Email: Jeremy.downs@goldbergkohn.com

Scott Clarkson, Esq.
Clarkson Gore & Marsella
3424 Carson St #350
Torrance, CA 90503
Facsimile No. (310) 214-7254
Email: sclarkson@lawcgm.com

**Attorneys for Eclaro International, Inc.**
David B. Golubchik, Esq.
Levene, Neale, Bender, Rankin & Brill, LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067
Facsimile No.: (310) 229-1244
Email dbg@lnbrb.com

**Attorneys for Eclaro International, Inc.**
Arthur Goldstein, Esq.
Todtman, Nachamie, Spizz & Johns, PC
425 Park Avenue
New York, NY 10022
Facsimile No.: (212) 754-6262
Email: agoldstein@tnsj-law.com

**Attorneys for Creditor Metropolitan Life Insurance Company**
Lisa Hill Fenning
Harry E. Garner
Dewey & Leboeuf LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071-1530
Facsimile (213) 632-6100
Email: lfenning@dl.com
        hgarner@dl.com

**Attorneys for Creditor and Party In Interest**
**AARP, Inc.**
Peter D. Coffman, Esq.
Dow Lohnes, PLLC
Six Concourse Parkway, Suite 1800
Atlanta, GA 30328-6117
Facsimile No.: (770) 901-8874
Email: pcoffman @dowlohnes.com

**Attorneys for The McGraw-Hill Companies, Inc.**
Karen A. Giannelli, Esq.
One Gateway Center
Newark, NJ 07102-5310
Facsimile No.: (973) 596-4500
Email: kgiannelli@gibbonslaw.com

**Attorneys for Creditor Harvard Consulting Group, Inc.**
Franklin C. Adams, Esq.
William J. Wall, Esq.
Best Best & Krieger, LLP
400 Mission Square
3750 University Avenue
P.O. Box 1028
Riverside, CA 92502-1028
Facsimile No. (951) 686-3083
Email: franklin.adams@bbklaw.com

**Attorneys for Seaton Corp.**
William Dolan
Robert E. Krebs
Jones Day
77 West Wacker
Chicago, IL 60601
Facsimile No.: (312) 782-8585
Email: wdolan@jonesday.com
        rkrebs@jonesday.com

**Attorneys for UBS AG**
Lance N. Jurich
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4120
Facsimile No.: (310) 282-2200
Email: ljurich@loeb.com

**Attorneys for Creditor UBS AG**

P. Gregory Schwed, Esq.
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154-1894
Facsimile No.: (212) 407-4990
Email: gschwed@loeb.com

**Attorneys for United Healthcare Services, Inc.**
Dena C. Kaufman, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Facsimile No.: (212) 918-3100
Email: dckaufman@hhlaw.com

**Attorneys for United Healthcare Services, Inc.**
Neil R. O'Hanlon, Esq.
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Facsimile No.: (310) 785-4601
Email: nrohanlon@hhlaw.com

**Attorneys for Associated Musicians of Greater New York
Local 802, AFM**
Harvey S. Mars, Esq.
Law Office of Harvey S. Mars LLC
322 West 48th Street, Suite 6R
New York, NY 10036-1308
Facsimile No.: (212) 765-2775
Email: jurmars566@aol.com

**Attorneys for American Airlines**
Nanette D. Sanders, Esq.
Ringstad & Sanders LLP
2030 Main Street, Suite 1200
Irvine, CA 92614
Facsimile No.: (949) 851-6926
Email: nanette@ringstadlaw.com

**Attorneys for American Airlines**
Scott Everett, Esq.
Haynes and Boones, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
Facsimile No.: (214) 200-0612
Email: scott.everett@haynesboone.com

**Attorneys for Cognizant Technology Solutions**
Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0600
Facsimile No.: (212) 309-6001
Email: Nherman@morganlewis.com

**Attorneys for Day & Zimmerman, Inc.**
Richard Esterkin, Esq.
Morgan, Lewis & Brockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Facsimile No.: (213) 612-2501
Email: resterkin@morganlewis.com

**Attorneys for Day & Zimmerman, Inc.**
Rebecca L. Booth, Esq.
Morgan, Lewis & Brockius LLP
1701 Market Street
Philadelphia, PA 19103
Facsimile No.: (215) 963-5001

**Attorneys for Manpower North America and Manpower Hong Kong**
Sally E. Edison, Esq.
McGuireWoods LLP
625 Liberty Avenue
Dominion Tower, 23rd Floor
Pittsburgh, PA 15222-3142
Facsimile No.: (412) 667-7978
Email: sedison@mcguirewoods.com

**Attorneys for Maha Visconte**
Bradley E. Brook, Esq.
Law Offices of Bradley E. Brook
12424 Wilshire Boulevard, Suite 1120
Los Angeles, CA 90025
Facsimile No. (310) 442-0660
Email: bbrook@bbrooklaw.com

**Attorneys for The Staffing Companies**
Mark D. Bloom
Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131
Facsimile No.: (305) 579-0717
Email: bloom@glaw.com

**Attorneys for The Staffing Companies**
Paul R. Glassman
Adam M. Starr
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Facsimile No.: (310) 586-7800
Email: glassmanp@gtlaw.com
       starra@gtlaw.com

**Attorneys for The Staffing Companies**
David W. Baddley
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Facsimile No.: (312) 456-8435
Email: baddleyd@glaw.com

Alan J. Brody
200 Park Avenue
PO Box 677
Florham Park, NJ 07932
Facsimile No.: (973) 301-8410
Email: brodya@gtlaw.com

**Attorneys for SABRE, Inc.**
Gary J. Lorch, Esq.
Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Facsimile No.: (213) 680-4470
Email: glorch@gordonrees.com

**Attorneys for SABRE, Inc.**
Stephen C. Stapleton, Esq.
Cowles & Thompson, P.C.
901 Main Street, Suite 4000
Dallas, TX 75202-3746
Facsimile No.: (214) 672-2309
Email: sstapleton@cowlesthompson.com

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Facsimile No.: (310) 559-9133
Email: kmarch@BKYLAWFIRM.com

**Attorneys for Genesis Corp. dba Genesis 10**
Mark G. Ledwin, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604
Facsimile No.: (914) 323-7001
Email: mark.ledwin@wilsonelser.com

**Attorneys for Starpoint Solutions**
Ian S. Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Boulevard, Suite 470
Encino, CA 91436
Facsimile No.: (818) 705-3777
Email: ilandsberg@lm-lawyers.com

**Attorneys for Starpoint Solutions**
Steven H. Newman
Katsky Korins LLP
605 Third Avenue
New York, NY 10158
Facsimile No.: (212) 953-6899
Email: snewman@katskykorins.com

**Attorneys for Strong Feesh, LLC**
Henry S. David, Esq.
Dreier Stein Kahan,Browne Woods George LLP
The Water Garden
1620 26th Street, Sixth Floor North Tower
Santa Monica, CA 90404
Facsimile No.: (310) 828-9101
Email: hdavid@dreierstein.com

**Attorneys for Daman, Inc.**
Matthew T. Ferris, Esq.
Winstead PC
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Facsimile No.: (214) 745-5390
Email: mferris@winstead.com

**Attorneys for Pegastaff**
David M. Wiseblood
Seyfarth Shaw LLP
560 Mission Street
Suite 3100
San Francisco, CA 94105
Facsimile No.: (415) 397-8549
Email: dwiseblood@seyfarth.com

**Attorneys for College Productions, LLC**
William B. Freeman, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Facsimile No.: (213) 629-1033
Email: bill.freeman@pillsburylaw.com

**Attorneys MarketSphere Consulting, LLC**
Matthew J. Effken, Esq.
Tom Roubidoux, Esq.
Kutak Rock LLP
1650 Farnam Street
Omaham NE 68102
Facsimile No.: (402) 346-1148
Email: matthew.effken@kutakrock.com

**Attorneys Party Mervyn's LLC**
Fred Holden, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Facsimile No.: (415) 773-5759
Email: fholden@orrick.com

**Attorneys for Party Mervyn's LLC**
Jeffrey D. Hermann, Esq.
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Facsimile No.: (213) 612-2499
Email: jhermann@orrick.com

**Attorneys for Robert Half International Inc.**
Philip S. Warden, Esq.
Michael P. Ellis
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Facsimile No.: (415) 983-1200
Email: philip.warden@pillsburylaw.com
        micahel.ellis@pillsburylaw.com

Michael Mastre
6412 Read Street
Omaha, NE 68152
Email: mmastre@cox.net

**Attorneys for Kable Productions, LLC**
Peter J. Gurfein, Esq.
Patrick J. Ivie, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Facsimile No.: (310) 229-1001
Email: pgurfein@akingump.com
        pivie@akingump.com

**Attorneys for Kable Productions, LLC**
Maxwell M. Blecher, Esq.
Blecher & Collins, P.C.
515 South Figueroa Street, Suite 1700
Los Angeles, CA 90071
Facsimile No.: (213) 622-1656
Email: mblecher@blechercollins.com

**Attorneys for William Slattery**
Alan Harris
Harris & Ruble
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Facsimile No.: (323) 931-3366
Email: law@harrisandruble.com

**Attorneys for Teamsters Union 25**
**Health Services & Insurance Plan**
Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street, Suite 300
Boston, MA 02109
Facsimile No.: (617) 338-1976
Email: cmc@fczlaw.com

**Attorneys for Linewatch Productions LLC**
Reuben Liber
c/o MPCA
10635 Santa Monica Boulevard, Suite 180
Los Angeles, CA 90025
Facsimile No.: (310) 556-8905
Email: rliber@mpcafilm.com

Jerry Koukol
5609 West 88 Terrace
Overland Park, KS 66207

John A. Pycha
456 South 89th Street
Omaha, NE 68114

Angie M. Carraher
4276 South 148th Street
Omaha, NE 68137

**Attorneys for Irvine Technology Corporation**
William R. Hart, Esq.
Richard P. Gerber, Esq.
Hart, King & Coldren
200 East Sandpointe, 4th Floor
Santa Ana, CA 92707
Facsimile No. (714) 546-7457
Email: rgerber@hkclaw.com

**Attorneys for Kable Productions, LLC**
Peter J. Gufein, Esq.
Patrick J. Ivie, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Facsimile No. (310) 229-1001
Email: pivie@akingump.com

**Attorneys for JMG**
John J. Leonard, Esq.
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Facsimile No.: (310) 820-8859
Email: jleonard@bakerlaw.com
        mflink@bakerlaw.com
        pjames@bakerlaw.com

Adam Parkening
5023 South 163rd Avenue
Omaha, NE 68135

Ellyn S. Garofalo, Esq.
Liner, Yankelevitz, Sunshine & Regenstreif, LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Email: egarofalo@linerlaw.com

Jonathan B. Cole, Esq.
Claudia Stone, Esq.
Nemecek & Cole
15260 Ventura Boulevard
Suite 920
Sherman Oaks, CA 91404
Email: jcole@nemecek-cole.com
        cstone@nemecek-cole.com

Cynthia R. Maher, Esq.
National Technical Systems
130 Chaparral Court, Suite 250
Anaheim, CA 92808
Facsimile No.: (714) 998-7142

## SECURED CREDITORS

GoldenTree Asset Management LP
c/o Michael Lurey, Esq.
c/o Wayne Flick, Esq.
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Facsimile No.: (213) 891-8763
Email: Michael.lurey@lw.com

GoldenTree Asset Management LP

c/o Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York NY 10022
Facsimile No.: (212) 751-4864
Email: mark.broude@lw.com

The Bank of New York, as Collateral Agent
101 Barclay Street, Floor 8E
New York, NY 10286-0001

The Bank of New York
c/o CT Corporation System (Registered Agent)
818 West Seventh Street
Los Angeles, CA 90017

RHB Management Company
c/o Robert H. Blumenfield – Registered Agent
2886 Colorado Avenue
Santa Monica, CA 90404

**Landlord**
Level (3) Communications LLC
Department 182
Denver, CO 80291

Tony Delleani
Account Director
Level (3) Communications LLC
100 William Street, Suite 1900
New York, NY 10038

## POTENTIAL BUYERS

Tri-State Staffing
c/o Jay H. Schecter
160 Broadway, 15th Floor
New York, New York 10038
Facsimile No.: (212) 346-9601
Email: jschecter@tristateemployment.com

### Attorneys for Tri-State Staffing
Katherine M. Windler
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Facsimile No.: (310) 260-4105
Email: katherine.windler@bryancave.com

Barry Olson, President
Project12Baskets
345 Diversion Street, Suite 250
Rochester, MI 48307
Facsimile No.: (248) 656-7130
Email: bolson@project12baskets.com

O'Keefe & Associates Consulting
Patrick O'Keefe, Managing Member
Jonathan LaBarre, Director
2 Lone Pine Road
Bloomfield Hills, MI 48304
Facsimile No.: (248) 593-6108
Email: pokeefe@okeefeandassociates.com
Email: jlabarre@okeefeandassociates.com

Clairepoint Corporation
c/o Penelope Parmes
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
Facsimile No.: (714) 546-9035
Email: pparmes@rutan.com

Michael Traina
Clearpoint Business Resources, Inc.
1600 Manor Drive, Suite 110
Chalfont, PA 18914
Facsimile No.: (215) 997-7711
Email: mtraina@clear-point.com

Ruben Rodriguez, LLC
c/o James M. Donovan, Esq.
c/o Michael J. Glenn, Esq.
John Monte, Esq.
The Donovan Offices
915 Wilshire Boulevard
Suite 950
Los Angeles, CA 90071
Facsimile No.: (213) 689-8784
Email: jmdonovan@thedonovanoffices.com
        mglenn@thedonovanoffices.com
        montelaw@earthlink.net

Sony Pictures Entertainment
c/o Sonnenschein Nath & Rosenthal LLP
Sara L. Chenetz
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Facsimile No.: (213) 623.9924
Email: schenetz@sonnenschein.com

John Fiorentino, President,
The Triline Media Group
Email: jpfiorentino@thetrilinegroup.com

Team Acquistion Corporation
c/o Gary F. Torrell
Valensi Rose, PLC
2029 Century Park East, Ste. 2050
Los Angeles, CA 90067
Facsimile No.: (310) 277-1706
Email: gft@vrmlaw.com

FTI
c/o Leslie R. Horowitz
John A. Lapinski, Esq.
Clark & Trevithick PC
800 Wilshire Boulevard, Twelfth Floor
Los Angeles, California 90017
Facsimile No.: (213) 624.9441
Email: lhorowitz@clarktrev.com
Email: jlapinski@clarktrev.com

Mark Shinderman, Esq.
Todd Rosen, Esq.
Kevin Masuda, Esq.
Munger Tolles & Olson LLP
355 South Grand Avenue, Suite 2500
Los Angeles, CA 90071
Facsimile No.: (213) 683-4087
Email: Mark.Shinderman@mto.com
        Todd.Rosen@mto.com
        Kevin.Masuda@mto.com

Cast & Crew Payroll, LLC dba
Cast & Crew Entertainment Services
c/o Jeffrey T. Oberman
Levin & Oberman
361 N. Canon Drive
Beverly Hills, CA. 90210
Facsimile No.: (310) 777-8754
Email: oberman01@sbcglobal.net

Future Films
c/o Sonya Patel
c/o Tony Patel
Sonya Bhatia Patel
11925 Wilshire Blvd., Suite 201
Los Angeles, CA 90025
Facsimile No.: (310) 943.3829
Email: sonya@specialexecution.com
        tony@specialexecution.com

Larry Lipschutz, CCE
Manager, Financial Operations - Western Region
SAVVIS, Inc.
1 Savvis Parkway
Town & Country, MO 63017
Email: Larry.Lipschutz@savvis.net

Andrew Wilson
Assets Limited
Reg No: 4667433
Chiltern Chambers
St Peters Avenue
Caversham
Reading
Berkshire
RG4 7DH
Facsimile No.: 0118 946 4880
Email: andrew@assets.ltd.uk

M Squared
Kimball Norup
Chief Marketing Officer
111 Sutter Street Suite 850
San Francisco CA 94104
Facsimile No.: (415) 986-1692
Email: knorup@msquared.com

Kathryn Catherwood, Esq.
Duane Morris LLP
Suite 900
101 West Broadway
San Diego, CA 92101-8285
Facsimile No.: 619.744.2201
Email: kmcatherwood@duanemorris.com

Scott H. Bowen
Chief Financial Officer
PES Payroll
4000 West Burbank Blvd.
Burbank, CA 91505
Facsimile No.: (818) 295-3886
Email: Scott.bowen@pespayroll.com

MPS
c/o Jeffrey B. Ellman
Robbin S. Rahman
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309-3053
Facsimile No.: (404) 581-8330
Email: jbellman@jonesday.com
        rrahman@jonesday.com

Richard Brunette
Sheppard Mullin
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448
Facsimile No.: (213) 620-1398
Email: rbrunette@sheppardmullin.com

David J. Walters, CFO
IQ Navigator
4600 S Ulster Street, Suite 680
Denver, CO 80237
T 303/563-1509
F 303/563-1601
Email: dwalters@iqnavigator.com

Jason Wallach, Esq.
Berger Kahn
4551 Glencoe Avenue, Suite 300
Marina Del Rey, CA 90292-7925
T 310/821-9000
F 310/775-8775
Email:Jwallach@bergerkahn.com

Jeffrey A. Krieger, Esq.
Greenberg Glusker
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
T 310/553-3610
Direct 310/785-6869
Direct Fax 310/201-2343
Email: Jkrieger@ggfirm.com

Ricky L. Shackelford, Esq.
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA 90071
T 213 489-3939
Direct 213/243-2598
F 213-243-2539
Email: rlshackelford@jonesday.com

Wellington Management
c/o Wayne R. Terry, Esq.
Law Offices of Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA 91436-2829
T 818/501-3800
F 818/501-2985
Email: WTerry@hemar-rousso.com

Michael J. Heyman
Kirkpatrick & Lockhart Preston Gates Ellis LLP
10100 Santa Monica Boulevard, 7th Floor
Los Angeles, CA 90067
D 310/552-5074
T 310/552-5000
F 310/552-5001
Email: Michael.heyman@klgates.com

**Attorneys for Lonely Maiden Productions, LLC;**
**RMC Productions, LLC, Sophomore Distribution, LLC**
Richard T. Williams
Holland & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA 90071-2040
T 213/896-2410
F 213/896-2450
Email: Richard.williams@hklaw.com

Joshua M. Mester
Henningan Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA 90017
T 213/694-1103
F 213/694-1234
C 213/819-2860
Email: mesterj@hbdlawyers.com

Lawrence Bass
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
T 303/861-7000
F 303/866-0200
Email: Lawrence.bass@hro.com

Simon Aron, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 West Olympic Boulevard, 9th Fl.
Los Angeles, CA 90064-1582
T 310/478-4100
F 310/479-1422
Email: saron@wrslawyers.com

Janice Bryant Howroyd
Chairman/CEO
Act 1 Group
1999 West 190th Street
Torrance, CA 90504
T 310/750-3444
F 310/750-1105
Email: ggaines@act-1.com

Aram Ordubegian, Esq.
Weinstein, Weiss & Ordubegian LLP
1925 Century Park East, Suite 1150
Los Angeles, CA 90067-2712
T 310/203-9393
F 310/203-8110
Email: aordubegian@wwolawyers.com

Bernard Howroyd
APPLEONE
PO BOX 29048
Glendale, CA 91209
T 800/576-5765
F 818/240-1706
Email: csalvador@appleone.com

Craig D. Carr
TAXCO
Downey Business/Des-Dawn Services
8822 Artesia Blvd
Bellflower, Ca 90706
T 562-663-6800 x100
F 562-663-9003
Email: CRAIG@TAXCO.ORG

Elizabeth A. Bell
Senior Vice-President & General Counsel
Yari Film Group
10850 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90024
Facsimile 310/234-8972
Email: ebell@yarifilmgroup.com

David B. Shemano, Esq.
Peitzman, eg & Kempinsky LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Facsimile 310/552-3101
Email: dshemano@pwkllp.com

Joseph Musacchio
Ed Remus
Next Source
Facsimile: 212/736-9046
Email: jmusacchio@nextsource.com
        eremus@nextsource.com

Ted Cohen, Esq.
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448
Facsimile: 213.620.1398
Email: tcohen@sheppardmullin.com

James B. Freedman

Barrington Associates
11755 Wilshire Blvd., Suite 2200
Los Angeles, CA 90025
Facsimile: 310-477-4955
Email: jfreedman@barrington.com

Joan Smith
joan.p.smith@accenture.com

Ron Kochman
Email: RKochman@volt.com

Will Kenawell
COO/General Counsel
Computer Enterprises, Inc.
Facsimile (412) 341-3753
Email: wkenawell@ceiamerica.com

David Kerr
Sr. Vice President
COMSYS
4400 Post Oak Parkway, Suite 1800
Houston, TX 77027
Facsimile (713) 386-1500
Email: DavidKerr@comsys.com

Jim Zagelmeyer
Advantage
405 Lexington Ave 32nd floor
At the Chrysler Building
New York, NY 10174
212.553.9433 (o)
917.533.3187 (c)
Email: jzagelmeyer@advhr.com

Elizabeth Berke-Dreyfuss
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Direct Dial No. (510) 622-7514
Direct Fax No. (510) 588-4845
Telephone No. (510) 834-6600
Fax No. (510) 834-1928
Email: edreyfuss@wendel.com

Gregory L. Wilkinson, Esq.
In-House Counsel
All-in-1, Inc.
1999 W. 190 St.
Torrance, CA 90504
Tel: (310)750-3506
Fax:(310)750-1100
Email: glwilkinson@mail.all-in-1.com

Frances Vidhayathil
303-618-7600

Email: francis@TechMahindra.com

Sheldon Eisenberg
Email: seisenberg@ertwllp.com

Kathryn Tran
ktran@xroadsllc.com

David Gottlieb
dgottlieb@horwathcal.com

Selwyn Gerber
Gerber & Co., Inc.
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Email: sg@gerberco.com

**Special Litigation Counsel**
Bennett Spiegel, Esq.
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017
Email: bspiegel@kirkland.com

**Special Litigation Counsel**
Steven Thomas, Esq.
Thomas, Alexander & Forrester LLP
14 27th Avenue
Venice, CA 90291
Email: steventhomas@tafattorneys.com

Linda R. Brower, Esq.
Becker Meisel LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 2800
Livingston, NJ 07039
Email: lrbrower@beckermeisel.com

**Attorneys for 495 Productions, Inc.**
Howard K. Alperin, Esq.
Eisner & Frank
9601 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90210
Email: halperin@eisnerlaw.com

**Attorneys for Scenario Design, Inc.**
Irv M. Gross, Esq.
Robinson, Diamant & Wolkowitz
A Professional Corporation
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
Facsimile No.: (310) 277-7584

**Attorneys for Bank of America, N.A.**
Paul S. Arrow, Esq.
Buchalter Nemer

A Professional Law Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Email: parrow@buchalter.com