UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
(LOS ANGELES)



In the matter of:

Axium International, Inc.,

Debtor.

Petition No. 2:08-bk-10277-BB

Chapter 7

Hon. Sheri Bluebond

### ORDER ALLOWING CREDITOR COMPUWARE CORPORATION TO FILE ITS LATE PROOF OF CLAIM

At session of the said Court held in the United States Bankruptcy Court, Central District of California on the ____ day of _____, 2009.

PRESENT: The Honorable Sheri Bluebond
U.S. Bankruptcy Court Judge

This matter having come before the Court on the Stipulation of Axium International, Inc. ("Debtor") and Compuware Corporation ("Compuware") and the Motion of Compuware, notice having been given to the United States Trustee, the Court being fully advised of the premises and finding good cause for the entry of this Order:

**IT IS HEREBY ORDERED** that Compuware Corporation's Motion to File Its Late Proof of Claim is granted;

**IT IS FURTHER ORDERED** that the entry of this Order shall not prejudice the rights of any interested party to object to the merits of the claim set forth in the Proof of Claim filed by Compuware Corporation.

SO ORDERED:

Date: 2/11/09

_____
Hon. Sheri Bluebond