1  Victor A. Sahn (CA Bar No. 97299)
     vsahn@sulmeyerlw.com
2  Daniel A. Lev (CA Bar No. 129622)
     dlev@sulmeyerlaw.com
3  **Sulmeyer**Kupetz
   A Professional Corporation
4  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California 90071-1406
5  Telephone: 213.626.2311
   Facsimile: 213.629.4520

FILED & ENTERED

AUG 03 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley    DEPUTY CLERK

Attorneys for Howard M. Ehrenberg, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Axium International, Inc.,<br><br>Debtor. | Case No. 2:08-bk-10277-BB<br><br>Chapter 7<br><br>Jointly Administered With Case:<br><br>Case No. 2:08-bk-10376-BB<br><br>Substantively Consolidated With Cases:<br><br>Case No. 2:08-bk-10294-BB<br>Case No. 2:08-bk-10327-BB<br>Case No. 2:08-bk-10339-BB<br>Case No. 2:08-bk-10304-BB<br>Case No. 2:08-bk-10312-BB<br>Case No. 2:08-bk-10340-BB<br>Case No. 2:08-bk-10297-BB<br>Case No. 2:08-bk-10329-BB<br>Case No. 2:08-bk-10319-BB<br>Case No. 2:08-bk-10326-BB<br>Case No. 2:08-bk-10332-BB<br>Case No. 2:08-bk-10336-BB<br>Case No. 2:08-bk-10314-BB<br>Case No. 2:08-bk-10317-BB<br>Case No. 2:08-bk-10333-BB<br>Case No. 2:08-bk-10291-BB<br>Case No. 2:08-bk-10338-BB<br>Case No. 2:08-bk-10280-BB<br>Case No. 2:08-bk-10305-BB<br>Case No. 2:08-bk-10335-BB<br>Case No. 2:08-bk-10321-BB<br>Case No. 2:08-bk-10285-BB<br>Case No. 2:08-bk-10320-BB<br>Case No. 2:08-bk-10306-BB |

[DAL\LIT\527784.1]

|  | Case No. 2:08-bk-10311-BB<br>Case No. 2:08-bk-10301-BB<br>Case No. 2:08-bk-10298-BB<br>Case No. 2:08-bk-10341-BB<br>Case No. 2:08-bk-10331-BB<br>Case No. 2:08-bk-10325-BB<br>Case No. 2:08-bk-10290-BB |
|---|---|
|  | **ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY D&H CREDIT SERVICES, INC./OVERPAID PAYABLES RECOVERY, INC. AS SPECIAL COLLECTIONS AGENT** |
|  | DATE:<br>TIME:    [No Hearing Required]<br>PLACE: |
| In re | Case No. 2:08-bk-10376-BB |
| Diversity MSP, Inc., | Chapter 7 |
| Debtor. | Jointly Administered With Case: |
|  | Case No. 2:08-bk-10277-BB |
|  | Substantively Consolidated With Cases: |
|  | Case No. 2:08-bk-10372-BB<br>Case No. 2:08-bk-10316-BB<br>Case No. 2:08-bk-10373-BB<br>Case No. 2:08-bk-10375-BB |
| ☒    Affects Both Debtors |  |
| ☐    Affects Axium International, Inc. | 2:08-bk-10277-BB |
| ☐    Affects Diversity MSP, Inc. | 2:08-bk-10376-BB |

The Court, having considered the "Chapter 7 Trustee's Application for Authority to Employ D&H Credit Services, Inc./Overpaid Payables Recovery, Inc. as Special Collections Agent" (the "Application") filed by Howard M. Ehrenberg, the duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee") for the estates of the debtors Axium International, Inc., Diversity MSP, Inc., AV Centurion Film, Inc., AV Global, Inc.,

[DAL\LIT\527784.1]                            2

Avalon Payroll Group, Inc., Avalon Production Accounting, Inc., Avalon Visual Corp., Avalon Worldwide, Inc., Avalon Film Services, Inc., Avalon Hollywood Services, Inc., AX Centurion Film, Inc., AX Global, Inc., Axi Cash, Inc., AXICO, Inc., Axium ATB, Inc., Axium Bond Corp., Axium Cinema, Inc., Axium Entertainment, Inc., Axium Film Corp., Axium Holdings, Inc., Axium Hollywood Services, Inc., Axium Payroll Group, Inc., Axium Payroll Services, Inc., Axium SC, LLC, Axium Visual Corp., Axium Worldwide, Inc., Centurion Cinema, Inc., Diversity Internal, Inc., ECG Minn RE, LLC, Global Enterprises, Inc., Global Music, Inc., Global Worksource, Inc., PAV Film Services, Inc., Talent VMS, Inc., PAX Film Services, Inc., Ensemble Chimes Servicing, Inc., and Ensemble Chimes Global Puerto Rico, Ltd. (collectively, the "Debtors"), in the above-captioned jointly administered and separately substantively consolidated cases, and the separately filed declaration of Daniel A. Lev attesting to lack of any objections or requests for hearing in support thereof, and after finding that no objection or request for hearing was timely filed by any creditor or party in interest, and for good cause appearing therefor, it is hereby

**ORDERED** that the Trustee is hereby authorized to employ D&H Credit Services, Inc./Overpaid Payables Recovery, Inc. as the estates' special collections agent on the terms and conditions set forth in the Application.

###

DATED: August 3, 2009

United States Bankruptcy Judge

[DAL\LIT\527784.1]    3

| Axium International, Inc. | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 2:08-bk-10277-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: SulmeyerKupetz, 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406

The foregoing document described **ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY D&H CREDIT SERVICES, INC./OVERPAID PAYABLES RECOVERY, INC. AS SPECIAL COLLECTIONS AGENT** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**

On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 24, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed*

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1482
255 E. Temple Street
Los Angeles, CA 90012-3332

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

July 24, 2009      Denise Givens                                    /s/ Denise Givens

[DAL\LIT\527784.1]                              4

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) described **ORDER APPROVING CHAPTER 7 TRUSTEE'S APPLICATION FOR AUTHORITY TO EMPLOY D&H CREDIT SERVICES, INC./OVERPAID PAYABLES RECOVERY, INC. AS SPECIAL COLLECTIONS AGENT** was entered on the date indicated as _____ on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("**            **")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 24, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Attorneys for Debtors**
David M. Poitras, Esq.
Jeffer, Mangels, Butler & Marmaro LLP

**Attorneys for Chapter 7 Trustee**
Daniel A. Lev, Esq.
Email: dlev@sulmeyerlaw.com

☐   Service information continued on attached page

II. SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐   Service information continued on attached page

III. TO BE SERVED BY THE LODGING PARTY: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below

☐   Service information continued on attached page

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520