1  Victor A. Sahn (CA Bar No. 97299)
     vsahn@sulmeyerlaw.com
2  Daniel A. Lev (CA Bar No. 129622)
     dlev@sulmeyerlaw.com
3  Steven F. Werth (CA Bar No. 205434)
     swerth@sulmeyerlaw.com
4  **Sulmeyer**Kupetz
   A Professional Corporation
5  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California  90071-1406
6  Telephone: 213.626.2311
   Facsimile: 213.629.4520
7
   Attorneys for Howard M. Ehrenberg, Chapter 7 Trustee
8

9            UNITED STATES BANKRUPTCY COURT

10      CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| 11 | In re | Case No. 2:08-bk-10277-BB |
|---|---|---|
| 12 | Axium International, Inc., | Chapter 7 |
| 13 | Debtor. | Jointly Administered With Case: |
| 14 | | Case No. 2:08-bk-10376-BB |
| 15 | | Substantively Consolidated With Cases: |
| 16 | | Case No. 2:08-bk-10294-BB |
| | | Case No. 2:08-bk-10327-BB |
| 17 | | Case No. 2:08-bk-10339-BB |
| | | Case No. 2:08-bk-10304-BB |
| 18 | | Case No. 2:08-bk-10312-BB |
| | | Case No. 2:08-bk-10340-BB |
| 19 | | Case No. 2:08-bk-10297-BB |
| | | Case No. 2:08-bk-10329-BB |
| 20 | | Case No. 2:08-bk-10319-BB |
| | | Case No. 2:08-bk-10326-BB |
| 21 | | Case No. 2:08-bk-10332-BB |
| | | Case No. 2:08-bk-10336-BB |
| 22 | | Case No. 2:08-bk-10314-BB |
| | | Case No. 2:08-bk-10317-BB |
| 23 | | Case No. 2:08-bk-10333-BB |
| | | Case No. 2:08-bk-10291-BB |
| 24 | | Case No. 2:08-bk-10338-BB |
| | | Case No. 2:08-bk-10280-BB |
| 25 | | Case No. 2:08-bk-10305-BB |
| | | Case No. 2:08-bk-10335-BB |
| 26 | | Case No. 2:08-bk-10321-BB |
| | | Case No. 2:08-bk-10285-BB |
| 27 | | Case No. 2:08-bk-10320-BB |
| | | Case No. 2:08-bk-10306-BB |
| 28 | | Case No. 2:08-bk-10311-BB |

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[DAL\LIT\526196.1]

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

Case No. 2:08-bk-10301-BB
Case No. 2:08-bk-10298-BB
Case No. 2:08-bk-10341-BB
Case No. 2:08-bk-10331-BB
Case No. 2:08-bk-10325-BB
Case No. 2:08-bk-10290-BB

**NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SETTLEMENT OF CERTAIN AVOIDANCE POWER CLAIMS WITHOUT FURTHER HEARING OR NOTICE PURSUANT TO RULE 9019(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

DATE:       October 6 , 2009
TIME:       2:00 p.m.
PLACE:      Courtroom "1475"

| | |
|---|---|
| In re | Case No. 2:08-bk-10376-BB |
| Diversity MSP, Inc., | Chapter 7 |
| Debtor. | Jointly Administered With Case: |
| | Case No. 2:08-bk-10277-BB |
| | Substantively Consolidated With Cases: |
| | Case No. 2:08-bk-10372-BB |
| | Case No. 2:08-bk-10316-BB |
| | Case No. 2:08-bk-10373-BB |
| | Case No. 2:08-bk-10375-BB |

| | | |
|---|---|---|
| ☒ | Affects Both Debtors | |
| ☐ | Affects Axium International, Inc. | 2:08-bk-10277-BB |
| ☐ | Affects Diversity MSP, Inc. | 2:08-bk-10376-BB |

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE,

2  THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:

3        **PLEASE TAKE NOTICE** that concurrently herewith, Howard M. Ehrenberg,

4  the duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee") for the estates

5  of the debtors Axium International, Inc., AV Centurion Film, Inc., AV Global, Inc., Avalon

6  Payroll Group, Inc., Avalon Production Accounting, Inc., Avalon Visual Corp., Avalon

7  Worldwide, Inc., Avalon Film Services, Inc., Avalon Hollywood Services, Inc., AX

8  Centurion Film, Inc., AX Global, Inc., Axi Cash, Inc., AXICO, Inc., Axium ATB, Inc., Axium

9  Bond Corp., Axium Cinema, Inc., Axium Entertainment, Inc., Axium Film Corp., Axium

10 Holdings, Inc., Axium Hollywood Services, Inc., Axium Payroll Group, Inc., Axium Payroll

11 Services, Inc., Axium SC, LLC, Axium Visual Corp., Axium Worldwide, Inc., Centurion

12 Cinema, Inc., ECG Minn RE, LLC, Global Enterprises, Inc., Global Music, Inc., Global

13 Worksource, Inc., PAV Film Services, Inc., Talent VMS, Inc., PAX Film Services, Inc.,

14 Diversity MSP, Inc. dba ECG dba Ensemble Chimes Global, Diversity Internal, Inc.,

15 Ensemble Chimes Servicing, Inc., and Ensemble Chimes Global Puerto Rico, Ltd., as

16 substantively consolidated and jointly administered, (collectively, the "Debtors"), caused

17 to be filed his "Chapter 7 Trustee's Motion for Order Authorizing Settlement of Certain

18 Avoidance Power Claims Without Further Hearing or Notice Pursuant to Rule 9019(b) of

19 the Federal Rules of Bankruptcy Procedure" (the "Motion").

20       **PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion shall take

21 place on October 6, 2009, at 2:00 p.m., Pacific Time, or as soon thereafter as the matter

22 may be heard, in Courtroom "1475" of the above-captioned court located at 255 East

23 Temple Street, Los Angeles, California 90012, before the Honorable Sheri Bluebond,

24 United States Bankruptcy Judge, presiding.

25       **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Motion, the

26 Trustee seeks an order, pursuant to Rule 9019(b) of the Federal Rules of Civil

27 Procedure, authorizing him in his sole and exclusive capacity as trustee, to settle, at his

28 discretion and within the exercise of his business judgment, any claims and causes of

Sulmeyer Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  action of the estates arising under 11 U.S.C. §§ 544 through 550, including any related

2  avoidance claims and causes of action under state and federal law (collectively, the

3  "Avoidance Power Claims") as follows:

4         (i)     authorizing the Trustee, to settle, at his discretion and within the

5  exercise of his business judgment, and without any further notice or court orders, any

6  claims and causes of action of the estates arising under 11 U.S.C. §§ 544 through 550,

7  including any related avoidance claims and causes of action under state and federal law,

8  in which the proposed settlements relate to Avoidance Power Claims of $50,000.00 or

9  less in gross aggregate amount;

10         (ii)    authorizing the Trustee to settle, at his discretion and within the

11  exercise of his business judgment, and without further notice or court orders, any claims

12  and causes of action of the estates arising under 11 U.S.C. §§ 544 through 550, including

13  any related avoidance claims and causes of action under state and federal law, in which

14  the proposed settlements relate to Avoidance Power Claims of greater than $50,000.00

15  in gross aggregate amount, provided that the proposed settlements result in a payment to

16  these bankruptcy estates in an amount which is at least fifty percent (50%) of the net

17  Avoidance Power Claims liability as computed by the Trustee's attorneys and

18  accountants, after taking into account prospective defenses to Avoidance Power Claims

19  including, but not limited to, new value and ordinary course of business defenses; and

20         (iii)   for all other proposed settlements, authorizing the Trustee to settle,

21  at his discretion and within the exercise of his business judgment, any claims and causes

22  of action of the estates arising under 11 U.S.C. §§ 544 through 550, including any related

23  avoidance claims and causes of action under state and federal law, provided that the

24  proposed settlement is noticed to all creditors and parties in interest who have requested

25  special notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure, and such

26  creditors and parties in interest are afforded an opportunity to object and request a

27  hearing in accordance with the Local Bankruptcy Rules.

28

Sulmeyer Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Motion, the Trustee proposes that all settlements be effectuated on terms substantially similar to the terms contained in the "form" Settlement Agreement and Mutual Release, a true and correct copy of which was attached as Exhibit "A" to the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice of Motion and Motion, the memorandum of points and authorities and declaration of Howard M. Ehrenberg in support thereof, the files and pleadings in the Debtors' cases, all judicially noticeable facts, and the arguments and testimony to be presented at the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that if a party is interested in receiving a copy of the Motion, they should submit a written request to counsel for the Trustee: Daniel A. Lev, Esq., **Sulmeyer**Kupetz, A Professional Corporation, 333 South Hope Street, 35th Floor, Los Angeles, California 90071, (213) 626-2311, dlev@sulmeyerlaw.com.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-1(f), any party opposing the relief requested in the Motion must file and serve a written opposition no later than fourteen (14) days prior to the hearing on the Motion.

**PLEASE TAKE FURTHER NOTICE** that copies of any timely filed opposition must be served upon the Trustee, Howard M. Ehrenberg, and his attorneys of record, **Sulmeyer**Kupetz, A Professional Corporation, 333 South Hope Street, 35th Floor, Los Angeles, CA 90071, Attention: Daniel A. Lev, Fax 213-629-4520, and the Office of the United States Trustee, 725 South Figueroa Street, 26th Floor, Los Angeles, CA 90017, Attention: Jill Sturtevant, Fax 213-894-2603.

1       **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy

2 Rule 9013-1(h), the failure to timely file and serve an objection to the Motion in

3 accordance herewith may be deemed by the Court to be consent to the relief requested

4 in the Motion.

5 DATED: September 9, 2009       **Sulmeyer**Kupetz
                                           A Professional Corporation

6

7

8                                          By:

9                                          Daniel A. Lev
                                       Attorneys for Howard M. Ehrenberg, Chapter 7

10                                        Trustee

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[DAL\LIT\526196.1]                                         

| In re:                          | CHAPTER: 7                        |
| AXIUM INTERNATIONAL, INC.       |                                   |
|                      Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB     |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SETTLEMENT OF CERTAIN AVOIDANCE POWER CLAIMS WITHOUT FURTHER HEARING OR NOTICE PURSUANT TO RULE 9019(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On  September 10, 2009  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

☒ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on September 10, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012-3332

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 10, 2009 | Denise Givens | /s/ Denise Givens |
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                    **F 9013-3.1**

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1    <u>SERVICE LIST</u>

2    **<u>Attorneys for Debtors</u>**
     David M. Poitras, Esq.
3    Jeffer, Mangels, Butler & Marmaro LLP
     1900 Avenue of the Stars, 7th Floor
4    Los Angeles, CA  90067
     Facsimile No.: (310) 203-0567
5    Email: dpoitras@jmbm.com

6    **<u>Office of the United States Trustee</u>**
     Ernst & Young Plaza
7    Bruce Schildkraut, Esq.
     725 South Figueroa Street, 26th Floor
8    Los Angeles, CA  90017
     Facsimile No.: (213) 894-2603
9    Email: bruce.schildkraut@usdoj.gov

10   **<u>REQUESTS FOR SPECIAL NOTICE</u>**

11   Allegis Group, Inc.; Allegis Group Services, Inc.;
     Aerotek, Inc.; TEKSystems; and Maxim Health Services, Inc.
12   c/o Christine M. Pajak, Esq.
     STUTMAN, TREISTER & GLATT, PC
13   1901 Avenue of the Stars, 12th Floor
     Los Angeles, CA  90067
14   Facsimile No.: (310) 228-5788
     Email: cpaiak@stutman.com

15
     Allegis Group, Inc.; Allegis Group Services, Inc.;
16   Aerotek, Inc.; TEKSystems; and Maxim Health Services, Inc.
     c/o Lawrence J. Gebhardt, Esq.
17   c/o James T. Heidelbach, Esq.
     GEBHARDT & SMITH LLP
18   One South Street, Suite 2200
     Baltimore, MD  21202
19   Facsimile No.: (410) 385-5119
     Email: lgebh@gebsmith.com
20          jheid@gebsmith.com

21   Convergenz LLC
     c/o Jeffrey A. Krieger, Esq.
22   Greenberg Glusker
     1900 Avenue of the Stars, 21st Floor
23   Los Angeles, CA  90067
     Facsimile No.: (310) 553-0687
24   Email: ikrieger@ggfirm.com

25   Cornerstone Data Strategies
     c/o Scott A. Schiff, Esq.
26   Soukup & Schiff, LLP
     1801 Century Park East, Suite 470
27   Los Angeles, CA  90067
     Facsimile No.: (310) 286-0522
28   Email: sas@soukup-schiff.com

[MAT\GEN\517895.1]

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1
2  Hewlett-Packard Company
   c/o Ellen A. Friedman, Esq.
3  c/o Brandon C. Chaves, Esq.
   Friedman Dumas & Springwater LLP
4  150 Spear Street, Suite 1600
   San Francisco, CA 94105
5  Facsimile No.: (415) 834-1044
   Email: efriedman@friedumspring.com
6         bchaves@friedumspring.com

7  Hewlett-Packard Company
   Attn: Anne Kennelly, Esq.
8  Corporate Legal Department
   3000 Hanover Street, M/S 1050
9  Palo Alto, CA 94304
   Facsimile No.: (650) 852-8617
10 Email: anne.kennelly@hp.com

11 IT Ascent, Inc.
   c/o Ivan L. Kallick, Esq.
12 c/o Ileana M. Hernandez, Esq.
   Manatt, Phelps & Phillips, LLP
13 11355 West Olympic Blvd.
   Los Angeles, CA 90064
14 Facsimile No.: (310) 312-4224
   Email: ikallick@manatt.com

15 IT Ascent, Inc.
   Attn: W. Todd Peterson, Esq.
16 Chief Financial Officer
   343 Sansome St., Suite 500
17 San Francisco, CA 94104
   Facsimile No.: (415) 321-1010
18 Email: tpeterson@itascent.com

19 MIDCOM Corporation
   c/o Michael St. James, Esq.
20 St. James Law, P.C.
   155 Montgomery Street, Suite 1004
21 San Francisco, CA 94104
   Facsimile No.: (415) 391-7568
22 Email: michael@stjames-law.com

23 Vedior North America, LLC
   c/o James O. Johnston, Esq.
24 Hennigan, Bennett & Dorman LLP
   865 South Figueroa Street, Suite 2900
25 Los Angeles, CA 90017
   Facsimile No.: (213) 694-1234
26 Email: johnstonj@hbd.lawyers.com

27
28

1 | Vedior North America, LLC
c/o Richard Hiersteiner, Esq.
2 | c/o Jeanne P. Darcey, Esq.
c/o Amy A. Zuccarello, Esq.
3 | Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
4 | Boston, MA  02199-7613
Facsimile No.: (617) 316-8420
5 | Email: rhiersteiner@eapdlaw.com;
        jdarcey@eapdlaw.com;
6 |        azuccarello@eapdlaw.com

7 | Washington Mutual, Inc.
c/o Josefina Fernandez McEvoy, Esq.
8 | c/o Michael J. Heyman, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
9 | 10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA  90067
10 | Facsimile No.: (310) 552-5001
Email: josefina.mcevoy@klgates.com

11 |
12 | Washington Mutual, Inc.
c/o Marc L. Barreca, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
13 | 925 Fourth Avenue, Suite 2900
Seattle, Washington  98104-1158
14 | Facsimile No.: (206) 623-7022
Email: marc.barreca@klgates.com

15 |
16 | IATSE International Union
c/o Christian L. Raisner, Esq.
WEINBERG, ROGER & ROSENFELD, APC
17 | 1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
18 | Facsimile No.: (510) 337-1023
Email: bankruptcycourtnotices@unioncounsel.net
19 |        craisner@unioncounsel.net

20 | Studio Transportation Drivers
c/o Robert A. Cantore, Esq.
21 | GILBERT & SACKMAN, A Law Corporation
3699 Wilshire Blvd., Suite 1200
22 | Los Angeles, CA  90010
Facsimile No.: (323) 937-9139
23 | Email: rac@gslaw.org

24 | CCSI, Inc.
c/o Gerald N. Sims, Esq.
25 | c/o Kathleen A. Cashman-Kramer, Esq.
Pyle Sims Duncan & Stevenson APC
26 | 401 "B" Street, Suite 1500
San Diego, CA  92101
27 | Facsimile No.: (619) 687-5210
Email: jerrys@psdslaw.com

28 |

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Attorneys for Southwest Airlines**
Jason Wallach, Esq.
Berger, Kahn, a Law Corporation
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925
Facsimile No.: (310) 775-8775
Email: jwallach@bergerkahn.com

**Attorneys for Home Box Office, Inc. and Turner Entertainment Corporation**
Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067
Facimile No.: (310) 201-0760
Email: bgodshall@pszjlaw.com

Dean G. Rallis, Esq.
Alston & Bird, LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Facsimile: (213) 947-1107
Email: dean.rallis@alston.com

**Attorneys for Screen Actors Guild, Inc., Directors Guild Of America, Inc., Writers Guild of America, West, Inc., Motion Picture Industry Pension and Health Plans, Screen Actors Guild-Producers Pension & Health Plans, Directors Guild of America, Inc.-Producer Pension and Health Plans, and Writers Guild Pension Plan and Industry Health Fund**
Joseph A. Kohanski
Bush Gottlieb Singer López
    Kohanski Adelstein & Dickinson
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, CA 91203-3345
Facsimile No.: (818) 973-3201
Email: jkohanski@bushgottlieb.com

Directors Guild of America, Inc.
7920 Sunset Boulevard
Los Angeles, CA 90046

Screen Actors Guild, Inc.
5757 Wilshire Boulevard
Los Angeles, CA 90036

Writers Guild of America, West, Inc.
7000 West Third Street
Los Angeles, CA 90048

Directors Guild of America, Inc.-Producer Pension and Health Plans
8436 West 3rd Street, Suite 900
Los Angeles, CA 90048-4189

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[MAT\GEN\517895.1]

Screen Actors Guild-Producers Pension & Health Plans
3601 West Olive Avenue, 2nd Floor
Burbank, CA 91510-7830

Writers Guild Pension Plan and Industry Health Fund
1015 North Hollywood Way
Burbank, CA 91505

Motion Picture Industry Pension and Health Plans
11365 Ventura Boulevard
Studio City, CA 91604

Barry Aframe
Senior Vice President – Legal Affairs
HCC Specialty Underwriters
401 Edgewater Place, Suite 400
Wakefield, MA 01880

**Attorneys for Cisco Systems, Inc.**
Lawrence M. Schwab, Esq.
Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
Facsimile No.: (650) 494-2738
Email: lschwab@bbslaw.com
        klaw@bbslaw.com

**Attorneys for The Donovan Offices**
Michael J. Glenn, Esq.
The Donovan Offices
915 Wilshire Boulevard, Suite 1610
Los Angeles, CA  90017
Facsimile No.: (213) 689-8784
Email: mglenn@thedonovanoffices.com

**Attorneys for Kaiser Foundation Hospitals**
Mark Palley, Esq.
Marion's Inn, A Law Partnership
1611 Telegraph Avenue, Suite 707
Oakland, CA 94612-2415
Facsimile No.: (510) 451-1711
Email: mp@marionsinn.com
        erin@marionsinn.com

**Attorneys for AARP, Inc.**
Joel S. Miliband, Esq.
D. Edward Hays, Esq.
Rus, Miliband & Smith
A Professional Corporation
2600 Michelson Drive, 7th Floor
Irvine, CA 92612
Facsimile No.: (949) 252-1514
Email: jmiliband@rusmiliband.com
        ehays@rusmiliband.com

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

Lawrence Bass
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541
Facsimile No.: (303) 866-0200
Email: Lawrence.bass@hro.com

**Attorneys for Lonely Maiden Productions, LLC;
RMC Productions, LLC, Sophomore Distribution, LLC**
Richard T. Williams
Holland & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA  90071-2040
Facsimile No.: (213) 896-2450
Email: Richard.williams@hklaw.com

**Attorneys for Placement Strategies, Inc.**
Phillip K. Wang, Esq.
Gordon & Ress, LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Facsimile No.: (415) 986-8054
Email: pwang@gordonrees.com

**Attorneys for Management Company, LLP**
Wayne R. Terry, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA  91436-2829
Facsimile No.: (818) 501-2985
Email: WTerry@hemar-rousso.com

**Attorneys for COMSYS IT Partners, Inc.**
Phillip Ashman, Esq.
Brian A. Kumamoto, Esq.
McQueen & Ashman LLP
19900 Mac Arthur Boulevard, Suite 1150
Irvine, CA 92612
Facsimile No.: (949) 223-9611
Email: pashman@mcqueenashman.com
       mgolod@mcqueenashman.com
       bkumamoto@mcqueenashman.com

**Attorneys for United Scenic Artists Local 829,
IATSE Local 480; Equity-League Pension, Health and 401(k) Trust Funds**
Robert S. Giolito, Esq.
Spivak Lipton LLP
11755 Wilshire Boulevard, Suite 2150
Los Angeles, CA 90025
Facsimile No.: (310) 473-3533
Email: rgiolito@spivak-lipton.com

1  **Attorneys for Starz Media, LLC, Software Specialists, Inc., iGATE Mastech, Inc., and BBC**
2  **Worldwide Americas, Inc.**
   Marsha A. Houston, Esq.
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA 90071-1514
   Facsimile No.: (213) 457-8080
5  Email: mhouston@reedsmith.com

6  Gregory L. Taddonio, Esq.
   REED SMITH LLP
7  435 Sixth Avenue
   Pittsburgh, PA 15219
8  Facsimile No.: (412) 288-3063
   Email: gtaddonio@reedsmith.com

9
   **Attorneys for Wall Street Services, Inc.**
10 Jeremy M. Downs, Esq.
   Goldberg Kohn
11 55 East Monroe, Suite 3300
   Chicago, IL 60603
12 Facsimile No.: (312) 863-7893
   Email: Jeremy.downs@goldbergkohn.com
13
   Scott Clarkson, Esq.
14 Clarkson Gore & Marsella
   3424 Carson St #350
15 Torrance, CA 90503
   Facsimile No. (310) 214-7254
16 Email: sclarkson@lawcgm.com

17 **Attorneys for Eclaro International, Inc.**
   David B. Golubchik, Esq.
18 Levene, Neale, Bender, Rankin & Brill, LLP
   10250 Constellation Blvd., Suite 1700
19 Los Angeles, CA  90067
   Facsimile No.: (310) 229-1244
20 Email dbg@lnbrb.com

21 **Attorneys for Eclaro International, Inc.**
   Arthur Goldstein, Esq.
22 Todtman, Nachamie, Spizz & Johns, PC
   425 Park Avenue
23 New York, NY  10022
   Facsimile No.: (212) 754-6262
24 Email: agoldstein@tnsj-law.com

25
26
27
28

1    **Attorneys for Creditor Metropolitan Life Insurance Company**
Lisa Hill Fenning
2    Harry E. Garner
Dewey & Leboeuf LLP
3    333 South Grand Avenue, Suite 2600
Los Angeles, CA 90071-1530
4    Facsimile (213) 632-6100
Email: lfenning@dl.com
5        hgarner@dl.com

6    **Attorneys for Creditor and Party In Interest
AARP, Inc.**
7    Peter D. Coffman, Esq.
Dow Lohnes, PLLC
8    Six Concourse Parkway, Suite 1800
Atlanta, GA 30328-6117
9    Facsimile No.: (770) 901-8874
Email: pcoffman @dowlohnes.com

10

   **Attorneys for The McGraw-Hill Companies, Inc.**
11    Karen A. Giannelli, Esq.
One Gateway Center
12    Newark, NJ 07102-5310
Facsimile No.: (973) 596-4500
13    Email: kgiannelli@gibbonslaw.com

14    **Attorneys for Creditor Harvard Consulting Group, Inc.**
Franklin C. Adams, Esq.
15    William J. Wall, Esq.
Best Best & Krieger, LLP
16    400 Mission Square
3750 University Avenue
17    P.O. Box 1028
Riverside, CA 92502-1028
18    Facsimile No. (951) 686-3083
Email: franklin.adams@bbklaw.com

19

   **Attorneys for Seaton Corp.**
20    William Dolan
Robert E. Krebs
21    Jones Day
77 West Wacker
22    Chicago, IL 60601
Facsimile No.: (312) 782-8585
23    Email: wdolan@jonesday.com
       rkrebs@jonesday.com
24

   **Attorneys for UBS AG**
25    Lance N. Jurich
Loeb & Loeb LLP
26    10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4120
27    Facsimile No.: (310) 282-2200
Email: ljurich@loeb.com
28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Attorneys for Creditor UBS AG**
P. Gregory Schwed, Esq.
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154-1894
Facsimile No.: (212) 407-4990
Email: gschwed@loeb.com

**Attorneys for United Healthcare Services, Inc.**
Dena C. Kaufman, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Facsimile No.: (212) 918-3100
Email: dckaufman@hhlaw.com

**Attorneys for United Healthcare Services, Inc.**
Neil R. O'Hanlon, Esq.
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Facsimile No.: (310) 785-4601
Email: nrohanlon@hhlaw.com

**Attorneys for Associated Musicians of Greater New York
Local 802, AFM**
Harvey S. Mars, Esq.
Law Office of Harvey S. Mars LLC
322 West 48th Street, Suite 6R
New York, NY 10036-1308
Facsimile No.: (212) 765-2775
Email: jurmars566@aol.com

**Attorneys for American Airlines**
Nanette D. Sanders, Esq.
Ringstad & Sanders LLP
2030 Main Street, Suite 1200
Irvine, CA 92614
Facsimile No.: (949) 851-6926
Email: nanette@ringstadlaw.com

**Attorneys for American Airlines**
Scott Everett, Esq.
Haynes and Boones, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
Facsimile No.: (214) 200-0612
Email: scott.everett@haynesboone.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Attorneys for Cognizant Technology Solutions**
Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0600
Facsimile No.: (212) 309-6001
Email: Nherman@morganlewis.com

**Attorneys for Day & Zimmerman, Inc.**
Richard Esterkin, Esq.
Morgan, Lewis & Brockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Facsimile No.: (213) 612-2501
Email: resterkin@morganlewis.com

**Attorneys for Day & Zimmerman, Inc.**
Rebecca L. Booth, Esq.
Morgan, Lewis & Brockius LLP
1701 Market Street
Philadelphia, PA 19103
Facsimile No.: (215) 963-5001

**Attorneys for Manpower North America and Manpower Hong Kong**
Sally E. Edison, Esq.
McGuireWoods LLP
625 Liberty Avenue
Dominion Tower, 23rd Floor
Pittsburgh, PA 15222-3142
Facsimile No.: (412) 667-7978
Email: sedison@mcguirewoods.com

**Attorneys for Maha Visconte**
Bradley E. Brook, Esq.
Law Offices of Bradley E. Brook
12424 Wilshire Boulevard, Suite 1120
Los Angeles, CA 90025
Facsimile No. (310) 442-0660
Email: bbrook@bbrooklaw.com

**Attorneys for The Staffing Companies**
Mark D. Bloom
Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131
Facsimile No.: (305) 579-0717
Email: bloom@glaw.com

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Attorneys for The Staffing Companies**
Paul R. Glassman
Adam M. Starr
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Facsimile No.: (310) 586-7800
Email: glassmanp@gtlaw.com
        starra@gtlaw.com

**Attorneys for The Staffing Companies**
David W. Baddley
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Facsimile No.: (312) 456-8435
Email: baddleyd@glaw.com

Alan J. Brody
200 Park Avenue
PO Box 677
Florham Park, NJ 07932
Facsimile No.: (973) 301-8410
Email: brodya@gtlaw.com

**Attorneys for SABRE, Inc.**
Gary J. Lorch, Esq.
Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Facsimile No.: (213) 680-4470
Email: glorch@gordonrees.com

**Attorneys for SABRE, Inc.**
Stephen C. Stapleton, Esq.
Cowles & Thompson, P.C.
901 Main Street, Suite 4000
Dallas, TX 75202-3746
Facsimile No.: (214) 672-2309
Email: sstapleton@cowlesthompson.com

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Facsimile No.: (310) 559-9133
Email: kmarch@BKYLAWFIRM.com

**Attorneys for Genesis Corp. dba Genesis 10**
Mark G. Ledwin, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604
Facsimile No.: (914) 323-7001
Email: mark.ledwin@wilsonelser.com

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[MAT\GEN\517895.1]

11

**Attorneys for Starpoint Solutions**
Ian S. Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Boulevard, Suite 470
Encino, CA 91436
Facsimile No.: (818) 705-3777
Email: ilandsberg@lm-lawyers.com

**Attorneys for Starpoint Solutions**
Steven H. Newman
Katsky Korins LLP
605 Third Avenue
New York, NY 10158
Facsimile No.: (212) 953-6899
Email: snewman@katskykorins.com

**Attorneys for Strong Feesh, LLC**
Henry S. David, Esq.
Dreier Stein Kahan,Browne Woods George LLP
The Water Garden
1620 26th Street, Sixth Floor North Tower
Santa Monica, CA 90404
Facsimile No.: (310) 828-9101
Email: hdavid@dreierstein.com

**Attorneys for Daman, Inc.**
Matthew T. Ferris, Esq.
Winstead PC
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Facsimile No.: (214) 745-5390
Email: mferris@winstead.com

**Attorneys for Pegastaff**
David M. Wiseblood
Seyfarth Shaw LLP
560 Mission Street
Suite 3100
San Francisco, CA 94105
Facsimile No.: (415) 397-8549
Email: dwiseblood@seyfarth.com

**Attorneys for College Productions, LLC**
William B. Freeman, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Facsimile No.: (213) 629-1033
Email: bill.freeman@pillsburylaw.com

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Attorneys MarketSphere Consulting, LLC**
Matthew J. Effken, Esq.
Tom Roubidoux, Esq.
Kutak Rock LLP
1650 Farnam Street
Omaham NE 68102
Facsimile No.: (402) 346-1148
Email: matthew.effken@kutakrock.com

**Attorneys Party Mervyn's LLC**
Fred Holden, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Facsimile No.: (415) 773-5759
Email: fholden@orrick.com

**Attorneys for Party Mervyn's LLC**
Jeffrey D. Hermann, Esq.
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Facsimile No.: (213) 612-2499
Email: jhermann@orrick.com

**Attorneys for Robert Half International Inc.**
Philip S. Warden, Esq.
Michael P. Ellis
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Facsimile No.: (415) 983-1200
Email: philip.warden@pillsburylaw.com
        micahel.ellis@pillsburylaw.com

Michael Mastre
6412 Read Street
Omaha, NE  68152
Email: mmastre@cox.net

**Attorneys for Kable Productions, LLC**
Peter J. Gurfein, Esq.
Patrick J. Ivie, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Facsimile No.: (310) 229-1001
Email: pgurfein@akingump.com
        pivie@akingump.com

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  **Attorneys for Kable Productions, LLC**
   Maxwell M. Blecher, Esq.
2  Blecher & Collins, P.C.
   515 South Figueroa Street, Suite 1700
3  Los Angeles, CA 90071
   Facsimile No.: (213) 622-1656
4  Email: mblecher@blechercollins.com

5  **Attorneys for William Slattery**
   Alan Harris
6  Harris & Ruble
   6424 Santa Monica Boulevard
7  Los Angeles, CA 90038
   Facsimile No.: (323) 962-3004
8  Email: law@harrisandruble.com

9  **Attorneys for Teamsters Union 25**
   **Health Services & Insurance Plan**
10 Catherine M. Campbell, Esq.
   Feinberg, Campbell & Zack, P.C.
11 177 Milk Street, Suite 300
   Boston, MA 02109
12 Facsimile No.: (617) 338-1976
   Email: cmc@fczlaw.com
13

14 **Attorneys for Linewatch Productions LLC**
   Reuben Liber
15 c/o MPCA
   10635 Santa Monica Boulevard, Suite 180
   Los Angeles, CA 90025
16 Facsimile No.: (310) 556-8905
   Email: rliber@mpcafilm.com
17

18 Jerry Koukol
   5609 West 88 Terrace
   Overland Park, KS  66207
19

20 John A. Pycha
   456 South 89th Street
   Omaha, NE 68114
21

22 Angie M. Carraher
   4276 South 148th Street
   Omaha, NE 68137
23

24 **Attorneys for Irvine Technology Corporation**
   William R. Hart, Esq.
25 Richard P. Gerber, Esq.
   Hart, King & Coldren
   200 East Sandpointe, 4th Floor
26 Santa Ana, CA 92707
   Facsimile No. (714) 546-7457
27 Email: rgerber@hkclaw.com

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  **Attorneys for JMG**
   John J. Leonard, Esq.
2  Baker & Hostetler LLP
   12100 Wilshire Boulevard, 15th Floor
3  Los Angeles, CA 90025-7120
   Facsimile No.: (310) 820-8859
4  Email: jleonard@bakerlaw.com
           mflink@bakerlaw.com
5           pjames@bakerlaw.com

6  Adam Parkening
   5023 South 163rd Avenue
7  Omaha, NE 68135

8  Ellyn S. Garofalo, Esq.
   Liner, Yankelevitz, Sunshine & Regenstreif, LLP
9  1100 Glendon Avenue, 14th Floor
   Los Angeles, CA 90024
10 Email: egarofalo@linerlaw.com

11 Jonathan B. Cole, Esq.
   Claudia Stone, Esq.
12 Nemecek & Cole
   15260 Ventura Boulevard
13 Suite 920
   Sherman Oaks, CA 91404
14 Email: jcole@nemecek-cole.com
           cstone@nemecek-cole.com
15
   Cynthia R. Maher, Esq.
16 National Technical Systems
   130 Chaparral Court, Suite 250
17 Anaheim, CA 92808
   Facsimile No.: (714) 998-7142
18
   **SECURED CREDITORS**
19
   GoldenTree Asset Management LP
20 c/o Michael Lurey, Esq.
   c/o Wayne Flick, Esq.
21 Latham & Watkins LLP
   355 South Grand Avenue, Suite 100
22 Los Angeles, CA 90071-1560
   Facsimile No.: (213) 891-8763
23 Email: Michael.lurey@lw.com

24 GoldenTree Asset Management LP
   c/o Mark A. Broude, Esq.
25 Latham & Watkins LLP
   885 Third Avenue
26 New York NY 10022
   Facsimile No.: (212) 751-4864
27 Email: mark.broude@lw.com

28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  The Bank of New York, as Collateral Agent
   101 Barclay Street, Floor 8E
2  New York, NY 10286-0001

3  The Bank of New York
   c/o CT Corporation System (Registered Agent)
4  818 West Seventh Street
   Los Angeles, CA 90017
5
   RHB Management Company
6  c/o Robert H. Blumenfield – Registered Agent
   2886 Colorado Avenue
7  Santa Monica, CA 90404

8  **Landlord**
   Level (3) Communications LLC
9  Department 182
   Denver, CO 80291
10
   Tony Delleani
11 Account Director
   Level (3) Communications LLC
12 100 William Street, Suite 1900
   New York, NY 10038
13
   **POTENTIAL BUYERS**
14
   Tri-State Staffing
15 c/o Jay H. Schecter
   160 Broadway, 15th Floor
16 New York, New York  10038
   Facsimile No.: (212) 346-9601
17 Email: jschecter@tristateemployment.com

18 **Attorneys for Tri-State Staffing**
   Katherine M. Windler
19 Bryan Cave, LLP
   120 Broadway, Suite 300
20 Santa Monica, CA 90401-2386
   Facsimile No.: (310) 260-4105
21 Email: katherine.windler@bryancave.com

22 Barry Olson, President
   Project12Baskets
23 345 Diversion Street, Suite 250
   Rochester, MI  48307
24 Facsimile No.: (248) 656-7130
   Email: bolson@project12baskets.com

25

26

27

28

O'Keefe & Associates Consulting
Patrick O'Keefe, Managing Member
Jonathan LaBarre, Director
2 Lone Pine Road
Bloomfield Hills, MI 48304
Facsimile No.: (248) 593-6108
Email: pokeefe@okeefeandassociates.com
      jlabarre@okeefeandassociates.com

Clairepoint Corporation
c/o Penelope Parmes
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
Facsimile No.: (714) 546-9035
Email: pparmes@rutan.com

Michael Traina
Clearpoint Business Resources, Inc.
1600 Manor Drive, Suite 110
Chalfont, PA 18914
Facsimile No.: (215) 997-7711
Email: mtraina@clear-point.com

Ruben Rodriguez, LLC
c/o James M. Donovan, Esq.
c/o Michael J. Glenn, Esq.
John Monte, Esq.
The Donovan Offices
915 Wilshire Boulevard
Suite 1610
Los Angeles, CA 90017
Facsimile No.: (213) 689-8784
Email: jmdonovan@thedonovanoffices.com
      mglenn@thedonovanoffices.com
      montelaw@earthlink.net

Sony Pictures Entertainment
c/o Sonnenschein Nath & Rosenthal LLP
Sara L. Chenetz
601 South Figueroa Street
Suite 2500
Los Angeles, CA 90017-5704
Facsimile No.: (213) 623.9924
Email: schenetz@sonnenschein.com

John Fiorentino, President,
The Triline Media Group
Email: jpfiorentino@thetrilinegroup.com

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1 | Team Acquistion Corporation
c/o Gary F. Torrell
2 | Valensi Rose, PLC
2029 Century Park East, Ste. 2050
3 | Los Angeles, CA 90067
Facsimile No.: (310) 277-1706
4 | Email: gft@vrmlaw.com

5 | **Attorneys for AX Acquisition, Inc.**
c/o Leslie R. Horowitz
6 | John A. Lapinski, Esq.
Clark & Trevithick PC
7 | 800 Wilshire Boulevard, Twelfth Floor
Los Angeles, California 90017
8 | Facsimile No.: (213) 624.9441
Email: lhorowitz@clarktrev.com
9 | jlapinski@clarktrev.com

10 | Mark Shinderman, Esq.
Todd Rosen, Esq.
11 | Kevin Masuda, Esq.
Munger Tolles & Olson LLP
12 | 355 South Grand Avenue, Suite 2500
Los Angeles, CA 90071
13 | Facsimile No.: (213) 683-4087
Email: Mark.Shinderman@mto.com
14 | Todd.Rosen@mto.com
Kevin.Masuda@mto.com
15 |

16 | Cast & Crew Payroll, LLC dba
Cast & Crew Entertainment Services
c/o Jeffrey T. Oberman
17 | Levin & Oberman
361 N. Canon Drive
18 | Beverly Hills, CA. 90210
Facsimile No.: (310) 777-8754
19 | Email: oberman01@sbcglobal.net

20 | Future Films
c/o Sonya Patel
21 | c/o Tony Patel
Sonya Bhatia Patel
22 | 11925 Wilshire Blvd., Suite 201
Los Angeles, CA 90025
23 | Facsimile No.: (310) 943.3829
Email: sonya@specialexecution.com
24 | tony@specialexecution.com

25 |

26 |

27 |

28 |

[MAT\GEN\517895.1]

18

Renee Floyd
Joe Thomas
SAVVIS, Inc.
1 Savvis Parkway
Town & Country, MO 63017
Email: renee.floyd@savvis.net

Andrew Wilson
Assets Limited
Reg No: 4667433
Chiltern Chambers
St Peters Avenue
Caversham
Reading
Berkshire
RG4 7DH
Facsimile No.: 0118 946 4880
Email: andrew@assets.ltd.uk

M Squared
Kimball Norup
Chief Marketing Officer
111 Sutter Street Suite 850
San Francisco CA 94104
Facsimile No.: (415) 986-1692
Email: knorup@msquared.com

Kathryn Catherwood, Esq.
Duane Morris LLP
Suite 900
101 West Broadway
San Diego, CA 92101-8285
Facsimile No.: 619.744.2201
Email: kmcatherwood@duanemorris.com

Scott H. Bowen
Chief Financial Officer
PES Payroll
4000 West Burbank Blvd.
Burbank, CA 91505
Facsimile No.: (818) 295-3886
Email: Scott.bowen@pespayroll.com

MPS
c/o Jeffrey B. Ellman
Robbin S. Rahman
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309-3053
Facsimile No.: (404) 581-8330
Email: jbellman@jonesday.com
        rrahman@jonesday.com

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1   Richard Brunette
    Sheppard Mullin
2   333 South Hope Street, 48th Floor
    Los Angeles, CA 90071-1448
3   Facsimile No.: (213) 620-1398
    Email: rbrunette@sheppardmullin.com
4
    David J. Walters, CFO
5   IQ Navigator
    4600 S Ulster Street, Suite 680
6   Denver, CO  80237
    T 303/563-1509
7   F 303/563-1601
    Email: dwalters@iqnavigator.com
8
    Jason Wallach, Esq.
9   Berger Kahn
    4551 Glencoe Avenue, Suite 300
10  Marina Del Rey, CA  90292-7925
    T 310/821-9000
11  F 310/775-8775
    Email:Jwallach@bergerkahn.com
12
    Jeffrey A. Krieger, Esq.
13  Greenberg Glusker
    1900 Avenue of the Stars, 21st Floor
14  Los Angeles, CA  90067
    T 310/553-3610
15  Direct 310/785-6869
    Direct Fax 310/201-2343
16  Email: Jkrieger@ggfirm.com
17  Ricky L. Shackelford, Esq.
    Jones Day
18  555 South Flower Street
    50th Floor
19  Los Angeles, CA  90071
    T 213 489-3939
20  Direct 213/243-2598
    F 213-243-2539
21  Email: rlshackelford@jonesday.com
22  Wellington Management
    c/o Wayne R. Terry, Esq.
23  Law Offices of Hemar, Rousso & Heald, LLP
    15910 Ventura Boulevard, 12th Floor
24  Encino, CA  91436-2829
    T 818/501-3800
25  F 818/501-2985
    Email: WTerry@hemar-rousso.com
26
27
28

1   Richard Brunette
    Sheppard Mullin
2   333 South Hope Street, 48th Floor
    Los Angeles, CA 90071-1448
3   Facsimile No.: (213) 620-1398
    Email: rbrunette@sheppardmullin.com
4
    David J. Walters, CFO
5   IQ Navigator
    4600 S Ulster Street, Suite 680
6   Denver, CO  80237
    T 303/563-1509
7   F 303/563-1601
    Email: dwalters@iqnavigator.com
8
    Jason Wallach, Esq.
9   Berger Kahn
    4551 Glencoe Avenue, Suite 300
10  Marina Del Rey, CA  90292-7925
    T 310/821-9000
11  F 310/775-8775
    Email:Jwallach@bergerkahn.com
12
    Jeffrey A. Krieger, Esq.
13  Greenberg Glusker
    1900 Avenue of the Stars, 21st Floor
14  Los Angeles, CA  90067
    T 310/553-3610
15  Direct 310/785-6869
    Direct Fax 310/201-2343
16  Email: Jkrieger@ggfirm.com
17  Ricky L. Shackelford, Esq.
    Jones Day
18  555 South Flower Street
    50th Floor
19  Los Angeles, CA  90071
    T 213 489-3939
20  Direct 213/243-2598
    F 213-243-2539
21  Email: rlshackelford@jonesday.com
22  Wellington Management
    c/o Wayne R. Terry, Esq.
23  Law Offices of Hemar, Rousso & Heald, LLP
    15910 Ventura Boulevard, 12th Floor
24  Encino, CA  91436-2829
    T 818/501-3800
25  F 818/501-2985
    Email: WTerry@hemar-rousso.com
26
27
28

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

[MAT\GEN\517895.1]

20

1   Michael J. Heyman
    Kirkpatrick & Lockhart Preston Gates Ellis LLP
2   10100 Santa Monica Boulevard, 7th Floor
    Los Angeles, CA 90067
3   D 310/552-5074
    T 310/552-5000
4   F 310/552-5001
    Email: Michael.heyman@klgates.com
5
    **Attorneys for Lonely Maiden Productions, LLC;**
6   **RMC Productions, LLC, Sophomore Distribution, LLC**
    Richard T. Williams
7   Holland & Knight LLP
    633 West Fifth Street, 21st Floor
8   Los Angeles, CA 90071-2040
    T 213/896-2410
9   F 213/896-2450
    Email: Richard.williams@hklaw.com
10
    Joshua M. Mester
11  Henningan Bennett & Dorman LLP
    865 South Figueroa Street, Suite 2900
12  Los Angeles, CA 90017
    T 213/694-1103
13  F 213/694-1234
    C 213/819-2860
14  Email: mesterj@hbdlawyers.com
15  Lawrence Bass
    Holme Roberts & Owen LLP
16  1700 Lincoln Street, Suite 4100
    Denver, CO 80203-4541
17  T 303/861-7000
    F 303/866-0200
18  Email: Lawrence.bass@hro.com
19  **Attorneys for Brian Oliver and AEO Productions, Inc.**
    Simon Aron, Esq.
20  Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
    11400 West Olympic Boulevard, 9th Fl.
21  Los Angeles, CA 90064-1582
    T 310/478-4100
22  F 310/479-1422
    Email: saron@wrslawyers.com
23
    Janice Bryant Howroyd
24  Chairman/CEO
    Act 1 Group
25  1999 West 190th Street
    Torrance, CA 90504
26  T 310/750-3444
    F 310/750-1105
27  Email: ggaines@act-1.com
28

**Attorneys for Spherion Corporation**
Aram Ordubegian, Esq.
Richardson & Patel LLP
10900 Wilshire Boulevard, Suite 500
Los Angeles, CA 90024
T 310/208-1182
F 310/208-1154
Email: aordubegian@richardsonpatel.com

Bernard Howroyd
APPLEONE
PO BOX 29048
Glendale, CA 91209
T 800/576-5765
F 818/240-1706
Email: csalvador@appleone.com

Craig D. Carr
TAXCO
Downey Business/Des-Dawn Services
8822 Artesia Blvd
Bellflower, Ca 90706
T 562-663-6800 x100
F 562-663-9003
Email: CRAIG@TAXCO.ORG

Elizabeth A. Bell
Senior Vice-President & General Counsel
Yari Film Group
10850 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90024
Facsimile 310/234-8972
Email: ebell@yarifilmgroup.com

David B. Shemano, Esq.
Peitzman, eg & Kempinsky LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA 90067
Facsimile 310/552-3101
Email: dshemano@pwkllp.com

Joseph Musacchio
Ed Remus
Next Source
Facsimile: 212/736-9046
Email: jmusacchio@nextsource.com
     eremus@nextsource.com

Ted Cohen, Esq.
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448
Facsimile: 213.620.1398
Email: tcohen@sheppardmullin.com

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1 James B. Freedman
2 Barrington Associates
  11755 Wilshire Blvd., Suite 2200
3 Los Angeles, CA 90025
  Facsimile: 310-477-4955
4 Email: jfreedman@barrington.com

5 Joan Smith
  joan.p.smith@accenture.com
6

  Ron Kochman
7 Email: RKochman@volt.com

8 Will Kenawell
  COO/General Counsel
9 Computer Enterprises, Inc.
  Facsimile (412) 341-3753
10 Email: wkenawell@ceiamerica.com

11 David Kerr
  Sr. Vice President
12 COMSYS
  4400 Post Oak Parkway, Suite 1800
13 Houston, TX 77027
  Facsimile (713) 386-1500
14 Email: DavidKerr@comsys.com

15 Jim Zagelmeyer
  Advantage
16 405 Lexington Ave 32nd floor
  At the Chrysler Building
17 New York, NY 10174
  212.553.9433 (o)
18 917.533.3187 (c)
  Email: jzagelmeyer@advhr.com
19

  Elizabeth Berke-Dreyfuss
20 Wendel, Rosen, Black & Dean LLP
  1111 Broadway, 24th Floor
21 Oakland, CA 94607-4036
  Direct Dial No. (510) 622-7514
22 Direct Fax No. (510) 588-4845
  Telephone No.  (510)   834-6600
23 Fax No. (510) 834-1928
  Email: edreyfuss@wendel.com
24

  Gregory L. Wilkinson, Esq.
25 In-House Counsel
  All-in-1, Inc.
26 1999 W. 190 St.
  Torrance, CA 90504
27 Tel: (310)750-3506
  Fax:(310)750-1100
28 Email: glwilkinson@mail.all-in-1.com

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

Frances Vidhayathil
303-618-7600
Email: francis@TechMahindra.com

Sheldon Eisenberg
Email: seisenberg@ertwllp.com

Kathryn Tran
ktran@xroadsllc.com

David Gottlieb
dgottlieb@horwathcal.com

Selwyn Gerber
Gerber & Co., Inc.
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Email: sg@gerberco.com

**Special Litigation Counsel**
Bennett Spiegel, Esq.
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017
Email: bspiegel@kirkland.com

**Special Litigation Counsel**
Steven Thomas, Esq.
Thomas, Alexander & Forrester LLP
14 27th Avenue
Venice, CA 90291
Email: steventhomas@tafattorneys.com

Linda R. Brower, Esq.
Becker Meisel LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 2800
Livingston, NJ 07039
Email: lrbrower@beckermeisel.com

**Attorneys for 495 Productions, Inc.**
Howard K. Alperin, Esq.
Eisner & Frank
9601 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90210
Email: halperin@eisnerlaw.com

**Attorneys for Scenario Design, Inc.**
Irv M. Gross, Esq.
Robinson, Diamant & Wolkowitz
A Professional Corporation
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
Facsimile No.: (310) 277-7584

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**Attorneys for Bank of America, N.A.**
Paul S. Arrow, Esq.
Buchalter Nemer
A Professional Law Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Email: parrow@buchalter.com

**Special Litigation Counsel**
Ken Dhaliwal, Esq.
Hennan Blaikie LLP
200 Bay Street, Suite 2600
Toronto, Ontario
Canada M5J2J4
Email: kdhaliwal@heenan.ca

**Attorneys for the City of Philadelphia**
Ashely M. Chan, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103
Email: achan@hangley.com

**Attorneys for Banc of America Leasing & Capital**
Andrew K. Alper, Esq.
Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90048-4920
Email: aalper@frandzel.com

**D&H Credit Services, Inc.**
H.A. (Hal) Schaeffer, Jr.
D&H Credit Services, Inc.
171 Haut-Brion Avenue
Newark, DE 19702

341E Corporation
44610 Highland Place
Fremont, CA 94539

798 - Pension
C/O Administrators Services Only In
Lynbrook, NY 11563-9010

817 - Dues
1 Hallow Lane
Lake Success, NY 11042

817 - Scholarship
1 Hallow Lane
Lake Success, NY 11042

A+ Consulting, Inc.
400 Andrews Street, Suite 220
Rochester, NY 14604

Abel Personnel, Inc. ATA Abel Temps
3356 Paxton Street
P.O. Box 4038
Harrisburg, PA 17111

Ability Associates, Inc.
604 River Road
Eliot, ME 03903

Accelerated Solutions, Inc.
310 Maxwell Road, Suite 100
Alpharetta, GA

3200 Fairhill Drive, Suite 100
Raleigh, NC 27612

Accounting Principals, Inc.
P.O. Box 931822
Atlanta, GA 31193

Accretive Solutions S. California
P.O. Box 51622
Los Angeles, CA 90051-5922

Accudata, Inc.
29755 Private Road 99
Ramah, CO 80832

Act Consulting, LLC
453 North Main Street, #234
Southington, CT 06489

ACT-1 Personnel Services
P.O. Box 2886
Torrance, CA 90509

Actors Equity
New York, NY 10036

Aculis, Inc.
852 E 1910 S, Ste 3
Provo, UT 84606

ADDECO North America, LLC
P.O. Box 371084
Pittsburgh, PA 15250-7084

ADECCO USA
Successor To ADECCO
P.O. Box 371084
Pittsburgh, PA 15250-7084

Advance Services
112 South Birch Street
Norfolk, VA 68701

Advanced Technologies Integration
7301 Ohms Lane, Suite 500
Minnapolis, MN 55439

Advanced Technology Solutions
802 W. Park Avenue, Suite 223
Ocean, NJ 07712

Advantage Consulting, Inc.
PO Box 410347
St. Louis, MO 63141-0347

Advantage Crystal, Inc.
P.O. Box 9698
Uniondale, NY 11555

Advantage Professionals
4110 N. Scottsdale Road, Suite 380
Scottsdale, AZ. 85251

Advantech Consulting, Inc.
8025 Ambiance Way
Plano, TX 75024

Aeritae Consulting Group, Ltd
380 Jackson Street, Suite 750
St Paul, MN 55101

Aerotek Professional Services
7301 Parkway Drive
Hanover, MD 21076

Aerotek, Inc.
P.O. Box 198531
Atlanta, GA 30384-8531

Aerotek, Inc.
7301 Parkway Drive
Hanover, MD 21076

AFM-EPF
New York, NY 10119

AFTRA-H&W
P.O. Box 19260
Newark, NJ 07195-0260

Agilitec Incorporated
10424 Alabama Circle
Bloomington, MN 55438

AiPS Corp
22804 Avis Street
Torrance, CA 90505-2643

Ajilon Finance, LLC
Dept CH14031
Palantine, IL 60055-4031

Ajilon LLC
Dept. Ch # 10682
Chicago, IL 60055

Ajilon LLC
Dept. Ch # 60055
Akraya, Inc.
840 W California Ave Suite 200
Sunnyvale, CA 94086

Alico Systems, Inc.
2461 W. 205th Street
Torrance, CA 90501-1464

All Medical Personnel, Inc.
4651 Sheridan Street Ste 350
Hollywood, FL 33021

Alliance Consulting Group Association
PO. Box 49079
San Jose, CA 95161-9079

Alliance of Computer Professionals,
PO. Box 1450
Minneapolis, MN. 55485-7322

Alliance Financial Capital, Inc.
c/o Richard Hatfield  (Registered Agent)
700 Airport Blvd Ste 430
Burlingame, CA 94010

Allmed Staffing, Inc.
738 W. 35th Street
Chicago, IL  60616

AllStaff Temporary Services
110 VIP Drive, Suite 204
Wexford, PA  15090

Alphasoft Services Corporation
PO. Box 100458
Pasadena, CA  91189-0458

AMAS, Inc.
63 Twin Valley Drive
Sugar Land, TX  77479

Ambassador, Inc.
501 Congressional Blvd., Suite 250
Carmel, IN 46032

Ambient Consulting, LLC
NW 5041 P.O. Box 1450
Minneapolis, MN  55485-5041

Ambient Consulting, LLC
5500 Wayzata Blvd., Suite 1250
Minneapolis, MN  55416

American Fidelity Assurance
PO Box 268887
Oklahoma City, OK 73126-8887

American Fidelity Assurance Co.
Attn: Carla Norcross-2N
PO Box 25640
Oklahoma, OK 73126-9985

American Information Technology Cor
203 N Lasalle St Ste. 2100
Chicago, IL  60601

Americonsultants, LLC
131 Wagon Wheel Road
Sparta, NJ  07871

Analysts International Corporation
36257 Treasury Center
Chicago, IL  60694-6200

Analysts International Corporation
36266 Treasury Center
Chicago, IL  60694-6200

Anita Anderson & Associates, Inc.
800 Claycourt Circle
Fort Worth, TX  76120

Anita Anderson & Associates, Inc.
800 Claycourt Circle
Fort Worth, TX  76120

APEX Systems, Inc.
3750 Collections Center Drive
Chicago, IL  60693

APEX Systems, Inc.
3750 Collections Center Drive
Chicago, IL  60693

Aquent LLC
File 70238
Los Angeles, CA  90074

Aquent LLC
304 Cambridge Road, Suite 201
Woburn, MA  01801

Arnold-Hanafin Corporation
P.O. Box 931974
Cleveland, OH  44193

Array Systems, Inc.
152 West Walnut Street, Suite 285
Gardena, CA  90248

Artech-Information Systems, LLC
P.O. Box 18719
Newark, NJ  07191-8719

Ashton Development Group
10627 Ashton Avenue, #205
Los Angeles, CA  90024

ASI System Integration, Inc.
48 West 37th Street
New York, NY  10018

Assent Consulting
10054 Pasadena Avenue
Cupertino, CA  95014

AT&T
P.O. Box 8110
Aurora, IL  60507

AETNA
Attn: Aetna Middletown
PO Box 88860
Chicago, IL 60695-1860

Atlas Systems, Inc.
5 Independence Way Suite 300
Princeton, NJ  08540

Atrium Staffing Of New Jersey, LLC
420 Lexington Avenue, Suite 1410
New York, NY  10170

Aurora Systems, Inc.
P.O. Box 66936
St. Louis, MO  63166

Auroran Technologies, Inc.
555 Metroplace North, Suite 100
Dublin, OH  43017

Automating Business, Inc.
PO. Box 3071
Costa Mesa, CA  92626

Ava Consulting, LLC
1202 Richardson Drive, Suite 112
Richardson, TX  75080

Avankia, LLC
1291 Bridgeton Park Drive
Brentwood, TN 37211

Avista Management Consulting, Inc.
7 Sundridge
Irvine, CA  92604

Avizion Technologies Group, Inc.
16300 Addison Road Suite 250
Addison, TX  75001

AFM EPF
One Penn Plaza
Suite 3115
New York, NY  10119

AFTRA Health & Retirement Fund
P.O. Box 13673
Newark, NJ  07188-3673

Albuquerque Studios
5650 University Blvd SE
Albuquerque, NM  87106

Alyssa Shafer Minor Trust
Acct: 1396272278
P.O. Box 5629
P.O.rtland, OR  97228

American Express
Box 0001
Los Angeles, CA  90096-0001

AT&T
Payment Center
Sacramento, CA 95887-0001

AT&T
P.O. Box 9001309
Louisville, KY  40290-1309

Back Bay Consulting LLC
2639 Blackthorn
Newport Beach, CA  92660

Base 2 Data Systems, Inc.
P.O Box 820008
Fort Worth, TX  76182

Bay Area Techworkers
3000 Executive Parkway, Suite 240
San Ramon, CA  94583

BCI Staffing, Inc.
c/o Action Capital Corporation
P.O. Box 56346
Atlanta, GA  30343

Beacon Hill Staffing Group, LLC
152 Bowdoin Street
Boston, MA  02108

Belcan Services Group, LP
Lockbox 771428
1428 Solutions Center
Chicago, IL  60677-1004

Beta Analytics, Inc.
P.O. Box 841
Tuxedo Park, NY  10987

Birns Consulting Group Inc.
11413 Twining Lane
Potomac, MD 20854

Blink First
1 Ammolite
Rancho Santa Margarita, CA  92688

Bluefox International, LLC
541 East Erie St Ste 405
Milwaukee, WI  53202

Bonnes Consulting
5333 Fremond Avenue S
Minneapolis, MN  55419

Boulder Ridge Consulting LLC
26095 Boulder Ridge Dr
Roger, MN  55374

Bradford & Galt, Inc.
4 City Place Drive, Suite 100
St. Louis, MO  63141

Bravotech Inc.
4835 LBJ Suuite 1000
Dallas, TX  75244

Brenda Michelle Joyce
2434 Hermosa Ave
Hermosa Beach, CA 90254

Bristol Consulting Group, Inc.
23 Rosemary Lane
Freeport, ME  04032

Bruce Alosa
Case #6748100092
P.O. Box 69112
Harrisburg, PA  17106-9112

Bulletproof Technologies, Inc.
5776-D Lindero Canyon Road, #421
Westlake Village, CA  91362

Burnett Companies Consolidated, Inc
P.O. Box 973940
Dallas, TX  75397-3940

Business Systems Of America, Inc.
P.O. Box 617517
Chicago, IL  60661-7517

Butler International, Inc.
Lockbox 651149
101 North Tyron Street
Charlotte, NC  28265

Byers Market LLC
4123 Wooddale Avenue
St. Louis Park, MN  55416

Byrne Software Technolgoies, Inc.
1819 Clarkson Road, Suite 200
Chesterfield, MO  63017

Byte Consulting, Inc.
437 Fifth Floor, 11th Avenue
New York, NY  10016

Bailee Williams Hotte Minor Trust
Acct: 57311
P.O. Box 11419
Burbank, CA  91510

Brandon W NG Minor Trust
Acct: 0782268095
P.O. Box 37176
San Francisco, CA  94137

C&T Consulting Services LLP
8140 North Mopac, #2-228
Austin, TX  78759

Cane Systems, LLC
24 High Pasture Circle
Dix Hills, NY  11746

Caprice Worldwide, Inc.
33622 Holtz Hill Drive
Dana Point, CA  92629

Capsaicin, LLC
6812 Chapel Lane
Edina, MN  55439-1719

Career Transitions, LLC
105 East Jefferson Blvd., Suite 610
South Bend, IN  46601

Casa Ruiz, Inc.
2633 Humboldt Avenue S., Suite 201
Minneapolis, MN  55408

CCM Consulting Services, Inc.
P.O. Box 20
Summit, NJ  07902-0020

CCSI, Inc.
62 Portsmouth Avenue
Stratham, NH  03885

CCSI, Inc.
62 Portsmouth Avenue
Stratham, NH  03885

CDI Corporation
3200 Kanawha Turnpike, Bldg 2000
South Charleston, WV  25303

Ceebyte, LLC
9 Trewbridge Ct.
Princeton, NJ  08540

Central States
Dept. 10291
Palantine, IL  60055-0291

Centric Consulting, LLC
L-6113
Cincinnati, OH  45270

Charles H. Blotner, D.O., P.L.L.C.
2512 Coco Plum Blvd., Unit 1302
Boca Raton, FL 33496

Charter Solutions, Inc.
3033 Campus Drive, Suite N160
Plymouth, MN  55441

Christopher Pierce Child Support
Att #9642101761
P.O. Box 69112
Harrisburg, PA  17106

Ciber, Inc.
Department 1301
Denver, CO  80291-1301

Ciber, Inc.
Department 1301
Denver, CO  80291-1301

City Of Troy
500 West Big Beaver Road
Troy, MI  48084

Clarion Consulting Inc.
10668 Alison Way
Inver Grove Heights, MN  5077

Clarity Resource Group
8801 FM 2222 Blvd 3, Ste 400
Austin, TX  78730

Clientek, Inc.
212 Second Street, SE, Suite 314
Minneapolis, MN  55414

Clientsolv Technologies
7730 E. Bellview Avenue, Suite A-20
Englewood, CO  80111

CMCS
2010 Corporate Ridge, Suite 165
Mclean, VA  22102

Code X Incorporated
c/o Rockland Credit Finance LLC
Department 595
Baltimore, MD  21203-7553

Cognizant Technology Solutions
120 N. LaSalle, 36th Floor
Chicago, IL  60602

Collins Search Partners, Inc.
5772 Winton Street
Dallas, TX  75206

Columbus Technologies And Services,
PO. Box 60522
Pasadena, CA  91116-6522

Combined Computer Resources, Inc.
120 Wood Avenue South, Suite 408
Iselin, NJ  08830

Comforce It
PO. Box 9695
Uniondale, NY  11555-9695

Comforce IT
P.O. Box 9695
Uniondale, NY  11555-9695

Comprehensive Computer Consulting
7000 Central Pkwy, Ste 1000
Atlanta, GA  30328

Compugain Corporation
12801 Worldgate Drive, Suite 500
Herndon, VA  20170

Computer Express, Inc.
301 N. Avenue
Wakefield, MA  01880

Computer Task Group, Inc.
PO. Box 711778
Cincinnati, OH  45271-1778

Compuware Corporation
14 Woodward, One Campus Martius
Detroit, MI  48226

Comrise Technology Solutions
Concord Center Building 2
1301 State Route 36
Hazlet, NJ  07730

Comsys Information Technology Svcs,
PO. Box 60260
Charlotte, NC  28260

Comsys Information Technology Svcs,
PO. Box 60260
Charlotte, NC  28260

Concepts In Staffing, Inc.
9 East 37th Street, 2nd Floor
New York, NY  10016

Concord Technology, Inc.
5200 Wilson Road, Suite 301
Edina, MN  55424

Concorde Consulting, Inc.
2221 Rosecrans Avenue, Suite 121
El Segundo, CA  90245

Conde Group, Inc.
4141 Jutland Drive, Suite 415
San Diego, CA  92117

Consynity, LLC
P.O. Box 1394
Los Gatos, CA  95031

Contech Systems, Inc.
120 Wood Avenue, South Suite 604
Iselin, NJ  08830

Contemporary Staffing Solutions, In
161 Gaither Drive, Suite 100
Mt. Laurel, NJ  08054

Convergenz, LLC
8260 Greensboro Drive, Suite 575
Mclean, VA  2102

Cornerstone Data Strategies, Inc.
18950 Merridy Street
Northridge, CA  91324

Corpus, Inc.
8700 Freeport Parkway, Suite 130
Irving, TX  75063

Counseling Serivces Of Tri Cities
5219 W. Clearwater Avenue, Suite 14
Kennewick, WA  99336