FILED & ENTERED

OCT 27 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY wesley DEPUTY CLERK

Victor A. Sahn (CA Bar No. 97299)
vsahn@sulmeyerlaw.com
Daniel A. Lev (CA Bar No. 129622)
dlev@sulmeyerlaw.com
Steven F. Werth (CA Bar No. 205434)
swerth@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Howard M. Ehrenberg, Chapter 7 Trustee

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNI 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>Axium International, Inc.,<br><br>Debtor. | Case No. 2:08-bk-10277-BB<br><br>Chapter 7<br><br>Jointly Administered With Case:<br><br>Case No. 2:08-bk-10376-BB<br><br>Substantively Consolidated With Cases:<br><br>Case No. 2:08-bk-10294-BB<br>Case No. 2:08-bk-10327-BB<br>Case No. 2:08-bk-10339-BB<br>Case No. 2:08-bk-10304-BB<br>Case No. 2:08-bk-10312-BB<br>Case No. 2:08-bk-10340-BB<br>Case No. 2:08-bk-10297-BB<br>Case No. 2:08-bk-10329-BB<br>Case No. 2:08-bk-10319-BB<br>Case No. 2:08-bk-10326-BB<br>Case No. 2:08-bk-10332-BB<br>Case No. 2:08-bk-10336-BB<br>Case No. 2:08-bk-10314-BB<br>Case No. 2:08-bk-10317-BB<br>Case No. 2:08-bk-10333-BB<br>Case No. 2:08-bk-10291-BB<br>Case No. 2:08-bk-10338-BB<br>Case No. 2:08-bk-10280-BB<br>Case No. 2:08-bk-10305-BB<br>Case No. 2:08-bk-10335-BB<br>Case No. 2:08-bk-10321-BB<br>Case No. 2:08-bk-10285-BB<br>Case No. 2:08-bk-10320-BB<br>Case No. 2:08-bk-10306-BB<br>Case No. 2:08-bk-10311-BB |

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNI 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

| | |
|---|---|
| | Case No. 2:08-bk-10301-BB<br>Case No. 2:08-bk-10298-BB<br>Case No. 2:08-bk-10341-BB<br>Case No. 2:08-bk-10331-BB<br>Case No. 2:08-bk-10325-BB<br>Case No. 2:08-bk-10290-BB<br><br>**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SETTLEMENT OF CERTAIN AVOIDANCE POWER CLAIMS WITHOUT FURTHER HEARING OR NOTICE PURSUANT TO RULE 9019(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>DATE: October 6, 2009<br>TIME: 2:00 p.m.<br>PLACE: Courtroom "1475" |
| In re<br><br>Diversity MSP, Inc.,<br><br>Debtor. | Case No. 2:08-bk-10376-BB<br><br>Chapter 7<br><br>Jointly Administered With Case:<br><br>Case No. 2:08-bk-10277-BB<br><br>Substantively Consolidated With Cases:<br><br>Case No. 2:08-bk-10372-BB<br>Case No. 2:08-bk-10316-BB<br>Case No. 2:08-bk-10373-BB<br>Case No. 2:08-bk-10375-BB |
| ☒ Affects Both Debtors | |
| ☐ Affects Axium International, Inc. | 2:08-bk-10277-BB |
| ☐ Affects Diversity MSP, Inc. | 2:08-bk-10376-BB |

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNI 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

On October 6, 2009, the Court, the Honorable Sheri Bluebond, United States Bankruptcy Judge, presiding, considered the “Chapter 7 Trustee’s Motion For Order Authorizing Settlement of Certain Avoidance Power Claims Without Further Hearing or Notice Pursuant to Rule 9019(b) of the Federal Rules of Bankruptcy Procedure" (the “Motion”), filed by Howard M. Ehrenberg, the duly appointed, qualified and acting Chapter 7 Trustee (the “Trustee”) for the jointly administered and separately substantively consolidated estates of the debtors Axium International, Inc., AV Centurion Film, Inc., AV Global, Inc., Avalon Payroll Group, Inc., Avalon Production Accounting, Inc., Avalon Visual Corp., Avalon Worldwide, Inc., Avalon Film Services, Inc., Avalon Hollywood Services, Inc., AX Centurion Film, Inc., AX Global, Inc., Axi Cash, Inc., AXICO, Inc., Axium ATB, Inc., Axium Bond Corp., Axium Cinema, Inc., Axium Entertainment, Inc., Axium Film Corp., Axium Holdings, Inc., Axium Hollywood Services, Inc., Axium Payroll Group, Inc., Axium Payroll Services, Inc., Axium SC, LLC, Axium Visual Corp., Axium Worldwide, Inc., Centurion Cinema, Inc., ECG Minn RE, LLC, Global Enterprises, Inc., Global Music, Inc., Global Worksource, Inc., PAV Film Services, Inc., Talent VMS, Inc., PAX Film Services, Inc., Diversity MSP, Inc. dba ECG dba Ensemble Chimes Global, Diversity Internal, Inc., Ensemble Chimes Servicing, Inc., and Ensemble Chimes Global Puerto Rico, Ltd. (collectively, the "Debtors"). The Trustee appeared by and through Steven F. Werth, **Sulmeyer**Kupetz, A Professional Corporation. Neil R. O’Hanlon appeared on behalf of United HealthCare Services, Inc. (“UHS”).

After consideration of the Motion and the opposition thereto, and after consideration of the statements and arguments of counsel and the evidence presented prior to and at the hearing, and after finding that this Court has jurisdiction to approve the Motion, and after further finding that notice of the hearing on the approval of the Motion was proper under the circumstances of this case, and for good cause appearing therefor, it is hereby

**ORDERED** that:

1. Subject to the provisions of paragraph 3 hereof, the Trustee is authorized to settle, at his discretion and within the exercise of his business judgment, and without further notice or orders of the court, any claims, demands, rights of action, and causes of action of the estates arising under 11 U.S.C. §§ 544 through 550, including any related avoidance claims and causes of action under state and federal law (collectively, the "Avoidance Power Claims"), in which the aggregate gross amount of the Avoidance Power Claims is $50,000.00 or less.

2. Subject to the provisions of paragraph 3 hereof, the Trustee is authorized to settle, at his discretion and within the exercise of his business judgment, and without further notice or orders of the court, any claims, demands, rights of action, and causes of action of the estates arising under 11 U.S.C. §§ 544 through 550, including any related avoidance claims and causes of action under state and federal law, in which the proposed settlements relate to Avoidance Power Claims of greater than $50,000.00 in gross aggregate amount, provided that the proposed settlements result in a payment to these bankruptcy estates in an amount which is at least fifty percent (50%) of the net Avoidance Power Claims liability as computed by the Trustee's attorneys and accountants, after taking into account prospective defenses to Avoidance Power Claims including, but not limited to, new value and ordinary course of business defenses.

3. Notwithstanding the foregoing, for all settlements involving a counterparty which performed services for UHS for which the Trustee would normally not be required to provide notice as pursuant to paragraph 1 and paragraph 2, above, the Trustee will file a notice seeking authorization to settle any proposed settlement, which is noticed to all creditors and parties in interest who have requested special notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure, and such creditors and parties in interest are afforded an opportunity to object and request a hearing in accordance with the Local Bankruptcy Rules. The Trustee is authorized to redact from any such notice the dollar amount of the settlement, after informing UHS of such dollar amount.

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNI 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

4. For all other proposed settlements, the Trustee is authorized to settle, at his discretion and within the exercise of his business judgment, any claims, demands, rights of action, and causes of action of the estates arising under 11 U.S.C. §§ 544 through 550, including any related avoidance claims and causes of action under state and federal law, provided that the proposed settlement is noticed to all creditors and parties in interest who have requested special notice under Rule 2002 of the Federal Rules of Bankruptcy Procedure (a "Notice Party, or collectively, the "Notice Parties"), and such creditors and parties in interest are afforded an opportunity to object and request a hearing in accordance with the Local Bankruptcy Rules.

5. Except as otherwise provided in this Order, any notice as may be required by the terms of this Order shall include the following information: (i) the name of the party and face amount of the Avoidance Power Claims; (ii) the terms of the compromise of the Avoidance Power Claims; and (iii) the reason for the compromise of the Avoidance Power Claims. Unless a party files with the Court and serves upon the Trustee's counsel an objection to the proposed compromise within 15 days of service of the notice of proposed settlement, the Trustee shall be free to consummate the compromise without necessity of further notice or order of the Court. If an objection is timely filed by any party, a hearing on the proposed compromise must be scheduled by the objecting party and notice of the hearing must be served on the Trustee's counsel, the Office of the United States Trustee, and each Notice Party.

6. The Trustee is authorized to effectuate settlements contemplated by this Order on terms substantially similar to the terms contained in the form Settlement Agreement and Mutual Release attached as Exhibit "A" to the Motion.

7. At such time as the Trustee determines is practicable, in the Trustee's sole discretion, the Trustee will file a declaration with this Court identifying all Avoidance Power Claims which the Trustee has settled pursuant to these procedures.

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNI 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

8. This Court shall retain jurisdiction to interpret, implement and enforce the provisions of this Order.

###

DATED: October 27, 2009

United States Bankruptcy Judge

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNI 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

| Axium International, Inc. Debtor(s). | CHAPTER 7 CASE NUMBER 2:08-bk-10277-BB |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: SulmeyerKupetz, 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, CA 90071-1406

The foregoing document described **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SETTLEMENT OF CERTAIN AVOIDANCE POWER CLAIMS WITHOUT FURTHER HEARING OR NOTICE PURSUANT TO RULE 9019(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ______________, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**

On ________________, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 7, 2009, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed*

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNI 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1482
255 E. Temple Street
Los Angeles, CA 90012-3332

**Office of the United States Trustee**
Ernst & Young Plaza
Bruce Schildkraut, Esq.
Email: bruce.schildkraut@usdoj.gov

**Attorneys for Debtors**
David M. Poitras, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
Email: dpoitras@jmbm.com

**Attorneys for United Healthcare Services, Inc.**
Dena C. Kaufman, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Facsimile No.: (212) 918-3100
Email: dckaufman@hhlaw.com

**Attorneys for United Healthcare Services, Inc.**
Neil R. O'Hanlon, Esq.
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Facsimile No.: (310) 785-4601
Email: nrohanlon@hhlaw.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

October 7, 2009 Lauren Dionneau /s/ Lauren Dionneau

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

| Axium International, Inc. Debtor(s). | CHAPTER 7<br>CASE NUMBER 2:08-bk-10277-BB |
|---|---|

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify)* described **ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SETTLEMENT OF CERTAIN AVOIDANCE POWER CLAIMS WITHOUT FURTHER HEARING OR NOTICE PURSUANT TO RULE 9019(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** was entered on the date indicated as ____________________ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of October 7, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Attorneys for Debtors**
David M. Poitras, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
dpoitras@jmbm.com

**Attorneys for Chapter 7 Trustee**
Steven Werth, Esq.
swerth@sulmeyerlaw.com

☐ Service information continued on attached page

II. SERVED BY THE COURT VIA U.S. MAIL: A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

III. TO BE SERVED BY THE LODGING PARTY: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below

☐ Service information continued on attached page

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520