1  Daniel A. Lev (CA Bar No. 129622)
     dlev@sulmeyerlaw.com
2  **Sulmeyer**Kupetz
   A Professional Corporation
3  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California  90071-1406
4  Telephone: 213.626.2311
   Facsimile: 213.629.4520
5
   Attorneys for Howard M. Ehrenberg, Chapter 7 Trustee
6

7                 **UNITED STATES BANKRUPTCY COURT**

8        **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

9

10 | In re | Case No. 2:08-bk-10277-BB |
|---|---|
11 | Axium International, Inc., | Chapter 7 |
12 | Debtor. | Jointly Administered With Case: |
13 | | Case No. 2:08-bk-10376-BB |
14 | | Substantively Consolidated With Cases: |
15 | | Case No. 2:08-bk-10294-BB |
|   | | Case No. 2:08-bk-10327-BB |
16 | | Case No. 2:08-bk-10339-BB |
|   | | Case No. 2:08-bk-10304-BB |
17 | | Case No. 2:08-bk-10312-BB |
|   | | Case No. 2:08-bk-10340-BB |
18 | | Case No. 2:08-bk-10297-BB |
|   | | Case No. 2:08-bk-10329-BB |
19 | | Case No. 2:08-bk-10319-BB |
|   | | Case No. 2:08-bk-10326-BB |
20 | | Case No. 2:08-bk-10332-BB |
|   | | Case No. 2:08-bk-10336-BB |
21 | | Case No. 2:08-bk-10314-BB |
|   | | Case No. 2:08-bk-10317-BB |
22 | | Case No. 2:08-bk-10333-BB |
|   | | Case No. 2:08-bk-10291-BB |
23 | | Case No. 2:08-bk-10338-BB |
|   | | Case No. 2:08-bk-10280-BB |
24 | | Case No. 2:08-bk-10305-BB |
|   | | Case No. 2:08-bk-10335-BB |
25 | | Case No. 2:08-bk-10321-BB |
|   | | Case No. 2:08-bk-10285-BB |
26 | | Case No. 2:08-bk-10320-BB |
|   | | Case No. 2:08-bk-10306-BB |
27 | | Case No. 2:08-bk-10311-BB |
|   | | Case No. 2:08-bk-10301-BB |
28 | | Case No. 2:08-bk-10298-BB |

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA  90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

**SulmeyerKupetz**, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

|  |  |
|---|---|
| | Case No. 2:08-bk-10341-BB |
| | Case No. 2:08-bk-10331-BB |
| | Case No. 2:08-bk-10325-BB |
| | Case No. 2:08-bk-10290-BB |
| | **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF CLAIMS OF ESTATE IN AND TO CANADIAN INSOLVENCY ESTATE OF INTELLIGENT CREATURES, INC. FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS** |
| | DATE: |
| | TIME:        [Hearing Upon Request] |
| | PLACE: |
| In re | Case No. 2:08-bk-10376-BB |
| Diversity MSP, Inc., | Chapter 7 |
| Debtor. | Jointly Administered With Case: |
| | Case No. 2:08-bk-10277-BB |
| | Substantively Consolidated With Cases: |
| | Case No. 2:08-bk-10372-BB |
| | Case No. 2:08-bk-10316-BB |
| | Case No. 2:08-bk-10373-BB |
| | Case No. 2:08-bk-10375-BB |
| ☒  Affects Both Debtors | |
| ☐  Affects Axium International, Inc. | 2:08-bk-10277-BB |
| ☐  Affects Diversity MSP, Inc. | 2:08-bk-10376-BB |

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

1  **TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE,**

2  **THE OFFICE OF THE UNITED STATES TRUSTEE, AND INTERESTED PARTIES:**

3         **PLEASE TAKE NOTICE** that concurrently herewith, Howard M. Ehrenberg,

4  the duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee") for the estates

5  of the debtors Axium International, Inc., AV Centurion Film, Inc., AV Global, Inc., Avalon

6  Payroll Group, Inc., Avalon Production Accounting, Inc., Avalon Visual Corp., Avalon

7  Worldwide, Inc., Avalon Film Services, Inc., Avalon Hollywood Services, Inc., AX

8  Centurion Film, Inc., AX Global, Inc., Axi Cash, Inc., AXICO, Inc., Axium ATB, Inc., Axium

9  Bond Corp., Axium Cinema, Inc., Axium Entertainment, Inc., Axium Film Corp., Axium

10  Holdings, Inc., Axium Hollywood Services, Inc., Axium Payroll Group, Inc., Axium Payroll

11  Services, Inc., Axium SC, LLC, Axium Visual Corp., Axium Worldwide, Inc., Centurion

12  Cinema, Inc., ECG Minn RE, LLC, Global Enterprises, Inc., Global Music, Inc., Global

13  Worksource, Inc., PAV Film Services, Inc., Talent VMS, Inc., PAX Film Services, Inc.,

14  Diversity MSP, Inc. dba ECG dba Ensemble Chimes Global, Diversity Internal, Inc.,

15  Ensemble Chimes Servicing, Inc., and Ensemble Chimes Global Puerto Rico, Ltd., as

16  substantively consolidated and jointly administered, (collectively, the "Debtors"), caused

17  to be filed his "Chapter 7 Trustee's Motion for Order Authorizing Sale of Claims of Estate

18  In and To Canadian Insolvency Estate of Intelligent Creatures, Inc. Free and Clear of

19  Liens, Claims and Interests" (the "Motion").

20         **PLEASE TAKE FURTHER NOTICE** that pursuant to the Motion, the

21  Trustee requests that the Court authorize a sale of the claims of Avalon Visual Corp. in,

22  to, and against the Canadian insolvency estate of Intelligent Creatures, Inc. to Jam@ti,

23  Inc., a Canadian corporation, for the sum of $100,000.00.  The Trustee further requests

24  that the sale be free and clear of any liens, claims, interests and encumbrances, except

25  the rights of AX Acquisition, Inc. to 42% of the net sales proceeds in accordance with that

26  certain "Order, After Hearing, Granting Motion for Order Authorizing Compromise of

27  Controversy Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure re AX

28  Acquisition, Inc." entered by the Court on December 15, 2008.

1  **PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice

2  of Motion and Motion, the memorandum of points and authorities and declaration of

3  Howard M. Ehrenberg in support thereof, the files and pleadings in the Debtors' cases, all

4  judicially noticeable facts, and the arguments and testimony to be presented at the

5  hearing on the Motion.

6  **PLEASE TAKE FURTHER NOTICE** that if a party is interested in receiving

7  a copy of the Motion, they should submit a written request to counsel for the Trustee:

8  Daniel A. Lev, Esq., **Sulmeyer**Kupetz, A Professional Corporation, 333 South Hope

9  Street, 35th Floor, Los Angeles, California 90071, (213) 626-2311,

10  dlev@sulmeyerlaw.com.

11  **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy

12  Rule 9013-1(o)(1), any party opposing the relief requested in the Motion must file and

13  serve a written response and request for hearing on the Trustee and the Office of the

14  United States Trustee within fifteen (15) days after the date of service of this Notice.

15  **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy

16  Rule 9013-1(h), papers not timely filed and served may be deemed by the Court to be

17  consent to the granting of the Motion.

18

19

20

21

22

23

24

25

26

27

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

DLEV\ 605051.1

1        **PLEASE TAKE FURTHER NOTICE** that copies of any timely filed

2  opposition and request for hearing must be served upon the Trustee, Howard M.

3  Ehrenberg, and his attorneys of record, **Sulmeyer**Kupetz, A Professional Corporation,

4  333 South Hope Street, 35th Floor, Los Angeles, CA 90071, Attention:  Daniel A. Lev, Fax

5  213-629-4520, and the Office of the United States Trustee, 725 South Figueroa Street,

6  26th Floor, Los Angeles, CA 90017, Attention:  Jill Sturtevant, Fax 213-894-2603.

7  DATED: November 20, 2009     **Sulmeyer**Kupetz
                             A Professional Corporation

8

9

10                  By:

11                       Daniel A. Lev
                       Attorneys for Howard M. Ehrenberg, Chapter 7
                       Trustee

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Sulmeyer**Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

DLEV\ 605051.1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as  **NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR ORDER AUTHORIZING SALE OF CLAIMS OF ESTATE IN AND TO CANADIAN INSOLVENCY ESTATE OF INTELLIGENT CREATURES, INC. FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS** will  be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>November 23, 2009</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

| | | |
|---|---|---|
| Franklin C. Adams | - | franklin.adams@bbklaw.com |
| Andrew K. Alper | - | aalper@frandzel.com |
| Paul S. Arrow | - | parrow@buchalter.com |
| Elizabeth Berke-Dreyfuss | - | edreyfuss@wendel.com |
| Ann Bloetscher | - | aboetsc@ford.com |
| Erin N. Brady | - | enbrady@jonesday.com |
| Hall Brehme | - | crios@purdybrehme.com |
| Bradley E. Brook | - | bbrook@bbrooklaw.com |
| Michael E. Busch | - | michael.busch@fnf.com |
| Thomas H. Casey | - | msalustro@tomcaseylaw.com |
| Sara Chenetz | - | chenetz@blankrome.com |
| Shawn M. Christianson | - | cmcintire@buchalter.com |
| Leslie A. Cohn | - | leslie@lesliecohenlaw.com |
| Theodore A. Cohen | - | tcohen@sheppardmullin.com |
| Jonathan B. Cole | - | jcole@nemecek-cole.com |
| Enid M. Colson | - | ecolson@linerlaw.com |
| Jon L. Dalberg | - | jdalberg@andrewskurth.com |
| Ana Damonte | - | ana.damonte@pillsburylaw.com |
| Henry S. David | - | hdavid@dskllp.com |
| Asheley G. Dean | - | agdean@hhlaw.com |
| Howard M. Ehrenberg | - | ehrenbergtrustee@sulmeyerlaw.com |
| Howard M. Ehrenberg | - | hehrenberg@sulmeyerlaw.com |
| Christina Erickson | - | cerickson@richardsonpatel.com |
| Richard W. Esterkin | - | resterkin@morganlewis.com |
| Lisa Hill Fenning | - | lisa.fenning@aporter.com |
| Wayne S. Flick | - | wayne.s.flick@lw.com |
| Joseph D. Frank | - | jfrank@fgllp.com |
| J. Rudy Freeman | - | rfreeman@linerlaw.com |
| Ellen A. Friedman | - | mmyles@friedumspring.com |
| Michael J. Glenn | - | mglenn@thedonovanoffices.com |
| Sonya M. Grahl | - | sgrahl@ford.com |
| Irving M. Gross | - | igross@rdwlawcorp.com |
| Steven T. Gubner | - | sgubner@ebg-law.com |
| Peter J. Gurfein | - | pgurfein@akingump.com |
| Joseph G. Harraka, Jr. | - | jgharraka@beckermeisel.com |
| Brian T. Harvey | - | bharvey@buchalter.com |
| Michael J. Heyman | - | michael.heyman@klgates.com |
| Whitman L. Holt | - | wholt@stutman.com |
| Leslie R. Horowitz | - | lhorowitz@clarktrev.com |
| Mark D. Houle | - | mark.houle@pillsburylaw.com |
| Marsha A. Houston | - | mhouston@reedsmith.com |
| Paul Jasper | - | pjasper@dl.com |
| Peter F. Jazayeri | - | pjazayeri@ecjlaw.com |

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]

| In re: | | CHAPTER: 7 |
| Axium International, Inc. | | |
| | Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

| | | |
|---|---|---|
| James O. Johnston | - | johnstonj@hbdlawyers.com |
| John J. Jolley, Jr. | - | jay.jolley@kutakrock.com |
| Joon M. Khang | - | joon@khanglaw.com |
| John H. Kim | - | jkim@cookseylaw.com |
| John W. Kim | - | jkim@nossaman.com |
| Jonathan J. Kim | - | jkim@pszjlaw.com |
| Joseph A. Kohanski | - | jkohanski@bushquinonez.com |
| Ian Landsberg | - | ilandsberg@lm-lawyers.com |
| Daniel A. Lev | - | dlev@sulmeyerlaw.com |
| Joy E. Levy | - | ecf@ebg-law.com |
| Adam A. Lewis | - | alewis@mofo.com |
| Michael S. Lurey | - | michael.lurey@lw.com |
| Josefina F. McEvoy | - | josefina.mcevoy@klgates.com |
| C. John M. Melissinos | - | jmelissinos@andrewskurth.com |
| Darrell C. Menthe | - | dmenthe@mcguirewoods.com |
| Hal M. Mersel | - | mark.mersel@bryancave.com |
| Elissa D. Miller | - | emiller@sulmeyerlaw.com |
| Susan I. Montgomery | - | susan@simontgomerylaw.com |
| Jennifer L. Nassiri | - | jennifer.nassiri@dlapiper.com |
| Aram Ordubegian | - | ordubegian.aram@arentfox.com |
| Christina M. Padien | - | cmoore@akingump.com |
| Christine M. Pajak | - | cpajak@stutman.com |
| Mark Palley | - | mp@marionsinn.com |
| David M. Poitras | - | dpoitras@jmbm.com |
| Christian L. Raisner | - | bankruptcycourtnotices@unioncounsel.net |
| Todd C. Ringstad | - | becky@ringstadlaw.com |
| Christopher O. Rivas | - | crivas@reedsmith.com |
| Victor A. Sahn | - | vsahn@sulmeyerlaw.com |
| Nanette D. Sanders | - | becky@ringstadlaw.com |
| Scott A. Schiff | - | sas@soukup-schiff.com |
| Gerald N. Sims | - | jerrys@psdslaw.com |
| Bennett L. Spiegel | - | blspiegel@jonesday.com |
| Adam M. Starr | - | starra@gtlaw.com |
| Derrick Talerico | - | dtalerico@loeb.com |
| Wayne R. Terry | - | wterry@hemar-rousso.com |
| Jason Wallach | - | jwallach@gladstonemichel.com |
| Philip S. Warden | - | philip.warden@pillsburylaw.com |
| Gilbert B. Weisman, II | - | notices@becket-lee.com |
| Steven Werth | - | swerth@sulmeyerlaw.com |
| Katherine M. Windler | - | katherine.windler@bryancave.com |
| David M. Wiseblood | - | dwiseblood@seyfarth.com |

☐ Service Information continued on attached page.

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On  November 23, 2009  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST**

☒ Service Information continued on attached page.

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]        This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 9013-3.1

| In re:<br>Axium International, Inc. | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on _November 23, 2009_ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1482
255 E. Temple Street
Los Angeles, CA 90012-3332

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 23, 2009 | Denise Givens | /s/ Denise Givens |
|---|---|---|
| _Date_ | _Type Name_ | _Signature_ |

_January 2009_                                                                  **F 9013-3.1**

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

_January 2009_                                                                  **F 9013-3.1**

| In re: | CHAPTER: 7 |
| Axium International, Inc. | |
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

**(Additional Service Information)**

**Attorneys for Debtors**
David M. Poitras, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Facsimile No.: (310) 203-0567
Email: dpoitras@jmbm.com

**Office of the United States Trustee**
Ernst & Young Plaza
Bruce Schildkraut, Esq.
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017
Facsimile No.: (213) 894-2603
Email: bruce.schildkraut@usdoj.gov

**REQUESTS FOR SPECIAL NOTICE**

Allegis Group, Inc.; Allegis Group Services, Inc.;
Aerotek, Inc.; TEKSystems; and Maxim Health Services, Inc.
c/o Christine M. Pajak, Esq.
STUTMAN, TREISTER & GLATT, PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Facsimile No.: (310) 228-5788
Email: cpaiak@stutman.com

Allegis Group, Inc.; Allegis Group Services, Inc.;
Aerotek, Inc.; TEKSystems; and Maxim Health Services, Inc.
c/o Lawrence J. Gebhardt, Esq.
c/o James T. Heidelbach, Esq.
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, MD 21202
Facsimile No.: (410) 385-5119
Email: lgebh@gebsmith.com
           jheid@gebsmith.com

Convergenz LLC
c/o Jeffrey A. Krieger, Esq.
Greenberg Glusker
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA 90067
Facsimile No.: (310) 553-0687
Email: ikrieger@ggfirm.com

Cornerstone Data Strategies
c/o Scott A. Schiff, Esq.
Soukup & Schiff, LLP
1801 Century Park East, Suite 470
Los Angeles, CA 90067
Facsimile No.: (310) 286-0522
Email: sas@soukup-schiff.com

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]    This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*

**F 9013-3.1**

| In re: | CHAPTER: 7 |
|---|---|
| Axium International, Inc. | |
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

Hewlett-Packard Company
c/o Ellen A. Friedman, Esq.
c/o Brandon C. Chaves, Esq.
Friedman Dumas & Springwater LLP
150 Spear Street, Suite 1600
San Francisco, CA  94105
Facsimile No.: (415) 834-1044
Email: efriedman@friedumspring.com
       bchaves@friedumspring.com

Hewlett-Packard Company
Attn:  Anne Kennelly, Esq.
Corporate Legal Department
3000 Hanover Street, M/S 1050
Palo Alto, CA  94304
Facsimile No.: (650) 852-8617
Email: anne.kennelly@hp.com

IT Ascent, Inc.
c/o Ivan L. Kallick, Esq.
c/o Ileana M. Hernandez, Esq.
Manatt, Phelps & Phillips, LLP
11355 West Olympic Blvd.
Los Angeles, CA  90064
Facsimile No.: (310) 312-4224
Email: ikallick@manatt.com

IT Ascent, Inc.
Attn:  W. Todd Peterson, Esq.
Chief Financial Officer
343 Sansome St., Suite 500
San Francisco, CA  94104
Facsimile No.: (415) 321-1010
Email: tpeterson@itascent.com

MIDCOM Corporation
c/o Michael St. James, Esq.
St. James Law, P.C.
155 Montgomery Street, Suite 1004
San Francisco, CA  94104
Facsimile No.: (415) 391-7568
Email: michael@stiames-law.com

Vedior North America, LLC
c/o James O. Johnston, Esq.
Hennigan, Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017
Facsimile No.: (213) 694-1234
Email: johnstonj@hbd.lawyers.com

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]      This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*

F 9013-3.1

| In re:                          | CHAPTER: 7                         |
|---------------------------------|------------------------------------|
| Axium International, Inc.        |                                    |
|                         Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB   |

Vedior North America, LLC
c/o Richard Hiersteiner, Esq.
c/o Jeanne P. Darcey, Esq.
c/o Amy A. Zuccarello, Esq.
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199-7613
Facsimile No.: (617) 316-8420
Email: rhiersteiner@eapdlaw.com;
        jdarcey@eapdlaw.com;
        azuccarello@eapdlaw.com

Washington Mutual, Inc.
c/o Josefina Fernandez McEvoy, Esq.
c/o Michael J. Heyman, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
10100 Santa Monica Blvd., 7th Floor
Los Angeles, CA  90067
Facsimile No.: (310) 552-5001
Email: josefina.mcevoy@klgates.com

Washington Mutual, Inc
c/o Marc L. Barreca, Esq.
Kirkpatrick & Lockhart Preston Gates Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington  98104-1158
Facsimile No.: (206) 623-7022
Email: marc.barreca@klgates.com

IATSE International Union
c/o Christian L. Raisner, Esq.
WEINBERG, ROGER & ROSENFELD, APC
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Facsimile No.: (510) 337-1023
Email: bankruptcycourtnotices@unioncounsel.net
        craisner@unioncounsel.net

Studio Transportation Drivers
c/o Robert A. Cantore, Esq.
GILBERT & SACKMAN, A Law Corporation
3699 Wilshire Blvd., Suite 1200
Los Angeles, CA  90010
Facsimile No.: (323) 937-9139
Email: rac@gslaw.org

CCSI, Inc.
c/o Gerald N. Sims, Esq.
c/o Kathleen A. Cashman-Kramer, Esq.
Pyle Sims Duncan & Stevenson APC
401 "B" Street, Suite 1500
San Diego, CA  92101
Facsimile No.: (619) 687-5210
Email: jerrys@psdslaw.com

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]          This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

January 2009                                                                              F 9013-3.1

| In re:<br><br>Axium International, Inc.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-10277-BB |
| --- | --- |

**Attorneys for Southwest Airlines**
Jason Wallach, Esq.
Berger, Kahn, a Law Corporation
4551 Glencoe Avenue, Suite 300
Marina del Rey, CA 90292-7925
Facsimile No.: (310) 775-8775
Email: jwallach@bergerkahn.com

**Attorneys for Home Box Office, Inc. and Turner**
**Entertainment Corporation**
Brad R. Godshall, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067
Facimile No.: (310) 201-0760
Email: bgodshall@pszjlaw.com

**Attorneys for Progressive Software Computing, Inc., and**
**TechLink Resources, Inc.**
Dean G Rallis Jr., Esq.
SulmeyerKupetz
333 South Hope Street, 35th Floor
Los Angeles, CA 90071
Facsimile: (213) 947-1107
Email: drallis@sulmeyerlaw.com

**Attorneys for Screen Actors Guild, Inc., Directors Guild**
**Of America, Inc., Writers Guild of America, West, Inc., Motion**
**Picture Industry Pension and Health Plans, Screen Actors Guild-**
**Producers Pension & Health Plans, Directors Guild of America, Inc.-Producer**
**Pension and Health Plans, and Writers Guild Pension Plan and Industry Health Fund**
Joseph A. Kohanski
Bush Gottlieb Singer López
   Kohanski Adelstein & Dickinson
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, CA 91203-3345
Facsimile No.: (818) 973-3201
Email: jkohanski@bushgottlieb.com

Directors Guild of America, Inc.
7920 Sunset Boulevard
Los Angeles, CA 90046

Screen Actors Guild, Inc.
5757 Wilshire Boulevard
Los Angeles, CA 90036

Writers Guild of America, West, Inc.
7000 West Third Street
Los Angeles, CA 90048

Directors Guild of America, Inc.-Producer Pension and Health Plans
8436 West 3rd Street, Suite 900
Los Angeles, CA 90048-4189

---

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]      This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                    **F 9013-3.1**

| In re: | | CHAPTER: 7 |
|---|---|---|
| Axium International, Inc. | | |
| | Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

Screen Actors Guild-Producers Pension & Health Plans
3601 West Olive Avenue, 2nd Floor
Burbank, CA 91510-7830

Writers Guild Pension Plan and Industry Health Fund
1015 North Hollywood Way
Burbank, CA 91505

Motion Picture Industry Pension and Health Plans
11365 Ventura Boulevard
Studio City, CA 91604

Barry Aframe
Senior Vice President – Legal Affairs
HCC Specialty Underwriters
401 Edgewater Place, Suite 400
Wakefield, MA 01880

**Attorneys for Cisco Systems, Inc.**
Lawrence M. Schwab, Esq.
Kenneth T. Law, Esq.
Bialson, Bergen & Schwab
2600 El Camino Real, Suite 300
Palo Alto, CA 94306
Facsimile No.: (650) 494-2738
Email: lschwab@bbslaw.com
          klaw@bbslaw.com

**Attorneys for The Donovan Offices**
Michael J. Glenn, Esq.
The Donovan Offices
915 Wilshire Boulevard, Suite 1610
Los Angeles, CA  90017
Facsimile No.: (213) 689-8784
Email: mglenn@thedonovanoffices.com

**Attorneys for Kaiser Foundation Hospitals**
Mark Palley, Esq.
Marion's Inn, A Law Partnership
1611 Telegraph Avenue, Suite 707
Oakland, CA 94612-2415
Facsimile No.: (510) 451-1711
Email: mp@marionsinn.com
          erin@marionsinn.com

**Attorneys for AARP, Inc.**
Joel S. Miliband, Esq.
D. Edward Hays, Esq.
Rus, Miliband & Smith
A Professional Corporation
2600 Michelson Drive, 7th Floor
Irvine, CA 92612
Facsimile No.: (949) 252-1514
Email: jmiliband@rusmiliband.com
          ehays@rusmiliband.com

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]          This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

| In re:<br><br>Axium International, Inc. | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

Lawrence Bass
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541
Facsimile No.: (303) 866-0200
Email: Lawrence.bass@hro.com

**Attorneys for Lonely Maiden Productions, LLC;**
**RMC Productions, LLC, Sophomore Distribution, LLC**
Richard T. Williams
Holland & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA  90071-2040
Facsimile No.: (213) 896-2450
Email: Richard.williams@hklaw.com

**Attorneys for Placement Strategies, Inc.**
Phillip K. Wang, Esq.
Gordon & Ress, LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Facsimile No.: (415) 986-8054
Email: pwang@gordonrees.com

**Attorneys for Management Company, LLP**
Wayne R. Terry, Esq.
Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA  91436-2829
Facsimile No.: (818) 501-2985
Email: WTerry@hemar-rousso.com

**Attorneys for COMSYS IT Partners, Inc.**
Phillip Ashman, Esq.
Brian A. Kumamoto, Esq.
McQueen & Ashman LLP
19900 Mac Arthur Boulevard, Suite 1150
Irvine, CA 92612
Facsimile No.: (949) 223-9611
Email: pashman@mcqueenashman.com
     mgolod@mcqueenashman.com
     bkumamoto@mcqueenashman.com

**Attorneys for United Scenic Artists Local 829,**
**IATSE Local 480; Equity-League Pension, Health and 401(k) Trust Funds**
Robert S. Giolito, Esq.
Spivak Lipton LLP
11755 Wilshire Boulevard, Suite 2150
Los Angeles, CA 90025
Facsimile No.: (310) 473-3533
Email: rgiolito@spivak-lipton.com

---

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]        This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                                          F 9013-3.1

| In re:<br>Axium International, Inc. | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

**Attorneys for Starz Media, LLC, Software Specialists, Inc., iGATE Mastech, Inc., and BBC Worldwide Americas, Inc.**
Marsha A. Houston, Esq.
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Facsimile No.: (213) 457-8080
Email: mhouston@reedsmith.com

Gregory L. Taddonio, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Facsimile No.: (412) 288-3063
Email: gtaddonio@reedsmith.com

**Attorneys for Wall Street Services, Inc.**
Jeremy M. Downs, Esq.
Goldberg Kohn
55 East Monroe, Suite 3300
Chicago, IL 60603
Facsimile No.: (312) 863-7893
Email: Jeremy.downs@goldbergkohn.com

Scott Clarkson, Esq.
Clarkson Gore & Marsella
3424 Carson St #350
Torrance, CA 90503
Facsimile No. (310) 214-7254
Email: sclarkson@lawcgm.com

**Attorneys for Eclaro International, Inc.**
David B. Golubchik, Esq.
Levene, Neale, Bender, Rankin & Brill, LLP
10250 Constellation Blvd., Suite 1700
Los Angeles, CA  90067
Facsimile No.: (310) 229-1244
Email dbg@lnbrb.com

**Attorneys for Eclaro International, Inc.**
Arthur Goldstein, Esq.
Todtman, Nachamie, Spizz & Johns, PC
425 Park Avenue
New York, NY  10022
Facsimile No.: (212) 754-6262
Email: agoldstein@tnsj-law.com

**Attorneys for Creditor Metropolitan Life Insurance Company**
Timothy Q. Karcher
Dewey & Leboeuf LLP
333 South Grand Avenue, Suite 2600
Los Angeles, CA  90071-1530
Facsimile (213) 632-6100
Email: tkarcher@dl.com

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]       This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                       **F 9013-3.1**

| In re:<br><br>Axium International, Inc.<br><br><br>                                    Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-10277-BB |
| --- | --- |

**Attorneys for Creditor and Party In Interest**
**AARP, Inc.**
Peter D. Coffman, Esq.
Dow Lohnes, PLLC
Six Concourse Parkway, Suite 1800
Atlanta, GA  30328-6117
Facsimile No.: (770) 901-8874
Email: pcoffman @dowlohnes.com

**Attorneys for The McGraw-Hill Companies, Inc.**
Karen A. Giannelli, Esq.
One Gateway Center
Newark, NJ  07102-5310
Facsimile No.: (973) 596-4500
Email: kgiannelli@gibbonslaw.com

**Attorneys for Creditor Harvard Consulting Group, Inc.**
Franklin C. Adams, Esq.
William J. Wall, Esq.
Best Best & Krieger, LLP
400 Mission Square
3750 University Avenue
P.O. Box 1028
Riverside, CA  92502-1028
Facsimile No. (951) 686-3083
Email: franklin.adams@bbklaw.com

**Attorneys for Seaton Corp.**
William Dolan
Robert E. Krebs
Jones Day
77 West Wacker
Chicago, IL  60601
Facsimile No.: (312) 782-8585
Email: wdolan@jonesday.com
         rkrebs@jonesday.com

**Attorneys for UBS AG**
Lance N. Jurich
Loeb & Loeb LLP
10100 Santa Monica Boulevard, Suite 2200
Los Angeles, CA 90067-4120
Facsimile No.: (310) 282-2200
Email: ljurich@loeb.com

**Attorneys for Creditor UBS AG**
P. Gregory Schwed, Esq.
Loeb & Loeb, LLP
345 Park Avenue
New York, NY  10154-1894
Facsimile No.: (212) 407-4990
Email: gschwed@loeb.com

---

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]        This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                                            **F 9013-3.1**

| In re:<br>Axium International, Inc.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-10277-BB |
|---|---|

**Attorneys for United Healthcare Services, Inc.**
Dena C. Kaufman, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Facsimile No.: (212) 918-3100
Email: dckaufman@hhlaw.com

**Attorneys for United Healthcare Services, Inc.**
Neil R. O'Hanlon, Esq.
Hogan & Hartson LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Facsimile No.: (310) 785-4601
Email: nrohanlon@hhlaw.com

**Attorneys for Associated Musicians of Greater New York
Local 802, AFM**
Harvey S. Mars, Esq.
Law Office of Harvey S. Mars LLC
322 West 48th Street, Suite 6R
New York, NY 10036-1308
Facsimile No.: (212) 765-2775
Email: jurmars566@aol.com

**Attorneys for American Airlines**
Nanette D. Sanders, Esq.
Ringstad & Sanders LLP
2030 Main Street, Suite 1200
Irvine, CA 92614
Facsimile No.: (949) 851-6926
Email: nanette@ringstadlaw.com

**Attorneys for American Airlines**
Scott Everett, Esq.
Haynes and Boones, LLP
901 Main Street, Suite 3100
Dallas, TX 75202
Facsimile No.: (214) 200-0612
Email: scott.everett@haynesboone.com

**Attorneys for Cognizant Technology Solutions**
Neil E. Herman, Esq.
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0600
Facsimile No.: (212) 309-6001
Email: Nherman@morganlewis.com

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]   This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                          **F 9013-3.1**

| In re:<br><br>Axium International, Inc.<br><br>                                             Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-10277-BB |
|---|---|

**Attorneys for Day & Zimmerman, Inc.**
Richard Esterkin, Esq.
Morgan, Lewis & Brockius LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Facsimile No.: (213) 612-2501
Email: resterkin@morganlewis.com

**Attorneys for Day & Zimmerman, Inc.**
Rebecca L. Booth, Esq.
Morgan, Lewis & Brockius LLP
1701 Market Street
Philadelphia, PA 19103
Facsimile No.: (215) 963-5001

**Attorneys for Manpower North America and Manpower Hong Kong**
Sally E. Edison, Esq.
McGuireWoods LLP
625 Liberty Avenue
Dominion Tower, 23rd Floor
Pittsburgh, PA 15222-3142
Facsimile No.: (412) 667-7978
Email: sedison@mcguirewoods.com

**Attorneys for Maha Visconte**
Bradley E. Brook, Esq.
Law Offices of Bradley E. Brook
12424 Wilshire Boulevard, Suite 1120
Los Angeles, CA 90025
Facsimile No. (310) 442-0660
Email: bbrook@bbrooklaw.com

**Attorneys for The Staffing Companies**
Mark D. Bloom
Greenberg Traurig, LLP
1221 Brickell Avenue
Miami, FL 33131
Facsimile No.: (305) 579-0717
Email: bloom@glaw.com

**Attorneys for The Staffing Companies**
Paul R. Glassman
Adam M. Starr
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, CA 90404
Facsimile No.: (310) 586-7800
Email: glassmanp@gtlaw.com
       starra@gtlaw.com

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]        This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                                              F 9013-3.1

| In re:<br><br>Axium International, Inc. | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

**Attorneys for The Staffing Companies**
David W. Baddley
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
Facsimile No.: (312) 456-8435
Email: baddleyd@glaw.com

Alan J. Brody
200 Park Avenue
PO Box 677
Florham Park, NJ  07932
Facsimile No.: (973) 301-8410
Email: brodya@gtlaw.com

**Attorneys for SABRE, Inc.**
Gary J. Lorch, Esq.
Gordon & Rees LLP
633 West Fifth Street, Suite 4900
Los Angeles, CA 90071
Facsimile No.: (213) 680-4470
Email: glorch@gordonrees.com

**Attorneys for SABRE, Inc.**
Stephen C. Stapleton, Esq.
Cowles & Thompson, P.C.
901 Main Street, Suite 4000
Dallas, TX 75202-3746
Facsimile No.: (214) 672-2309
Email: sstapleton@cowlesthompson.com

Kathleen P. March, Esq.
The Bankruptcy Law Firm, PC
10524 W. Pico Blvd, Suite 212
Los Angeles, CA 90064
Facsimile No.: (310) 559-9133
Email:  kmarch@BKYLAWFIRM.com

**Attorneys for Genesis Corp. dba Genesis 10**
Mark G. Ledwin, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
3 Gannett Drive
White Plains, NY 10604
Facsimile No.: (914) 323-7001
Email: mark.ledwin@wilsonelser.com

**Attorneys for Starpoint Solutions**
Ian S. Landsberg, Esq.
Landsberg Margulies LLP
16030 Ventura Boulevard, Suite 470
Encino, CA 91436
Facsimile No.: (818) 705-3777
Email: ilandsberg@lm-lawyers.com

---

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]       This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                                          **F 9013-3.1**

| In re:<br>Axium International, Inc. | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

**Attorneys for Starpoint Solutions**
Steven H. Newman
Katsky Korins LLP
605 Third Avenue
New York, NY 10158
Facsimile No.: (212) 953-6899
Email: snewman@katskykorins.com

**Attorneys for Strong Feesh, LLC**
Henry S. David, Esq.
Dreier Stein Kahan,Browne Woods George LLP
The Water Garden
1620 26th Street, Sixth Floor North Tower
Santa Monica, CA 90404
Facsimile No.: (310) 828-9101
Email: hdavid@dreierstein.com

**Attorneys for Daman, Inc.**
Matthew T. Ferris, Esq.
Winstead PC
5400 Renaissance Tower
1201 Elm Street
Dallas, TX 75270
Facsimile No.: (214) 745-5390
Email: mferris@winstead.com

**Attorneys for Pegastaff**
David M. Wiseblood
Seyfarth Shaw LLP
560 Mission Street
Suite 3100
San Francisco, CA 94105
Facsimile No.: (415) 397-8549
Email: dwiseblood@seyfarth.com

**Attorneys for College Productions, LLC**
William B. Freeman, Esq.
Pillsbury Winthrop Shaw Pittman LLP
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Facsimile No.: (213) 629-1033
Email: bill.freeman@pillsburylaw.com

**Attorneys MarketSphere Consulting, LLC**
Matthew J. Effken, Esq.
Tom Roubidoux, Esq.
Kutak Rock LLP
1650 Farnam Street
Omaham NE 68102
Facsimile No.: (402) 346-1148
Email: matthew.effken@kutakrock.com

---

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]   This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*   F 9013-3.1

| | |
|---|---|
| In re:<br><br>Axium International, Inc.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-10277-BB |

**Attorneys Party Mervyn's LLC**
Fred Holden, Esq.
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Facsimile No.: (415) 773-5759
Email: fholden@orrick.com

**Attorneys for Party Mervyn's LLC**
Jeffrey D. Hermann, Esq.
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855
Facsimile No.: (213) 612-2499
Email: jhermann@orrick.com

**Attorneys for Robert Half International Inc.**
Philip S. Warden, Esq.
Michael P. Ellis
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Facsimile No.: (415) 983-1200
Email: philip.warden@pillsburylaw.com
        micahel.ellis@pillsburylaw.com

Michael Mastre
6412 Read Street
Omaha, NE  68152
Email: mmastre@cox.net

**Attorneys for Kable Productions, LLC**
Peter J. Gurfein, Esq.
Patrick J. Ivie, Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
Facsimile No.: (310) 229-1001
Email: pgurfein@akingump.com
        pivie@akingump.com

**Attorneys for Kable Productions, LLC**
Maxwell M. Blecher, Esq.
Blecher & Collins, P.C.
515 South Figueroa Street, Suite 1700
Los Angeles, CA 90071
Facsimile No.: (213) 622-1656
Email: mblecher@blechercollins.com

---

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]     This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                                                          **F 9013-3.1**

| In re:<br><br>Axium International, Inc.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-10277-BB |
| --- | --- |

**Attorneys for William Slattery**
Alan Harris
Harris & Ruble
6424 Santa Monica Boulevard
Los Angeles, CA 90038
Facsimile No.: (323) 962-3004
Email: law@harrisandruble.com

**Attorneys for Teamsters Union 25**
**Health Services & Insurance Plan**
Catherine M. Campbell, Esq.
Feinberg, Campbell & Zack, P.C.
177 Milk Street, Suite 300
Boston, MA 02109
Facsimile No.: (617) 338-1976
Email: cmc@fczlaw.com

**Attorneys for Linewatch Productions LLC**
Reuben Liber
c/o MPCA
10635 Santa Monica Boulevard, Suite 180
Los Angeles, CA 90025
Facsimile No.: (310) 556-8905
Email: rliber@mpcafilm.com

Jerry Koukol
5609 West 88 Terrace
Overland Park, KS 66207

John A. Pycha
456 South 89th Street
Omaha, NE 68114

Angie M. Carraher
4276 South 148th Street
Omaha, NE 68137

**Attorneys for Irvine Technology Corporation**
William R. Hart, Esq.
Richard P. Gerber, Esq.
Hart, King & Coldren
200 East Sandpointe, 4th Floor
Santa Ana, CA 92707
Facsimile No. (714) 546-7457
Email: rgerber@hkclaw.com

**Attorneys for JMG**
John J. Leonard, Esq.
Baker & Hostetler LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025-7120
Facsimile No.: (310) 820-8859
Email: jleonard@bakerlaw.com
        mflink@bakerlaw.com
        pjames@bakerlaw.com

---

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]          This form is mandatory. It has been approved for use by the United States Bankruptcy

Court for the Central District of California.

*January 2009*                                                                                      **F 9013-3.1**

| In re:<br>Axium International, Inc. | CHAPTER: 7 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

Adam Parkening
5023 South 163rd Avenue
Omaha, NE 68135

Ellyn S. Garofalo, Esq.
Liner, Yankelevitz, Sunshine & Regenstreif, LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024
Email: egarofalo@linerlaw.com

Jonathan B. Cole, Esq.
Claudia Stone, Esq.
Nemecek & Cole
15260 Ventura Boulevard
Suite 920
Sherman Oaks, CA 91404
Email: jcole@nemecek-cole.com
       cstone@nemecek-cole.com

Cynthia R. Maher, Esq.
National Technical Systems
130 Chaparral Court, Suite 250
Anaheim, CA 92808
Facsimile No.: (714) 998-7142

**SECURED CREDITORS**

GoldenTree Asset Management LP
c/o Michael Lurey, Esq.
c/o Wayne Flick, Esq.
Latham & Watkins LLP
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071-1560
Facsimile No.: (213) 891-8763
Email: Michael.lurey@lw.com

GoldenTree Asset Management LP
c/o Mark A. Broude, Esq.
Latham & Watkins LLP
885 Third Avenue
New York NY 10022
Facsimile No.: (212) 751-4864
Email: mark.broude@lw.com

The Bank of New York, as Collateral Agent
101 Barclay Street, Floor 8E
New York, NY 10286-0001

The Bank of New York
c/o CT Corporation System (Registered Agent)
818 West Seventh Street
Los Angeles, CA 90017

---

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]      This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                 F 9013-3.1

| In re:<br>Axium International, Inc.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-10277-BB |
| --- | --- |

RHB Management Company
c/o Robert H. Blumenfield – Registered Agent
2886 Colorado Avenue
Santa Monica, CA 90404

**Landlord**
Level (3) Communications LLC
Department 182
Denver, CO 80291

Tony Delleani
Account Director
Level (3) Communications LLC
100 William Street, Suite 1900
New York, NY 10038

**POTENTIAL BUYERS**

Tri-State Staffing
c/o Jay H. Schecter
160 Broadway, 15th Floor
New York, New York  10038
Facsimile No.: (212) 346-9601
Email: jschecter@tristateemployment.com

**Attorneys for Tri-State Staffing**
Katherine M. Windler
Bryan Cave, LLP
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Facsimile No.: (310) 260-4105
Email: katherine.windler@bryancave.com

Barry Olson, President
Project12Baskets
345 Diversion Street, Suite 250
Rochester, MI  48307
Facsimile No.: (248) 656-7130
Email: bolson@project12baskets.com

O'Keefe & Associates Consulting
Patrick O'Keefe, Managing Member
Jonathan LaBarre, Director
2 Lone Pine Road
Bloomfield Hills, MI  48304
Facsimile No.: (248) 593-6108
Email: pokeefe@okeefeandassociates.com
        jlabarre@okeefeandassociates.com

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]    This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                                    F 9013-3.1

| In re: | CHAPTER: 7 |
| Axium International, Inc. | |
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

Clairepoint Corporation
c/o Penelope Parmes
Rutan & Tucker, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, CA 92626
Facsimile No.: (714) 546-9035
Email: pparmes@rutan.com

Michael Traina
Clearpoint Business Resources, Inc.
1600 Manor Drive, Suite 110
Chalfont, PA 18914
Facsimile No.: (215) 997-7711
Email: mtraina@clear-point.com

Ruben Rodriguez, LLC
c/o James M. Donovan, Esq.
c/o Michael J. Glenn, Esq.
John Monte, Esq.
The Donovan Offices
915 Wilshire Boulevard
Suite 1610
Los Angeles, CA 90017
Facsimile No.: (213) 689-8784
Email: jmdonovan@thedonovanoffices.com
        mglenn@thedonovanoffices.com
        montelaw@earthlink.net

Sony Pictures Entertainment
c/o Blank Rome LLP
Sara L. Chenetz
1925 Century Park E 19th Fl
Los Angeles, CA 90067
Facsimile No.: (424) 239-3434
Email: chenetz@blankrome.com

John Fiorentino, President,
The Triline Media Group
Email: jpfiorentino@thetrilinegroup.com

Team Acquistion Corporation
c/o Gary F. Torrell
Valensi Rose, PLC
2029 Century Park East, Ste. 2050
Los Angeles, CA 90067
Facsimile No.: (310) 277-1706
Email: gft@vrmlaw.com

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]    This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                    F 9013-3.1

| In re: | CHAPTER: 7 |
| Axium International, Inc. | |
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

**Attorneys for AX Acquisition, Inc.**
c/o Leslie R. Horowitz
John A. Lapinski, Esq.
Clark & Trevithick PC
800 Wilshire Boulevard, Twelfth Floor
Los Angeles, California 90017
Facsimile No.: (213) 624.9441
Email: lhorowitz@clarktrev.com
         jlapinski@clarktrev.com

Mark Shinderman, Esq.
Todd Rosen, Esq.
Kevin Masuda, Esq.
Munger Tolles & Olson LLP
355 South Grand Avenue, Suite 2500
Los Angeles, CA  90071
Facsimile No.: (213) 683-4087
Email: Mark.Shinderman@mto.com
         Todd.Rosen@mto.com
         Kevin.Masuda@mto.com

Cast & Crew Payroll, LLC dba
Cast & Crew Entertainment Services
c/o Jeffrey T. Oberman
Levin & Oberman
361 N. Canon Drive
Beverly Hills, CA. 90210
Facsimile No.: (310) 777-8754
Email: oberman01@sbcglobal.net

Future Films
c/o Sonya Patel
c/o Tony Patel
Sonya Bhatia Patel
11925 Wilshire Blvd., Suite 201
Los Angeles, CA 90025
Facsimile No.: (310) 943.3829
Email: sonya@specialexecution.com
         tony@specialexecution.com

Renee Floyd
Joe Thomas
SAVVIS, Inc.
1 Savvis Parkway
Town & Country, MO 63017
Email: renee.floyd@savvis.net

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]      This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                                          F 9013-3.1

| In re: | CHAPTER: 7 |
| Axium International, Inc. | |
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

Andrew Wilson
Assets Limited
Reg No: 4667433
Chiltern Chambers
St Peters Avenue
Caversham
Reading
Berkshire
RG4 7DH
Facsimile No.: 0118 946 4880
Email: andrew@assets.ltd.uk

M Squared
Kimball Norup
Chief Marketing Officer
111 Sutter Street Suite 850
San Francisco CA 94104
Facsimile No.: (415) 986-1692
Email: knorup@msquared.com

Kathryn Catherwood, Esq.
Duane Morris LLP
Suite 900
101 West Broadway
San Diego, CA 92101-8285
Facsimile No.: 619.744.2201
Email: kmcatherwood@duanemorris.com

Scott H. Bowen
Chief Financial Officer
PES Payroll
4000 West Burbank Blvd.
Burbank, CA 91505
Facsimile No.: (818) 295-3886
Email: Scott.bowen@pespayroll.com

MPS
c/o Jeffrey B. Ellman
Robbin S. Rahman
Jones Day
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309-3053
Facsimile No.: (404) 581-8330
Email: jbellman@jonesday.com
       rrahman@jonesday.com

Richard Brunette
Sheppard Mullin
333 South Hope Street, 48th Floor
Los Angeles, CA 90071-1448
Facsimile No.: (213) 620-1398
Email: rbrunette@sheppardmullin.com

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]    This form is mandatory. It has been approved for use by the United States Bankruptcy

Court for the Central District of California.

*January 2009*                                                                    F 9013-3.1

| In re:<br><br>Axium International, Inc.<br><br>                                          Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-10277-BB |

David J. Walters, CFO
IQ Navigator
4600 S Ulster Street, Suite 680
Denver, CO  80237
T 303/563-1509
F 303/563-1601
Email: dwalters@iqnavigator.com

Jason Wallach, Esq.
Berger Kahn
4551 Glencoe Avenue, Suite 300
Marina Del Rey, CA  90292-7925
T 310/821-9000
F 310/775-8775
Email:jwallach@gladstonemichel.com

Jeffrey A. Krieger, Esq.
Greenberg Glusker
1900 Avenue of the Stars, 21st Floor
Los Angeles, CA  90067
T 310/553-3610
Direct 310/785-6869
Direct Fax 310/201-2343
Email: Jkrieger@ggfirm.com

Frances Corrales
Jones Day
555 South Flower Street
50th Floor
Los Angeles, CA  90071
T 213 489-3939
Direct 213/243-2598
F 213-243-2539
Email: fcorrales@JonesDay.com

Wellington Management
c/o Wayne R. Terry, Esq.
Law Offices of Hemar, Rousso & Heald, LLP
15910 Ventura Boulevard, 12th Floor
Encino, CA  91436-2829
T 818/501-3800
F 818/501-2985
Email: WTerry@hemar-rousso.com

Michael J. Heyman
Kirkpatrick & Lockhart Preston Gates Ellis LLP
10100 Santa Monica Boulevard, 7th Floor
Los Angeles, CA  90067
D 310/552-5074
T 310/552-5000
F 310/552-5001
Email: Michael.heyman@klgates.com

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]        This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                              **F 9013-3.1**

| | |
|---|---|
| In re:<br><br>Axium International, Inc.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-10277-BB |

**Attorneys for Lonely Maiden Productions, LLC;**
**RMC Productions, LLC, Sophomore Distribution, LLC**
Richard T. Williams
Holland & Knight LLP
633 West Fifth Street, 21st Floor
Los Angeles, CA  90071-2040
T 213/896-2410
F 213/896-2450
Email: Richard.williams@hklaw.com

Joshua M. Mester
Henningan Bennett & Dorman LLP
865 South Figueroa Street, Suite 2900
Los Angeles, CA  90017
T 213/694-1103
F 213/694-1234
C 213/819-2860
Email: mesterj@hbdlawyers.com

Lawrence Bass
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO  80203-4541
T 303/861-7000
F 303/866-0200
Email: Lawrence.bass@hro.com

**Attorneys for Brian Oliver and AEO Productions, Inc.**
Simon Aron, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 West Olympic Boulevard, 9th Fl.
Los Angeles, CA  90064-1582
T 310/478-4100
F 310/479-1422
Email: saron@wrslawyers.com

Janice Bryant Howroyd
Chairman/CEO
Act 1 Group
1999 West 190th Street
Torrance, CA  90504
T 310/750-3444
F 310/750-1105
Email: ggaines@act-1.com

**Attorneys for Spherion Corporation**
Aram Ordubegian, Esq.
Richardson & Patel LLP
10900 Wilshire Boulevard, Suite 500
Los Angeles, CA 90024
T 310/208-1182
F 310/208-1154
Email: aordubegian@richardsonpatel.com

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]          This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

| In re: | CHAPTER: 7 |
|---|---|
| Axium International, Inc. | |
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

Bernard Howroyd
APPLEONE
PO BOX 29048
Glendale, CA  91209
T 800/576-5765
F 818/240-1706
Email: csalvador@appleone.com

Craig D. Carr
TAXCO
Downey Business/Des-Dawn Services
8822 Artesia Blvd
Bellflower, Ca 90706
T 562-663-6800 x100
F 562-663-9003
Email: CRAIG@TAXCO.ORG

Elizabeth A. Bell
Senior Vice-President & General Counsel
Yari Film Group
10850 Wilshire Boulevard, 6th Floor
Los Angeles, CA  90024
Facsimile 310/234-8972
Email: ebell@yarifilmgroup.com

David B. Shemano, Esq.
Peitzman, eg & Kempinsky LLP
10100 Santa Monica Boulevard, Suite 1450
Los Angeles, CA  90067
Facsimile 310/552-3101
Email: dshemano@pwkllp.com

Joseph Musacchio
Ed Remus
Next Source
Facsimile: 212/736-9046
Email: jmusacchio@nextsource.com
        eremus@nextsource.com

Ted Cohen, Esq.
Sheppard Mullin Richter & Hampton LLP
333 South Hope Street
48th Floor
Los Angeles, CA 90071-1448
Facsimile: 213.620.1398
Email: tcohen@sheppardmullin.com

James B. Freedman
Barrington Associates
11755 Wilshire Blvd., Suite 2200
Los Angeles, CA 90025
Facsimile: 310-477-4955
Email: jfreedman@barrington.com

---

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]      This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                                                  **F 9013-3.1**

| In re:<br><br>Axium International, Inc.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-10277-BB |
| --- | --- |

Joan Smith
joan.p.smith@accenture.com

Ron Kochman
Email: RKochman@volt.com

Will Kenawell
COO/General Counsel
Computer Enterprises, Inc.
Facsimile (412) 341-3753
Email: wkenawell@ceiamerica.com

David Kerr
Sr. Vice President
COMSYS
4400 Post Oak Parkway, Suite 1800
Houston, TX 77027
Facsimile (713) 386-1500
Email: DavidKerr@comsys.com

Jim Zagelmeyer
Advantage
405 Lexington Ave 32nd floor
At the Chrysler Building
New York, NY 10174
212.553.9433 (o)
917.533.3187 (c)
Email: jzagelmeyer@advhr.com

Elizabeth Berke-Dreyfuss
Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, CA 94607-4036
Direct Dial No. (510) 622-7514
Direct Fax No. (510) 588-4845
Telephone No.  (510)  834-6600
Fax No. (510) 834-1928
Email: edreyfuss@wendel.com

Gregory L. Wilkinson, Esq.
In-House Counsel
All-in-1, Inc.
1999 W. 190 St.
Torrance, CA 90504
Tel: (310)750-3506
Fax:(310)750-1100
Email: glwilkinson@mail.all-in-1.com

Frances Vidhayathil
303-618-7600
Email: francis@TechMahindra.com

Sheldon Eisenberg
Email: seisenberg@ertwllp.com

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]       This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

| In re:<br><br>Axium International, Inc.<br><br><div align="right">Debtor(s).</div> | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-10277-BB |
|---|---|

Kathryn Tran
ktran@xroadsllc.com

David Gottlieb
dgottlieb@horwathcal.com

Selwyn Gerber
Gerber & Co., Inc.
1880 Century Park East, Suite 200
Los Angeles, CA  90067
Email: sg@gerberco.com

**Special Litigation Counsel**
Bennett Spiegel, Esq.
Kirkland & Ellis LLP
777 South Figueroa Street
Los Angeles, CA 90017
Email: bspiegel@kirkland.com

**Special Litigation Counsel**
Steven Thomas, Esq.
Thomas, Alexander & Forrester LLP
14 27th Avenue
Venice, CA 90291
Email: steventhomas@tafattorneys.com

Linda R. Brower, Esq.
Becker Meisel LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 2800
Livingston, NJ 07039
Email: lrbrower@beckermeisel.com

**Attorneys for 495 Productions, Inc.**
Howard K. Alperin, Esq.
Eisner & Frank
9601 Wilshire Boulevard, Suite 700
Beverly Hills, CA 90210
Email: halperin@eisnerlaw.com

**Attorneys for Scenario Design, Inc.**
Irv M. Gross, Esq.
Robinson, Diamant & Wolkowitz
A Professional Corporation
1888 Century Park East, Suite 1500
Los Angeles, CA 90067
Facsimile No.: (310) 277-7584

**Attorneys for Bank of America, N.A.**
Paul S. Arrow, Esq.
Buchalter Nemer
A Professional Law Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017
Email: parrow@buchalter.com

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]          This form is mandatory. It has been approved for use by the United States Bankruptcy

Court for the Central District of California.

*January 2009*                                                                  **F 9013-3.1**

| In re: | | CHAPTER: 7 |
|---|---|---|
| Axium International, Inc. | | |
| | Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

**Special Litigation Counsel**
Ken Dhaliwal, Esq.
Hennan Blaikie LLP
200 Bay Street, Suite 2600
Toronto, Ontario
Canada M5J2J4
Email: kdhaliwal@heenan.ca

**Attorneys for the City of Philadelphia**
Ashely M. Chan, Esquire
Hangley Aronchick Segal & Pudlin
One Logan Square, 27th Floor
Philadelphia, PA 19103
Email: achan@hangley.com

**Attorneys for Banc of America Leasing & Capital**
Andrew K. Alper, Esq.
Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Boulevard, 17th Floor
Los Angeles, CA 90048-4920
Email: aalper@frandzel.com

**D&H Credit Services, Inc.**
H.A. (Hal) Schaeffer, Jr.
D&H Credit Services, Inc.
171 Haut-Brion Avenue
Newark, DE 19702

## CREDITORS

341E Corporation
44610 Highland Place
Fremont, CA 94539

798 - Pension
C/O Administrators Services Only In
Lynbrook, NY 11563-9010

817 - Dues
1 Hallow Lane
Lake Success, NY 11042

817 - Scholarship
1 Hallow Lane
Lake Success, NY 11042

A+ Consulting, Inc.
400 Andrews Street, Suite 220
Rochester, NY 14604

Abel Personnel, Inc. ATA Abel Temps
3356 Paxton Street
P.O. Box 4038
Harrisburg, PA 17111

Ability Associates, Inc.
604 River Road
Eliot, ME 03903

Accelerated Solutions, Inc.
310 Maxwell Road, Suite 100
Alpharetta, GA

3200 Fairhill Drive, Suite 100
Raleigh, NC 27612

Accounting Principals, Inc.
P.O. Box 931822
Atlanta, GA 31193

Accretive Solutions S. California
P.O. Box 51622
Los Angeles, CA 90051-5922

Accudata, Inc.
29755 Private Road 99
Ramah, CO 80832

[LDIONNEAU\BANKR\529812.1 11/23/2009 (12:43 PM)]     This form is mandatory. It has been approved for use by the United States Bankruptcy
Court for the Central District of California.

*January 2009*                                                                           **F 9013-3.1**