Daniel A. Lev (CA Bar No. 129622)
  dlev@sulmeyerlaw.com
Steven F. Werth (CA Bar No. 205434)
  swerth@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

Attorneys for Howard M. Ehrenberg, Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:08-bk-10277-BB |
| Axium International, Inc., | Chapter 7 |
| Debtor. | Jointly Administered With Case: |
| | Case No. 2:08-bk-10376-BB |
| | Substantively Consolidated With Cases: |
| | Case No. 2:08-bk-10294-BB |
| | Case No. 2:08-bk-10327-BB |
| | Case No. 2:08-bk-10339-BB |
| | Case No. 2:08-bk-10304-BB |
| | Case No. 2:08-bk-10312-BB |
| | Case No. 2:08-bk-10340-BB |
| | Case No. 2:08-bk-10297-BB |
| | Case No. 2:08-bk-10329-BB |
| | Case No. 2:08-bk-10319-BB |
| | Case No. 2:08-bk-10326-BB |
| | Case No. 2:08-bk-10332-BB |
| | Case No. 2:08-bk-10336-BB |
| | Case No. 2:08-bk-10314-BB |
| | Case No. 2:08-bk-10317-BB |
| | Case No. 2:08-bk-10333-BB |
| | Case No. 2:08-bk-10291-BB |
| | Case No. 2:08-bk-10338-BB |
| | Case No. 2:08-bk-10280-BB |
| | Case No. 2:08-bk-10305-BB |
| | Case No. 2:08-bk-10335-BB |
| | Case No. 2:08-bk-10321-BB |
| | Case No. 2:08-bk-10285-BB |
| | Case No. 2:08-bk-10320-BB |
| | Case No. 2:08-bk-10306-BB |
| | Case No. 2:08-bk-10311-BB |

.1

|   |   |
|---|---|
|   | Case No. 2:08-bk-10301-BB<br>Case No. 2:08-bk-10298-BB<br>Case No. 2:08-bk-10341-BB<br>Case No. 2:08-bk-10331-BB<br>Case No. 2:08-bk-10325-BB<br>Case No. 2:08-bk-10290-BB<br><br>**NOTICE OF CHAPTER 7 TRUSTEE'S THIRD OMNIBUS MOTION TO COMPROMISE AVOIDANCE POWER CLAIMS FOR PARTIES PROVIDING SERVICES TO UNITED HEALTHCARE SERVICES, INC. PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**<br><br>DATE:<br>TIME:    [Hearing Upon Request]<br>PLACE: |
| In re<br><br>Diversity MSP, Inc.,<br><br>    Debtor. | Case No. 2:08-bk-10376-BB<br><br>Chapter 7<br><br>Jointly Administered With Case:<br><br>Case No. 2:08-bk-10277-BB<br><br>Substantively Consolidated With Cases:<br><br>Case No. 2:08-bk-10372-BB<br>Case No. 2:08-bk-10316-BB<br>Case No. 2:08-bk-10373-BB<br>Case No. 2:08-bk-10375-BB |
| ☒ Affects Both Debtors |   |
| ☐ Affects Axium International, Inc. | 2:08-bk-10277-BB |
| ☐ Affects Diversity MSP, Inc. | 2:08-bk-10376-BB |

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL. 213.626.2311 • FAX 213.629.4520

.1                                2

**TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND PARTIES ENTITLED TO NOTICE:**

**PLEASE TAKE NOTICE** that Howard M. Ehrenberg, the duly appointed, qualified and acting Chapter 7 Trustee (the "Trustee") for the estates of the debtors Axium International, Inc., AV Centurion Film, Inc., AV Global, Inc., Avalon Payroll Group, Inc., Avalon Production Accounting, Inc., Avalon Visual Corp., Avalon Worldwide, Inc., Avalon Film Services, Inc., Avalon Hollywood Services, Inc., AX Centurion Film, Inc., AX Global, Inc., Axi Cash, Inc., AXICO, Inc., Axium ATB, Inc., Axium Bond Corp., Axium Cinema, Inc., Axium Entertainment, Inc., Axium Film Corp., Axium Holdings, Inc., Axium Hollywood Services, Inc., Axium Payroll Group, Inc., Axium Payroll Services, Inc., Axium SC, LLC, Axium Visual Corp., Axium Worldwide, Inc., Centurion Cinema, Inc., ECG Minn RE, LLC, Global Enterprises, Inc., Global Music, Inc., Global Worksource, Inc., PAV Film Services, Inc., Talent VMS, Inc., PAX Film Services, Inc., Diversity MSP, Inc. dba ECG dba Ensemble Chimes Global, Diversity Internal, Inc., Ensemble Chimes Servicing, Inc., and Ensemble Chimes Global Puerto Rico, Ltd., as substantively consolidated and jointly administered, (collectively, the "Debtors"), hereby seeks an order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9013-1(o), approving certain settlements (collectively, the "Settlements") by and between the Trustee, on the one hand, and certain third parties (collectively, the "Settling Parties"), on the other hand.

Each of the Settlements relates to the Trustee's claims for relief to avoid and recover alleged preferential transfers made by the respective Debtor to the respective defendant within the ninety (90) days prior to the order for relief in the respective Debtor's bankruptcy case. The Trustee filed adversary proceedings against seven of the settling defendants (Agilitec Incorporated, Bristol Consulting Group, Inc., Logisolve LLC, Login Consulting Inc,. Mastech, Inc,. Technology Software, Inc., and The Virtual Company) to preserve his preference claims against those two Settling Parties

1  because the terms of the settlements with those Settling Parties had not been fully
2  determined by the deadline to file adversary proceedings under the Bankruptcy Code (i.e.
3  January 8, 2010).

4      **PLEASE TAKE FURTHER NOTICE** that pursuant to the concurrently filed
5  "Chapter 7 Trustee's Third Omnibus Motion to Compromise Avoidance Power Claims for
6  Parties Providing Services to United HealthCare Services, Inc. Pursuant to Rule 9019 of
7  the Federal Rules of Bankruptcy Procedure" (the "Motion"), the Trustee seeks approval of
8  certain settlements with the following Settling Parties.

9      **PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's "Order
10 Granting Chapter 7 Trustee's Motion for Order Authorizing Settlement of Certain
11 Avoidance Power Claims Without Further Hearing or Notice Pursuant to Rule 9019(b) of
12 the Federal Rules of Bankruptcy Procedure" dated October 27, 2009 [Docket #1115] (the
13 "Order"), attached to the Motion as Exhibit 1, the Trustee is permitted to settle avoidance
14 power claims on certain terms without further Court approval, unless the settling party
15 performed work for United HealthCare Services, Inc. ("UHS").

16     **PLEASE TAKE FURTHER NOTICE** that the Trustee is informed and
17 believes that each of the Settling Parties provided services to UHS. The Trustee seeks
18 to approve the following settlements:

| Defendant | Amount Asserted As Owed by Trustee | Settlement Amount |
|---|---|---|
| Agilitec Incorporated | $ 55,361.22 | Confidential pursuant to Order |
| Bristol Consulting Group, Inc. | $29,880.00 | Confidential pursuant to Order |
| Diamond Performance Group, Inc. | $63,159.07 | Confidential pursuant to Order |
| Logisolve LLC | $408,676.64 | Confidential pursuant to Order |
| Login Consulting Inc. | $946,772 | Confidential pursuant to Order |

.1

4

| Mastech, Inc. | 214,692.35 | Confidential pursuant to Order |
|---|---|---|
| Randstad Professionals US, LP | $23,280.54 | Confidential pursuant to Order |
| B2B Workforce, LP | $55,294.80 | Confidential pursuant to Order |
| Sapphire Technologies, Inc. | $32,299.06 | Confidential pursuant to Order |
| Technology Software, Inc. | $74,715.80 | Confidential pursuant to Order |
| The Virtual Company | 40,090.00 | Confidential pursuant to Order |

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, the Trustee is authorized to keep confidential (after notifying UHS) the settlement amount of any settlement with a Settlement Party which performed work for UHS, if the Trustee would not otherwise have to disclose that fact had the Settlement Party performed not performed work for UHS.

**PLEASE TAKE FURTHER NOTICE** that the Settlements will benefit the estates through the payments of significant amounts of money, within the parameters set by the Court in the Order.

**PLEASE TAKE FURTHER NOTICE** that the Motion is brought pursuant to, among other things, Rule 9019 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 9013-1(o). The Motion is made on the grounds that the Settlements are in the best interests of the estates and satisfy the factors necessary for the approval of compromises in the Ninth Circuit under applicable law.

**PLEASE TAKE FURTHER NOTICE** that the Motion is based on this Notice of Motion and the attached Motion, the memorandum of points and authorities and declaration of Howard M. Ehrenberg in support thereof, the documents and pleadings on

.1

5

1  file herein, all judicially noticeable facts, the arguments and representations of counsel,
2  and such other evidence as may be presented prior to or at the scheduled hearing.
3        **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy
4  Rule 9013-1(o)(1), no hearing is required with respect to this Motion. Pursuant to Local
5  Bankruptcy Rule 9013-1(o)(1), any response to the Motion and/or request for a hearing
6  on the Motion must be filed with the court and served on the Trustee and the United
7  States trustee within fifteen (15) days of the date of service hereof. **PLEASE BE**
8  **ADVISED THAT FAILURE TO TIMELY RESPOND TO THE MOTION MAY**
9  **BE DEEMED TO BE CONSENT TO THE RELIEF REQUESTED IN THE MOTION.**
10 DATED: March 26, 2010    **Sulmeyer**Kupetz
                            A Professional Corporation

12 By: /s/ Steven W.
13     Steven F. Werth
       Attorneys for Howard M. Ehrenberg, Chapter
14     7 Trustee

Case 2:08-bk-10277-BB    Doc 1924    Filed 03/26/10    Entered 03/26/10 13:00:28    Desc
Main Document    Page 7 of 9

| In re: | CHAPTER: 7 |
|---|---|
| Axium International, Inc. | |
| Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as <u>NOTICE OF CHAPTER 7 TRUSTEE'S THIRD OMNIBUS MOTION TO COMPROMISE AVOIDANCE POWER CLAIMS FOR PARTIES PROVIDING SERVICES TO UNITED HEALTHCARE SERVICES, INC PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __March 26, 2010__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☒ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __March 26, 2010__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Sheri Bluebond
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1482
Los Angeles, CA 90012-3332

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on __March 26, 2010__ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 26, 2010 | Shirley Lee | /s/Shirley Lee |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 9013-3.1

| In re: | | CHAPTER: 7 |
|---|---|---|
| Axium International, Inc. | | |
| | Debtor(s). | CASE NUMBER: 2:08-bk-10277-BB |

## ADDITIONAL SERVICE INFORMATION (if needed):

**VIA NEF TRANSMISSION**

| | | |
|---|---|---|
| Franklin C. Adams | - | franklin.adams@bbklaw.com |
| Andrew K. Alper | - | aalper@frandzel.com |
| Paul S. Arrow | - | parrow@buchalter.com |
| Elizabeth Berke-Dreyfuss | - | edreyfuss@wendel.com |
| Ann Bloetscher | - | aboetsc@ford.com |
| Erin N. Brady | - | enbrady@jonesday.com |
| Hall Brehme | - | crios@purdybrehme.com |
| Bradley E. Brook | - | bbrook@bbrooklaw.com |
| Gillian N. Brown | - | gbrown@pszjlaw.com |
| Michael E. Busch | - | michael.busch@fnf.com |
| Thomas H. Casey | - | msalustro@tomcaseylaw.com |
| Sara Chenetz | - | chenetz@blankrome.com |
| Shawn M. Christianson | - | cmcintire@buchalter.com |
| Leslie A. Cohn | - | leslie@lesliecohenlaw.com |
| Theodore A. Cohen | - | tcohen@sheppardmullin.com |
| Enid M. Colson | - | ecolson@linerlaw.com |
| Jon L. Dalberg | - | jdalberg@andrewskurth.com |
| Ana Damonte | - | ana.damonte@pillsburylaw.com |
| Henry S. David | - | hdavid@dskllp.com |
| Asheley G. Dean | - | agdean@hhlaw.com |
| Howard M. Ehrenberg | - | ehrenbergtrustee@sulmeyerlaw.com |
| Christina Erickson | - | cerickson@richardsonpatel.com |
| Richard W. Esterkin | - | resterkin@morganlewis.com |
| Lisa Hill Fenning | - | lisa.fenning@aporter.com |
| Wayne S. Flick | - | wayne.s.flick@lw.com |
| Joseph D. Frank | - | jfrank@fgllp.com |
| J. Rudy Freeman | - | rfreeman@linerlaw.com |
| Anthony A. Friedman | - | aaf@lnbrb.com |
| Ellen A. Friedman | - | mmyles@friedumspring.com |
| Michael J. Glenn | - | mglenn@thedonovanoffices.com |
| Sonya M. Grahl | - | sgrahll@ford.com |
| Irving M. Gross | - | igross@rdwlawcorp.com |
| Steven T. Gubner | - | sgubner@ebg-law.com |
| Peter J. Gurfein | - | pgurfein@akingump.com |
| Joseph G. Harraka, Jr. | - | jgharraka@beckermeisel.com |
| Brian T. Harvey | - | bharvey@buchalter.com |
| Michael J. Heyman | - | michael.heyman@klgates.com |
| Whitman L. Holt | - | wholt@stutman.com |
| Leslie R. Horowitz | - | lhorowitz@clarktrev.com |
| Mark D. Houle | - | mark.houle@pillsburylaw.com |
| Marsha A. Houston | - | mhouston@reedsmith.com |
| Paul Jasper | - | pjasper@dl.com |
| Peter F. Jazayeri | - | pjazayeri@ecjlaw.com |
| James O. Johnston | - | johnstonj@hbdlawyers.com |
| John J. Jolley, Jr. | - | jay.jolley@kutakrock.com |
| John H. Kim | - | jkim@cookseylaw.com |
| John W. Kim | - | jkim@nossaman.com |
| Jonathan J. Kim | - | jkim@pszjlaw.com |
| Joseph A. Kohanski | - | jkohanski@bushquinonez.com |
| Ian Landsberg | - | ilandsberg@lm-lawyers.com |
| Daniel A. Lev | - | dlev@sulmeyerlaw.com |
| Joy E. Levy | - | ecf@ebg-law.com |

.1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                F 9013-3.1

| In re:<br>Axium International, Inc.<br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NUMBER: 2:08-bk-10277-BB |
|---|---|

| | | |
|---|---|---|
| Adam A. Lewis | - | alewis@mofo.com |
| Michael S. Lurey | - | michael.lurey@lw.com |
| Josefina F. McEvoy | - | josefina.mcevoy@klgates.com |
| C. John M. Melissinos | - | jmelissinos@andrewskurth.com |
| Darrell C. Menthe | - | dmenthe@mcguirewoods.com |
| Hal M. Mersel | - | mark.mersel@bryancave.com |
| Elissa D. Miller | - | emiller@sulmeyerlaw.com |
| Susan I. Montgomery | - | susan@simontgomerylaw.com |
| Jennifer L. Nassiri | - | jennifer.nassiri@dlapiper.com |
| Aram Ordubegian | - | ordubegian.aram@arentfox.com |
| Christina M. Padien | - | cmoore@akingump.com |
| Christine M. Pajak | - | cpajak@stutman.com |
| Mark Palley | - | mp@marionsinn.com |
| Eric S. Pezold | - | epezold@swlaw.com |
| David M. Poitras | - | dpoitras@jmbm.com |
| Christian L. Raisner | - | bankruptcycourtnotices@unioncounsel.net |
| Todd C. Ringstad | - | becky@ringstadlaw.com |
| Christopher O. Rivas | - | crivas@reedsmith.com |
| Victor A. Sahn | - | vsahn@sulmeyerlaw.com |
| Nanette D. Sanders | - | becky@ringstadlaw.com |
| Scott A. Schiff | - | sas@soukup-schiff.com |
| Gerald N. Sims | - | jerrys@psdslaw.com |
| Bennett L. Spiegel | - | blspiegel@jonesday.com |
| Adam M. Starr | - | starra@gtlaw.com |
| Derrick Talerico | - | dtalerico@loeb.com |
| Wayne R. Terry | - | wterry@hemar-rousso.com |
| Christine S. Upton | - | csupton@kscllp.com |
| Jason Wallach | - | jwallach@gladstonemichel.com |
| Philip S. Warden | - | philip.warden@pillsburylaw.com |
| Gilbert B. Weisman, II | - | notices@becket-lee.com |
| Andrew J. Whealy | - | andrew.whealy@kutakrock.com |
| Steven Werth | - | swerth@sulmeyerlaw.com |
| Katherine M. Windler | - | katherine.windler@bryancave.com |
| David M. Wiseblood | - | dwiseblood@seyfarth.com |

**VIA EMAIL**

**Attorneys for Debtors**
David M. Poitras, Esq.
Jeffer, Mangels, Butler & Marmaro LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
Facsimile No.: (310) 203-0567
Email: dpoitras@jmbm.com

**Office of the United States Trustee**
Ernst & Young Plaza
Bruce Schildkraut, Esq.
725 South Figueroa Street, 26th Floor
Los Angeles, CA 90017
Facsimile No.: (213) 894-2603
Email: bruce.schildkraut@usdoj.gov

.1    This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1