1  Howard M. Ehrenberg
   Chapter 7 Trustee
2  SulmeyerKupetz
   333 S. Hope Street 35th Floor
3  Los Angeles, CA  90071
   Telephone:   (213) 626-2311
4  Facsimile:   (213) 629-4520

5

6              UNITED STATES BANKRUPTCY COURT

7      CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

8  In re:                              Case No. 2:08-BK-10277 BB

9  AXIUM INTERNATIONAL, INC.           Chapter 7

10                                     NOTICE OF UNCLAIMED DIVIDEND(S)
                                       (FRBP 3011)
11         Debtor(s).

12

13  TO:    THE CLERK OF THE ABOVE-ENTITLED COURT:

14      Please find annexed hereto Check No. 42315 in the sum of $825,624.39 representing the total

15  amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in

16  the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s),

17  address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

18  Dated:  January 14, 2016

19

20                                     Howard M. Ehrenberg,
                                       Chapter 7 Trustee
21

22

23

24

25

LIST OF CREDITORS/CLAIMS WITH UNCLAIMED DIVIDEND(S)

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 40342 | State of Ohio<br>Regional Income Tax Agency<br>Attn: Legal Department, Post Office Box 470537<br>Broadview Heights, OH 44147 | 25.75 |
| 40369 | Illlinois Department of Revenue<br>Richard Dziedzic, Revenue Tax Specialist, 100 West Randolph Street, No. 7-400<br>Chicago, IL 60601 | 213.34 |
| 40456 | Capital Tax Collection Bureau<br>2301 North Third Street<br>Harrisburg, PA 17110 | 428.37 |
| 40629 | Marma Group LLC<br>351 Metlars Lane<br>Piscataway, NJ 08854 | 10,950.00 |
| 40631 | Techies, Inc.<br>450 Second Street<br>Hoboken, NJ 07030 | 10,950.00 |
| 40632 | The Garden Inc<br>1124 Queen Street East<br>Toronto, ON M4M 1K8 Canada, | 1,394.41 |
| 40642 | Cablecam LLC<br>6120 Yale Avenue, Second Floor<br>Tulsa, OK 74136 | 2,183.97 |
| 40644 | Real Time Recovery, Inc.<br>Post Office Box 201509<br>Austin, TX 78720-1509 | 7,249.20 |
| 40647 | Nexcade Systems, Inc.<br>15202 Rousseau Lane<br>La Mirada, CA 90638 | 10,950.00 |
| 40649 | Technology Professionals Exchange, Inc.<br>425 East Taylor Street<br>Reno, NV 89502 | 24,276.78 |
| 40653 | RC3, Inc.<br>Post Office Box 93931<br>Chromo, CO 81128 | 10,950.00 |
| 40685 | Rapid Application Deployment, Inc.<br>Attn: Derrick Woodruff, 414 North Crown Hill Road<br>Orrville, OH 44667 | 7,640.00 |

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 40714 | Cablecam LLC<br>Claimant:<br>Blake I. Chapman, 6120 South Yale Avenue, Second Floor<br>Tulsa, OK 74136 | 2,271.48 |
| 40715 | Cablecam LLC<br>Claimant:<br>Justin Sommer, 6120 South Yale Avenue, Second Floor<br>Tulsa, OK 74136 | 4,269.88 |
| 40721 | Green Tea Films, Inc.<br>Claimant:<br>Raymond L. Lowe III, 3695 Avocado Avenue<br>Miami, FL 33133 | 801.94 |
| 40725 | R3 Health Partners<br>720 North Santiago Street<br>Santa Ana, CA 92701 | 43,800.00 |
| 40814 | Subliminal Pictures Inc<br>4210 Warner Boulevard<br>Burbank, CA 91505 | 3,318.29 |
| 40860 | IEBSC INC<br>459 Northgate Court<br>Riverside, IL 60546 | 10,950.00 |
| 40865 | Smother Productions LLC<br>c/o Inferno, 1888 Century Park East, Suite 1180<br>Century City, CA 90067 | 4,277.95 |
| 40866 | Hachiko Productions LLC<br>c/o Inferno, 1888 Century Park East, Suite 1180<br>Century City, CA 90067 | 11,041.98 |
| 40870 | Horizon Staffing Services<br>1169 Main Street, Suite 350<br>East Hartford, CT 06108 | 10,950.00 |
| 40889 | Domani Consulting Inc.<br>Post Office Box 24029<br>Edina, MN 55424 | 10,950.00 |
| 40894 | Maruska Associates Inc.<br>9599 Laforet Drive<br>Eden Prairie, MN 55347 | 4,183.17 |
| 41187 | Geniko, Inc.<br>23 Boxwood Road<br>Piscataway, NJ 08854 | 1,844.76 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 41203 | Marma Group LLC<br>351 Metlars Lane<br>Piscataway, NJ 08854 | 241.23 |
| 41204 | Samaras Check Cashing Corp<br>175 Valley Street<br>Sleepy Hollow, NY 10591 | 272.20 |
| 41206 | Nursefinders, Inc.<br>1200 East Copeland Road, Suite 200<br>Arlington, TX 76011 | 939.80 |
| 41207 | The Walsh Associates<br>31 West 34th Street, 7th Floor<br>New York, NY 10001 | 13,805.92 |
| 41214 | Melissa Mitchell<br>1834 Patricia Street<br>Oxnard, CA 93030 | 22.55 |
| 41217 | Altar Boyz Chicago LLC<br>1674 Broadway, Suite 300<br>New York, NY 10019 | 6,784.88 |
| 41218 | Techies, Inc.<br>450 Second Street<br>Hoboken, NJ 07030 | 123.14 |
| 41234 | Cablecam LLC<br>6120 South Yale Avenue, Second Floor<br>Tulsa, OK 74136 | 2,863.81 |
| 41248 | IHeadHunt CC, Inc.<br>200 South Central Avenue, Suite 2000<br>Oviedo, FL 32765 | 10,622.23 |
| 41272 | Advanced Staffing, Inc.<br>44 Reads Way<br>New Castle, DE 19720 | 545.69 |
| 41276 | Purple Monkey Productions LLC<br>c/o HBO<br>108 Fifth Avenue, No. 19B<br>New York, NY 10011 | 477.30 |
| 41278 | Roy O. Stephens DDS, Inc.<br>7808 El Cajon Boulevard, Suite C<br>La Mesa, CA 91942 | 240.43 |
| 41283 | Supreme Ceiling & Partition<br>3925 Industrial Drive<br>Rochester Hills, MI 48309 | 223.38 |

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 41296 | Technology Staffing Resources, Inc.<br>113 McHenry Road, Suite 263<br>Buffalo Grove, IL 60089 | 1,889.07 |
| 41298 | Stratacom<br>One Marconi, Suite F<br>Irvine, CA 92618-2560 | 895.17 |
| 41307 | Nexcade Systems, Inc.<br>16725 Yukon Avenue, Apt. 11<br>Torrance, CA 90504 | 1,713.93 |
| 41314 | Corpus, Inc.<br>8700 Freeport Parkway, Suite 250<br>Irving, TX 75063 | 3,071.45 |
| 41315 | Corpus, Inc.<br>8700 Freeport Parkway, Suite 250<br>Irving, TX 75063 | 1,822.54 |
| 41323 | Gospel Hill Productions, Inc.<br>8228 Sunset Boulevard<br>Los Angeles, CA 90046 | 19.09 |
| 41328 | AccuData, Inc.<br>Attn:  Deidre Grover, 29755 Private Road 99<br>Ramah, CO 80832 | 1,441.07 |
| 41339 | IBase of Dallas, LLC<br>14643 Dallas Parkway, Suite 900<br>Dallas, TX 75254 | 2,437.14 |
| 41352 | Diamond Management & Technology Consultants NA, Inc.<br>875 North Michigan Avenue, Suite 3000<br>Chicago, IL 60611 | 18,319.57 |
| 41357 | BDG Entertainment, Inc.<br>Post Office Box 98014, Vancouver, BC<br>V6Z 2Z7 Canada, | 1,431.91 |
| 41361 | Interpros Consulting<br>204 Second Avenue<br>Waltham, MA 02451 | 534.89 |
| 41365 | RC3, Inc.<br>Post Office Box 93<br>Chromo, CO 81128 | 1,595.01 |
| 41439 | October 20, LLC<br>c/o Gigantic Pictures, 500 Greenwich Street, Suite 501C<br>New York, NY 10013 | 699.97 |

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 41440 | Logic Trends, Inc.<br>500 Colonial Center Parkway<br>Roswell, GA 30076 | 165.53 |
| 41446 | Code X, Inc.<br>501 East Franklin Street, Suite 300<br>Richmond, VA 23219 | 15,928.70 |
| 41457 | International Solutions Group, Inc.<br>1110 Elden Street, Suite 201<br>Herndon, VA 20170 | 1,898.71 |
| 41462 | The Matlen Silver Group Inc<br>400 Somerset Corporate Boulevard, Suite 500<br>Bridgewater, NJ 08807 | 1,607.24 |
| 41472 | Escoe Bliss Comm Inc dba Escoe Bliss Prof Staffing<br>16520 Bake Parkway, Suite 155<br>Irvine, CA 92618 | 575.81 |
| 41475 | CadenceQuest Inc<br>12007 Sunrise Valley Drive, Suite 420<br>Reston, VA 20191 | 3,629.79 |
| 41484 | Donna D. Davidoff, MD, SC<br>2323 North Lake Drive<br>Milwaukee, WI 53211 | 8.95 |
| 41486 | Varyan Consulting, Inc.<br>5980 Pioneer Road South<br>St. Paul Park, MN 55071 | 1,100.75 |
| 41505 | Columbus Technologies & Services<br>225 South Lake Avenue, Suite 1010<br>Pasadena, CA 91101 | 680.80 |
| 41512 | Software Resources, Inc.<br>2180 West State Road 434, Suite 6136<br>Longwood, FL 32779 | 2,282.65 |
| 41524 | 2RB Corporation<br>dba  Superior Plantscapes<br>1433 West 139th Street<br>Gardena, CA 90249 | 28.52 |
| 41526 | Quantum Consulting & Placement<br>2001 Addison Street<br>Berkeley, CA 94704 | 11,818.92 |
| 41528 | Chilili, Inc.<br>711 South Carson Street, Suite 4<br>Carson City, NV 89701 | 1,437.77 |

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 41533 | Dark Streets<br>Attn:  Melitta Fitzer, 1040 North Las Palmas Avenue, Building 5<br>Los Angeles, CA 90038 | 711.36 |
| 41535 | Middle March Films<br>132 West 21st Street, 6th Floor<br>New York, NY 10011 | 1,145.53 |
| 41545 | R3 Health Partners<br>Rae Kligys, 12307 Exbury Street<br>Herndon, VA 20170 | 7,022.17 |
| 41561 | HR Staffing LLC<br>2901 SW Burlingame Road<br>Topeka, KS 66611 | 4,117.99 |
| 41564 | Reliance Systems, Inc.<br>445 Washington Street<br>Wellesley, MA 02482 | 4,082.77 |
| 41570 | Trainer2Go Inc<br>10 Dapplegray Lane<br>Rolling Hills Estates, CA 90274 | 1,598.26 |
| 41583 | The Natchez Group, Inc.<br>3685 Mt. Diablo Boulevard<br>Lafayette, CA 94549 | 2,247.71 |
| 41596 | Counseling Services of Tri Cities<br>5219 West Clearwater Avenue, Suite 13<br>Kennewick, WA 99336 | 274.93 |
| 41612 | Reel Transit Productions LLC<br>Attn:  Susan Tregub, Esq., 2121 Avenue of the Stars<br>Los Angeles, CA 90067 | 17,988.27 |
| 41618 | Pathway Medical Staffing Inc<br>180 Tamarack Circle<br>Skillman, NJ 08558 | 545.95 |
| 41619 | Pathway Medical Staffing Inc<br>180 Tamarack Circle<br>Skillman, NJ 08558 | 448.63 |
| 41622 | TAC Worldwide Companies<br><br>Technical Aid Crystal<br>888 Washington Street, 888 Washington St<br>Dedham, MA 02026 | 1,269.79 |
| 41626 | Temps R Us<br>201 South Lakeline, Suite 803<br>Cedar Park, TX 78613 | 1,839.19 |

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 41627 | Temps R Us<br>201 South Lakeline, Suite 803<br>Cedar Park, TX 78613 | 2,999.99 |
| 41633 | Trinite Inc.<br>4340 Stevens Creek Boulevard, Suite 284<br>San Jose, CA 95129 | 13,251.65 |
| 41641 | Ciber Inc.<br>C Slocum/Klehr Harrison Harvey Branzburg, 457 Haddonfield Road, Suite 510<br>Cherry Hill, NJ 08002 | 11,940.63 |
| 41650 | Trever A Schapers<br>6180 56th Street 1st<br>Maspeth, NY 11378 | 80.84 |
| 41659 | Philip Barry Sigismondi<br>2336 Hitchcock Drive<br>Alhambra, CA 91803 | 9.59 |
| 41665 | Kelly Services Inc<br>Gail Cohen, Esq.<br>Legal Department, 999 West Big Beaver Road<br>Troy, MI 48084 | 3,248.87 |
| 41666 | Kelly Services Inc<br>Gail Cohen, Esq.<br>Legal Department, 999 West Big Beaver Road<br>Troy, MI 48084 | 2,296.07 |
| 41668 | Interface Design & Development LLC<br>4722 East Sandra Ter Road<br>Phoenix, AZ 85032-3440 | 1,920.19 |
| 41681 | Adea Solutions<br>545 East John W. Carpenter Freeway, Suite 800<br>Irving, TX 75062 | 11,112.38 |
| 41683 | IEBSC INC<br>459 Northgate Court<br>Riverside, IL 60546 | 1,164.08 |
| 41691 | Perfomance Services Inc.<br>11030 Arrow Route, Suite 201<br>Rancho Cucamonga, CA 91730 | 4,451.59 |
| 41692 | Finesse Personnel Associates<br>11243 Tigrina Avenue<br>Whittier, CA 90603 | 6,863.13 |

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 41693 | The Women Productions LLC<br>1888 Century Park East, Suite 1180<br>Century City, CA 90067 | 19,388.49 |
| 41694 | Hachiko Productions LLC<br>9595 Wilshire Boulevard, Suite 900<br>Beverly Hills, CA 90012 | 10,094.08 |
| 41707 | Lee Magee<br>131 Continental Drive, Suite 301<br>Newark, DE 19713 | 8,023.45 |
| 41712 | Horizon Staffing Services<br>1169 Main Street, Suite 350<br>East Hartford, CT 06108 | 158.78 |
| 41724 | Goel Enterprises Inc.<br>21 Tanglewood Road<br>Scarsdale, NY 10583 | 1,892.52 |
| 41725 | Animals LLC<br>1000 West 2610 South<br>Salt Lake City, UT 84119 | 6,305.51 |
| 41727 | Charity Self<br>10114 Mosby Woods Drive<br>Fairfax, VA 22030 | 38.18 |
| 41728 | Keystone Computer Associates Inc.<br>1055 Virginia Drive<br>Fort Washington, PA 19034 | 705.28 |
| 41736 | RAD Solutions Inc<br>4115 Boyar Avenue<br>Long Beach, CA 90807 | 2,443.72 |
| 41737 | Domani Consulting Inc.<br>Post Office Box 24029<br>Edina, MN 55424 | 278.99 |
| 41752 | Media 8 Entertainment (Happy Noodle)<br>1689 Morning Sun Lane<br>Naples, FL 34119 | 1,310.03 |
| 41756 | Richard Goepel<br>Post Office Box 694<br>Walnut, CA 91788-0694 | 550.30 |
| 41766 | Fireflies in the Garden, Inc.<br>11601 Wilshire Boulevard, Suite 2150<br>Los Angeles, CA 90025 | 6,211.56 |

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 41767 | Informers, Inc.<br>145 Bay Street, Suite 17<br>Santa Monica, CA 90405 | 12,632.34 |
| 41770 | WT Fudge LLC<br>c/o Frankfurt Garbus Attn:  C Myler, 485 Madison Avenue, Suite 1300<br>New York, NY 10022 | 1,336.45 |
| 41774 | In Bloom LLC<br>Attn:  Jessica Roddy, 9100 Wilshire Boulevard, Suite 500W<br>Beverly Hills, CA 90212 | 6,122.35 |
| 41775 | WJH Productions LLC<br>76 Progress Drive, Suite 2<br>Stamford, CT 06902 | 5,013.69 |
| 41776 | MIH LLC<br>Attn:  Alison Asaro, Formosa Building, Suite 106<br>West Hollywood, CA 90046 | 4,075.89 |
| 41777 | MIH Manitoba Inc<br>Attn:  Alison Asaro, Formosa Building, Suite 106<br>West Hollywood, CA 90046 | 4,582.74 |
| 41778 | Two Lovers LLC<br>Attn:  Jessica Roddy, 9100 Wilshire Boulevard, Suite 500 West<br>Beverly Hills, CA 90212 | 78,442.14 |
| 41779 | The Burning Plain LLC<br>Attn:  Jessica Roddy, 9100 Wilshire Boulevard, Suite 500 West<br>Beverly Hills, CA 90212 | 48,309.56 |
| 41780 | The Road Productions LLC<br>Attn:  Jessica Roddy, 9100 Wilshire Boulevard, Suite 500 West<br>Beverly Hills, CA 90212 | 608.14 |
| 41801 | D War LLC<br>1930 Wilshire Boulevard, Suite 803<br>Los Angeles, CA 90057 | 28,638.13 |
| 41802 | Milk Productions LLC<br>10900 Wilshire Boulevard, Suite 1400<br>Los Angeles, CA 90024 | 10,818.16 |
| 41829 | P-Five, Inc.<br>1300 Fairmont Street, NW<br>Washington, DC 20009 | 8,036.91 |
| 41830 | Webstaff LLC<br>1333 H Street NW<br>Washington, DC 20005 | 5,376.70 |

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 41849 | Placement Strategies Inc<br>Gordon & Rees LLP, 275 Battery Street, Suite 2000<br>San Francisco, CA 94111 | 11,133.40 |
| 41850 | Residential Funding Corporation<br>Attn:  Brian Pesola, 200 Renaissance Ctr,MailCode:482-B13-B98<br>Detroit, MI 48265 | 16,994.79 |
| 41940 | Honeyshed LLC<br>Attn:  Jeff Davidson, 400 Lafayette Street, Fifth Floor<br>New York, NY 10003 | 2,768.35 |
| 41950 | RDF Media, Inc.<br>225 Santa Monica Boulevard, Fifth Floor<br>Santa Monica, CA 90401 | 5,727.63 |
| 41953 | Eagle Beach Productions<br>150 Union Street, Apt. 610<br>Providence, RI 02903 | 489.76 |
| 41956 | BSF Film<br>622 San Juan Avenue<br>Venice, CA 90291 | 209.99 |
| 41958 | Implemo Systems<br>1381 McCarthy Boulevard<br>Milpitas, CA 95035 | 2,548.56 |
| 41962 | Bubble Group LLC<br>1450 Broadway, 40th Floor<br>New York, NY 10018 | 213.73 |
| 41973 | J Estel Griffin Consulting<br>1226 Hayvenhurst Drive, Suite 8<br>Los Angeles, CA 90046-4959 | 470.97 |
| 41994 | Five Dollars Productions LLC<br>Attn:  Susan Tregub, Esq., 2121 Avenue of the Stars, Suite 3000<br>Los Angeles, CA 90067 | 763.68 |
| 41996 | Last Resort LLC<br>7966 Beverly Boulevard<br>Los Angeles, CA 90048 | 1,335.86 |
| 41997 | College Productions LLC<br>668 Distributors Row, Suite D<br>Harahan, LA 70123 | 3,497.30 |
| 42006 | Incited Media LLC<br>4311 Wilshire Boulevard, Suite 618<br>Los Angeles, CA 90010 | 2,453.05 |

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 42007 | College Productions LLC<br>668 Distributors Row, Suite D<br>Harahan, LA 70123 | 1,690.90 |
| 42010 | Return Productions Inc.<br>c/o QED<br>Paul Hanson, 9595 Wilshire Boulevard, Suite 800<br>Beverly Hills, CA 90212 | 6,133.84 |
| 42012 | Pegasoft Corp.<br>21 Columbus Avenue, Suite 200<br>San Francisco, CA 94111 | 763.68 |
| 42014 | Hamsund Consulting Inc.<br>Attn: Michael Hamsund, 3109 West 135th Circle<br>Burnsville, MN 55337 | 1,259.98 |
| 42021 | Six Wives LLC<br>5870 Abernathy Drive<br>Los Angeles, CA 90045 | 1,722.58 |
| 42031 | Judith Grafe<br>4267 Marina City Drive, No. 708<br>Marina Del Rey, CA 90292 | 6.10 |
| 42075 | Parity Resources LTD<br>Vantage Point<br>23 Mark Road, Hemel Hempstead Herts<br>UK HP2 7DN England, | 776.28 |
| 42087 | El Camino Systems Inc<br>dba Clinical Systems Resource Group<br>R. DePhillips/Milberg & DePhillips, P.C., 2163 Newcastle Avenue, Suite 200<br>Cardiff-by-the-Sea, CA 92007 | 1,230.24 |
| 42143 | Pay O Matic Check Cashing Corp<br>Post Office Box 61<br>Ardsley, NY 10502 | 56.26 |
| 42150 | Systematic Technical Services Inc<br>13110 Park Crescent Circle<br>Herndon, VA 20171 | 1,431.91 |
| 42187 | Clarity Resource Group<br>Ervin Cohen & Jessup, LLP, 9401 Wilshire Boulevard, Ninth Floor<br>Beverly Hills, CA 90212 | 1,909.21 |

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 42209 | Progressive Software Computing, Inc.<br>Diane C. Stanfield/Alston & Bird LLP, 333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071 | 2,208.43 |
| 42210 | Progressive Software Computing, Inc<br>Diane C. Stanfield/Alston & Bird LLP, 333 South Hope Street, 16th Floor<br>Los Angeles, CA 90071 | 954.60 |
| 42262 | Eric J Koziatek<br>11509 Venice Boulevard, Apt. 6<br>Los Angeles, CA 90066 | 757.62 |
| 42269 | RI Labor & Training Dept, RI Emplymt & Training Fund<br>1511 Pontiac Avenue<br>Cranston, RI 02920-4407 | 1,502.01 |
| 42277 | Contech Systems Inc<br>c/o Allan B. Mendelsohn, Esq., 38 New Street<br>Huntington, NY 11743-3463 | 36,748.05 |
| 80119 | Foluke Ashola<br>3801 Great Oak Drive, No. 2619<br>Euless, TX 76040 | 242.58 |
| 80140 | Margo Berger<br>131 Bell Canyon Road<br>Bell Canyon, CA 91307 | 2,266.26 |
| 80155 | Marquita Brass<br>7438 Oakwood Canyon Drive<br>Cypress, TX 77433 | 1,010.25 |
| 80166 | Linda Bushong<br>22239 Woodside Drive<br>Bristol, IN 46507 | 219.22 |
| 80198 | Kendra Clark<br>850 Emerald Drive<br>New Kensington, PA 15068 | 181.02 |
| 80208 | Neva M Cozine<br>4045 Grebe Street<br>Omaha, NE 68112 | 187.05 |
| 80265 | Margaret Ferrens<br>377 Vernon Street, Unit A<br>Oakland, CA 94610 | 2,039.77 |

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 80272 | Seldon Foote<br>16737 US 12 East<br>Union, MI 49130 | 1,532.16 |
| 80275 | Robert Foster<br>55 Amador Village Circle, Unit No. 17<br>Hayward, CA 94544 | 505.08 |
| 80285 | Sandra Garcia<br>24979 Constitution Avenue, Apt. 1<br>Stevenson Ranch, CA 91381 | 310.34 |
| 80297 | Richard Goepel<br>Post Office Box 694<br>Walnut, CA 91788-0694 | 6,145.13 |
| 80301 | Andrew Gonzalez<br>1525 Wesley Avenue<br>Pasadena, CA 91104 | 436.05 |
| 80334 | Trevor W Hobbs<br>Post Office Box 2892<br>Mammoth Lakes, CA 93546 | 3,347.15 |
| 80340 | Patricia Huang<br>2720 East Sylvia Street<br>Phoenix, AZ 85032 | 37.04 |
| 80352 | Deborah Jackson<br>6020 Angora Terrace<br>Philadelphia, PA 19143 | 558.24 |
| 80426 | Rafael J Luna<br>5151 Ellenwood Drive<br>Los Angeles, CA 90041 | 189.83 |
| 80430 | Lee Magee<br>380 North Catalina Avenue, Apt. 6<br>Pasadena, CA 91106 | 6,145.13 |
| 80486 | Scott Myers<br>1900 Ascot Parkway, No. 1213<br>Vallejo, CA 94591 | 919.22 |
| 80519 | Horace Payne<br>116 Graymoor Lane<br>Olympia Fields, IL 60461 | 1,558.75 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 80524 | Rebecca Perron<br>2407 Wynfield Court<br>Frederick, MD 21702 | 763.21 |
| 80548 | Diane Jean Ramirez<br>1101 Dumont Boulevard, Apt. 40<br>Las Vegas, NV 89169 | 417.57 |
| 80571 | Aekruthai Roongcharoen<br>14543 San Dieguito Drive<br>La Mirada, CA 90638 | 325.50 |
| 80583 | Vatin Rutanarungsi<br>11630 1/2 Artesia Boulevard<br>Artesia, CA, 90701 | 103.82 |
| 80605 | Charity Self<br>10114 Mosby Woods Drive<br>Fairfax, VA 22030 | 431.20 |
| 80619 | Roger Slack<br>203 Crestwood Lane<br>Edenton, NC 27932 | 51.63 |
| 80625 | Diane Smythers<br>316 Date Street<br>Lake Elsinore, CA 92530 | 538.75 |
| 80684 | David Warshofsky<br>289 South Robertson Boulevard, No. 531<br>Beverly Hills, CA 90211 | 2,977.73 |
| 80703 | Catharina Wilstermann<br>4701 All Points View Way<br>Raleigh, NC 27614 | 320.37 |
| 80710 | Mario Yanas<br>1121 Scenic Drive<br>Colton, CA 92324 | 11.15 |
| | **Total:** | **$825,624.39** |

**AXIUM INTERNATIONAL, INC.**
**2:08-BK-10277 BB**