No|18

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| American Property Locators, Inc.<br>Attn: Nancy C. McMillan<br>3855 South Boulevard, Suite 200<br>Edmond, OK 73013<br><br>Telephone 1-405-340-4900 Ext. 19<br>Fax 1-405-340-5968<br><br>☐ Individual appearing without attorney<br>☐ Attorney for: | **FILED**<br>**NOV 19 2018**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:_____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>Axium International, Inc.<br><br><br>Debtor(s). | CASE NO.: 2:08-bk-10277-BB<br>CHAPTER: 7<br><br>**MOTION FOR ORDER RELEASING UNCLAIMED FUNDS** |
|---|---|

I, under penalty of perjury under the laws of the United States declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 14,411.34 _____ which is the sum of all monies deposited with the court on the following date(s) 01/14/2016 and 06/06/2016 _____ on behalf of the creditor Informers Inc. _____

   on claim number(s) unknown _____.

2. Please check and complete the applicable subparagraph(s) below:

   a. ☐    I am the creditor named in paragraph 1.

   b. ☐    I am an employee of the creditor named in paragraph 1 and my title is _____.
           The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   c. ☐    I am the creditor and have appointed _____
           as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                                    F 3011-1.MOTION.UNCLAIMED.FUNDS

d. [X]  Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (*submit evidence establishing basis for right to obtain payment*): _____
Informers, Inc. is no longer in business. Marco Weber, as sole shareholder, is the successor and has appointed American Property Locators, Inc. as his lawful attorney-in-fact who is authorized by the attached original power of attorney to file this motion. A record from the California Secretary of State shows Marco Weber as the sole officer and director.

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:
   10880 Wilshire Blvd, Ste 1000
   Los Angeles CA  90024
   310-880-1915

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   Informers, Inc. is no longer in business. The sole shareholder, Marco Weber, is entitled to the assets of Informers, Inc.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                Page 2                       **F 3011-1.MOTION.UNCLAIMED.FUNDS**

(Corporate seal

_____
Signature of creditor/successor

Marco Weber
_____
Printed creditor's/successor's name

If applicable)

Informers, Inc.
_____
Creditor's/successor's address

10880 Wilshire Blvd, ste 1000
_____

Los Angeles CA 90024
_____


STATE OF OKLAHOMA , COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*
Marco Weber
_____

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.


(SEAL)

_____
Notary Public

My commission expires on _____

*Please See Attached Notary Form*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                  Page 3                  F 3011-1.MOTION.UNCLAIMED.FUNDS

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  
County of _Los Angeles_ }

On _June 29th 2018_ before me, _Donna Glazer Notary Public_,  
     *Date*                                       *Here Insert Name and Title of the Officer*  
personally appeared _Marco Weber_  
                              *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Notary Seal: DONNA GLAZER, Commission # 2122597, Notary Public - California, Los Angeles County, My Comm. Expires Aug 8, 2019]

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _[signature]_  
           *Place Notary Seal and/or Stamp Above*                       *Signature of Notary Public*

―――――――――――――――― **OPTIONAL** ――――――――――――――――  
*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**  
Title or Type of Document: _Unclaimed Funds_  
Document Date: _June 28th 2018_      Number of Pages: _2_  
Signer(s) Other Than Named Above: _none_

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer – Title(s): _____ | ☐ Corporate Officer – Title(s): _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual ☐ Attorney in Fact | ☐ Individual ☐ Attorney in Fact |
| ☐ Trustee ☐ Guardian of Conservator | ☐ Trustee ☐ Guardian of Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer is Representing: _____ | Signer is Representing: _____ |

©2017 National Notary Association

_____
Signature of attorney/attorney-in-fact (if appointed)

Nancy C. McMillan of APL, Inc. Atty in Fact
Printed name

3855 South Boulevard, Suite 200
Address

Edmond, OK 73013


STATE OF OKLAHOMA, COUNTY OF OKLAHOMA

On _____8/14/18_____ before me, personally appeared *(insert name and title of the signer)*
Nancy C. McMillan of APL, Inc. Atty in Fact

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

_____
Notary public

My commission expires on __4-27-19__

Presented by:

_____
_____
_____

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                Page 4                F 3011-1.MOTION.UNCLAIMED.FUNDS

## PROOF OF SERVICE OF DOCUMENT

I hereby certify under penalty of perjury under the laws of the United States that on 08/14/2018, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document entitled: **MOTION FOR ORDER RELEASING UNCLAIMED FUNDS** to the United States attorney's office, United States trustee's office, and other persons and entities required to be served by LBR 3011-1(b) and addressed as follows:

*Address:* United States attorney's office
US Attorney
312 North Spring Street
Los Angeles, CA 90012

*Address:* United States trustee's office
United States Trustee
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017

Name and address of the trustee appointed in the case and the trustee's counsel, if any:

Howard M Ehrenberg (TR)

Sulmeyer Kupetz

333 S. Hope St, 35th Floor Los Angeles, CA 90071

Erin N Brady, Hogan Lovells US LLP

1999 Avenue of the Stars Suite 1400

Los Angeles, CA 90067

Name and address of the Debtor, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

Axium International, Inc

5800 Wilshire Blvd

Los Angeles, CA 90036

James O Johnston, Dewey & LeBoeuf

333 S Grand Avenue

Los Angeles, CA 90071

If Movant is not the original creditor or an employee thereof, insert the name and address of the original creditor and the creditor's counsel, if any:

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

8/14/18         Nancy C. McMillan of APL, Inc. Atty in Fact         *(signed)* Nancy C. McMillan
Date                  Printed Name                                          Signature

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012        Page 5        F 3011-1.MOTION.UNCLAIMED.FUNDS

## LIMITED POWER OF ATTORNEY

Marco Weber as the sole and only shareholder (100%) of Informers, Inc., (now dissolved,) ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in its place for the purposes and duration set forth below.

Principal appoints American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK  73013 to be its attorney-in-fact to act for it in its name and place, and in any capacity that Principal might act,

### Only to recover cash or cash equivalents specifically arising from the Axium International, Inc bankruptcy matter that belong to the Principal

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds.  Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 24 day of ___July___, 2018.

**PRINCIPAL:**
Informers, Inc.

By: Marco Weber, sole shareholder of
Informers, Inc. (now dissolved)

Title: President/CEO

PRINCIPAL'S ADDRESS:
410 N La Cienega
Los Angeles, CA  90048

### ACKNOWLEDGMENT

STATE OF California  )

COUNTY OF Los Angeles )

Before me, the undersigned a Notary Public, in and for said County and State on this 24th day of July, 2018, personally appeared **Marco Weber** to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its President/CEO and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
August 8th 2019

Notary: Donna Glazer

DONNA GLAZER
Commission # 2122597
Notary Public - California
Los Angeles County
My Comm. Expires Aug 8, 2019

**State of California
Secretary of State**

08-317485

**FILED**
in the office of the Secretary of State
of the State of California

JUL 23 2008

**STATEMENT OF INFORMATION**
(Domestic Stock and Agricultural Cooperative Corporations)
FEES (Filing and Disclosure): $25.00. If amendment, see instructions.
**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

This Space For Filing Use Only

S

1. **CORPORATE NAME** (Please do not alter if name is preprinted.)
C3007700
INFORMERS, INC.
DENNIS CLINE
1226 OAK ST
SANTA MONICA CA 90405

**DUE DATE:** 07-31-08

**NO CHANGE STATEMENT** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

2. ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 16**.
If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement has been previously filed, this form must be completed in its entirety.

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 3 and 4 cannot be P.O. Boxes.)

3. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE: 9000 W. Sunset Blvd., 16th Floor — CITY: Los Angeles — STATE: CA — ZIP CODE: 90069
4. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY: 9000 W. Sunset Blvd., 16th Floor — CITY: Los Angeles — STATE: CA — ZIP CODE: 90069
5. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 3

**NAMES AND COMPLETE ADDRESSES OF THE FOLLOWING OFFICERS** (The corporation must have these three officers. A comparable title for the specific officer may be added, however, the preprinted titles on this form must not be altered.)

6. CHIEF EXECUTIVE OFFICER/ Marco Weber — ADDRESS: 9000 W. Sunset Blvd., 16th Floor — CITY: Los Angeles — STATE: CA — ZIP CODE: 90069
7. SECRETARY/ Marco Weber — ADDRESS: 9000 W. Sunset Blvd., 16th Floor — CITY: Los Angeles — STATE: CA — ZIP CODE: 90069
8. CHIEF FINANCIAL OFFICER/ Marco Weber — ADDRESS: 9000 W. Sunset Blvd., 16th Floor — CITY: Los Angeles — STATE: CA — ZIP CODE: 90069

**NAMES AND COMPLETE ADDRESSES OF ALL DIRECTORS, INCLUDING DIRECTORS WHO ARE ALSO OFFICERS** (The corporation must have at least one director. Attach additional pages, if necessary.)

9. NAME: Marco Weber — ADDRESS: 9000 W. Sunset Blvd., 16th Floor — CITY: Los Angeles — STATE: CA — ZIP CODE: 90069
10. NAME
11. NAME
12. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 14 must be completed with a California street address (a P.O. Box address is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 14 must be left blank.)

13. NAME OF AGENT FOR SERVICE OF PROCESS: Dennis N. Cline, Esq.
14. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL: 145 Bay St., Suite 17 — CITY: Santa Monica — STATE: CA — ZIP CODE: 90405

**TYPE OF BUSINESS**
15. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION: Film Production

16. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

DATE: 7/18/08 — TYPE/PRINT NAME OF PERSON COMPLETING FORM: Dennis N. Cline — TITLE: Attorney — SIGNATURE

SI-200 N/C (REV 01/2008)    APPROVED BY SECRETARY OF STATE

# Certificate of Authority to Act for
# INFORMERS, INC.

I, the undersigned, CAITLIN DENNIS, as Assistant (title) of INFORMERS, INC., do hereby certify that **Marco Weber's** authority to act on behalf of INFORMERS, INC., includes, without limitation, the recovery of unclaimed funds arising from bankruptcy matters.

IN WITNESS HEREOF, I have hereunto signed my name this 19th day of July, 2018.

INFORMERS, INC.

_____

Corporate seal

If Corporate Seal is unavailable sign affidavit below:

BE IT ACKNOWLEDGED,
That the undersigned hereby says under oath that the corporate seal for this corporation is unavailable.
By: _____

Notary Statement

STATE OF California                    ACKNOWLEDGMENT
COUNTY OF Los Angeles

Before me, the undersigned a Notary Public, in and for said County and State on this 19 day of July, 2018, personally appeared Caitlin Dennis - to me known to be the identical person who subscribed his/her name to the foregoing instrument, as its Assistant and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:            Notary

Oct 10, 2019                      See Attached -

Certificate of Authority to Act for Informers, Inc.

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

On July 19, 2018 before me, Leonard Siqueiros, Notary Public
(insert name and title of the officer)

personally appeared Caitlin Dennis,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

LEONARD SIQUEIROS
Commission # 2126673
Notary Public - California
Los Angeles County
My Comm. Expires Oct 10, 2019

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re: Axium International Inc.          Case No:    08-10277

                                          Chapter:    7

## AFFIDAVIT OF CREDITOR

I, Marco Weber, the undersigned creditor in the above referenced case declare as follows:

1. Informers, Inc. is no longer an active business entity.
2. Senator Informers, Inc. was/is the sole owner of 100% of the outstanding shares of Informers, Inc. stock.
3. Senator Informers, Inc. is no longer an active business entity.
4. Marco Weber was/is the sole owner of 100% of the outstanding shares of Senator Informers, Inc. stock.

I declare that the foregoing is true and correct to the best of my knowledge and belief.

Date: August 27th 2018

Marco Weber
_____
Creditor

STATE OF CALIFORNIA        )
                           )  ss.
COUNTY OF LOS ANGELES      )

Sworn to and subscribed before me this
27th day of August, 2018.

_____
Notary Public

My Commission Expires: August 8th 2019



DONNA GLAZER
Commission # 2122597
Notary Public - California
Los Angeles County
My Comm. Expires Aug 8, 2019