8q/19

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Scott Myers<br>1110 Poplar St<br>Oakland, CA 94607<br><br>510-320-7124<br>treshan26@gmail.com<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | FOR COURT USE ONLY<br><br>FILED<br>AUG 15 2019<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:         Deputy Clerk |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** ||
| In re:<br>Axium International, Inc | CASE NO.: 2:08-bk-10277-BB<br>CHAPTER: 7 |
| Debtor(s). | **MOTION FOR ORDER RELEASING UNCLAIMED FUNDS** |

I, under penalty of perjury under the laws of the United States declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 919.22 which is the sum of all monies deposited with the court on the following date(s) 01/15/2016 - Receipt; 01/14/2016 - Notice of unclaimed dividend on behalf of the creditor Scott Myers

   on claim number(s) See Notice of Funds - Check Number 80486

2. Please check and complete the applicable subparagraph(s) below:

   a. ☒  I am the creditor named in paragraph 1.

   b. ☐  I am an employee of the creditor named in paragraph 1 and my title is _____.
       The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   c. ☐  I am the creditor and have appointed _____ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1                              F 3011-1.MOTION.UNCLAIMED.FUNDS

d.  Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (*submit evidence establishing basis for right to obtain payment*): _____

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:
   Scott Myers
   1110 Poplar St
   Oakland, CA 94607
   510-320-7124

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):
   I never received the check.
   Attached as Exhibit A is a true and correct copy of my current government identification.
   Attached as Exhibit B is a true and correct copy of the Notice of Funds in my case, Docket #3094, 01/14/2016
   My address during this case was: Scott Myers 1900 Ascot Parkway, No. 1213 Vallejo, CA 94591
   My current address is: Scott Myers 1110 Poplar St Oakland, CA 94607
   Attached is my Declaration Under Penalty of Perjury that discusses all issues in detail

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 3011-1.MOTION.UNCLAIMED.FUNDS**

(Corporate seal

If applicable)

_____
Signature of creditor/successor

Scott Myers
*Printed creditor's/successor's name*

1110 Poplar St
Creditor's/successor's address

Oakland, CA 94607

510-320-7124

STATE OF CALIFORNIA, COUNTY OF _____

On _____ before me, personally appeared *(insert name and title of the signer)*

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. WITNESS my hand and official seal.

(SEAL)

SEE ATTACHMENT

Notary Public

My commission expires on _____

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**                                            CIVIL CODE § 1189

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California            )
County of ALAMEDA              )

On AUGUST 7, 2019 before me, ANGELICA M. CALDERON, NOTARY PUBLIC,
         Date                              Here Insert Name and Title of the Officer
personally appeared    SCOTT MYERS
                        Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
              Signature of Notary Public

[Notary Seal: ANGELICA M. CALDERON, Notary Public - California, Alameda County, Commission # 2164568, My Comm. Expires Sep 12, 2020]

Place Notary Seal Above

─────────────────── OPTIONAL ───────────────────
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: MOTION FOR ORDER RELEASING UNCLAIMED FUNDS
Document Date: AUGUST 7, 2019
Number of Pages: 3    Signer(s) Other Than Named Above: N/A

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner —  ☐ Limited  ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner —  ☐ Limited  ☐ General
☐ Individual     ☐ Attorney in Fact
☐ Trustee        ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907

## PROOF OF SERVICE OF DOCUMENT

I hereby certify under penalty of perjury under the laws of the United States that on 08/12/2019, I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document entitled: **MOTION FOR ORDER RELEASING UNCLAIMED FUNDS** to the United States attorney's office, United States trustee's office, and other persons and entities required to be served by LBR 3011-1(b) and addressed as follows:

Address: United States attorney's office
Central District of California
312 North Spring Street, Ste 1200
Los Angeles, California 90012

Address: United States trustee's office
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

Name and address of the trustee appointed in the case and the trustee's counsel, if any:

Howard M Ehrenberg - SulmeyerKupetz
333 South Grand Avenue, Suite 3400
Los Angeles, CA 90071

Erin N Brady - Hogan Lovells US LLP
1999 Avenue of the Stars Suite 1400
Los Angeles, CA 90067

Name and address of the Debtor, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

Axium International, Inc
5800 Wilshire Blvd
Los Angeles, CA 90036

Leslie Cohen Law PC
506 Santa Monica Bl Ste 200
Santa Monica, CA 90401

If Movant is not the original creditor or an employee thereof, insert the name and address of the original creditor and the creditor's counsel, if any:

Movant is the original creditor

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/12/2019 | Neil Strachan | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 5                    F 3011-1.MOTION.UNCLAIMED.FUNDS

Debtor: Axium International, Inc
Case #: 2:08-bk-10277-BB
Creditor/Claimant: Scott Myers

## DECLARATION UNDER PENALTY OF PERJURY

Attached as Exhibit A is a true and correct copy of my current government identification.
Attached as Exhibit B is a true and correct copy of the Notice of Funds in my case, Docket #3094, 01/14/2016. Below is a true and correct copy of the docket pertaining to this case.

| Filing Date | # | Docket Text |
|---|---|---|
| R 01/15/2016 | | Receipt of Undistributed Funds - $825624.39 by 19. Receipt Number 20203669. (admin) (Entered: 01/18/2016) |
| 01/14/2016 | 3094 (15 pgs) | Notice of unclaimed dividend(s) (under FRBP 3011) Filed by Trustee Howard M Ehrenberg (TR). (Ehrenberg (TR), Howard) (Entered: 01/14/2016) |

My address during this case was:
   Scott Myers
   1900 Ascot Parkway, No. 1213
   Vallejo, CA 94591

My current address is:
   Scott Myers
   1110 Poplar St
   Oakland, CA 94607

Attached as Exhibit C is a true and correct of a history of my changes in address: These are 3 pages of information from the website https://www.truthfinder.com, specifically at:

https://www.truthfinder.com/dashboard/report/65533380/person/8de0414a-d7fc-480b-b64d-6dc057501919/?search-city=Vallejo&search-first-name=Scott%20&search-last-name=T%20Myers&search-state=CA

Page one shows my current address.
Page two shows my address during this case.
Page three shows my birthdate which is the same as on Exhibit A.

I, under penalty of perjury under the laws of the United States, declare that the above statements and information are true and correct.

DATED August 8, 2019

SCOTT MYERS

Winner - You Raise Me | Inbox - strachan@programfede... | Inbox (44) - mmclogston@gma... | Program Federal - Calendar - We... | TruthFinder - Background Report

Truthfinder, LLC [US] | https://www.truthfinder.com/dashboard/report/65533380/person/8de0414a-d7fc-480b-b64d-6dc057501919/?search-city=Vallejo&search-first-name=Scott%20&searc...

Gmail | Netflix | Hulu | YouTube | Chi | Pacer | Been | Truth | Means | Calc | Bus SOS | Idaho | OR | LA | CA E | N CA | PN Mid | WA W | AZ

LOCATION HISTORY

Flag As Inaccurate | Rate Location History | OFF Report Monitoring | SHARE REPORT

REPORT NAVIGATION
- TIMELINE
- PERSONAL
- CONTACT
- CRIMINAL
- SEX OFFENDERS
- SOCIAL
- BUSINESSES
- LICENSES
- FINANCES

REPORT ACTIONS

## LOCATION HISTORY

This section includes all of the locations related to this person. Locations listed may include current residence, past residences, and places of work.

Reno
San Francisco
Fresno
Las Vegas
Los Angeles
San Diego
Flagstaff
Phoenix
Tucson
Denver
Colorado Springs
Santa Fe
Amarillo
El Paso
Topeka
Tulsa
Oklahoma City
Dallas
Shreveport
Austin
Houston
San Antonio
St. Lou
Memp
Jackso
New Orl

Sex Offender Watch ON

**Did you know? You can monitor locations for nearby sex offenders.**

Sex Offenders can pose a dangerous threat to your loved ones. Activate Sex Offender Watch with just a flip of a switch to monitor an address for nearby sex offenders. Access all new sex offender alerts in one convenient place by clicking on the "Sex Offender Watch" tab in the navigation bar.

10TH STREET

Sep 1, 2016 - Jul 12, 2019

1110 Poplar St, Oakland, CA
94607-2204

Usage
Residential

Is Deliverable?
Yes

Is Receiving Mail?
Yes

CURRENT ADDRESS

VIEW LOCATION REPORT

Remove this location

Jump to Top

EXHIBIT C-P.1



EXHIBIT C - P.2

